# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

USA

                            *

**vs.**                      *         **Case No.: GJH-17-0667**

**DAVON CARTER, et al**     *
**Defendants**

                            *

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **PLAINTIFF'S/GOVERNMENT'S EXHIBITS** | **DEFENDANT'S EXHIBITS** |
|---|---|
| Exh. No. 1 | |
| | |
| | |
| All Plaintiff's/Government's exhibits returned: January 23, 2020 | All Defendant's exhibits returned: |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:             Counsel for Defendant(s):

Date: January 23, 2020



USA

vs.

**DAVON CARTER**, et al

**Criminal No. GJH-17-0667**          **Government's Evidentiary Hearing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 01/23/20 | 01/23/20 | Miranda card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)