# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**United States v. Davon Carter**  Case No: Crim. No. 17-0667-GJH

## Defendant Carter Exhibit List

| No. | Description | Date | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| 1 | Photo Carter & Deanna 5/27/16 @ 9:21 pm | | 1-9-20 | 1-9-20 | |
| 2 | Subset of 9 8-a Carter Cell | | 1-9-20 | 1-9-20 | |
| 3 | Wire Intercept Notification 12/19/16 | | 1-16-20 | 1-16-20 | |
| 4 | ATF Report | | 1-22-20 | 1-22-20 | |
| 5 | Brake Receipt | | 1-27-20 | 1-27-20 | |