**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **CRIMINAL NO.:** GJH-17-0667 |
| **DAVON CARTER** and **CLIFTON** | ) **JURY TRIAL:** Day Twelve |
| **MOSLEY,** | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

**Transcript of Proceedings**
**Before the Honorable George J. Hazel**
**Tuesday, January 28th, 2020**
**Baltimore, Maryland**

**For the Plaintiff:**

Sandra Wilkinson, AUSA

Kim Oldham, AUSA

**For Defendant Davon Carter:**

Gerald T. Zerkin, Esquire

Christopher M. Davis, Esquire

**For Defendant Clifton Mosley:**

Harry J. Trainor, Jr., Esquire

Stephen B. Mercer, Esquire

---

Christine T. Asif, RPR, FCRR
Federal Official Court Reporter
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201

1                      P R O C E E D I N G S

2              THE COURT:  Good morning, everyone.  Anything before

3     we get the jury out?

4              MS. WILKINSON:  No, sir.

5              THE COURT:  All right.  Get the jury.

6              (Jury entered the courtroom.)

7              THE COURT:  All right.  You may all be seated.  Good

8     morning, ladies and gentlemen.

9              JURORS:  Good morning.

10             THE COURT:  How is everyone today?

11             JURORS:  Great.  How are you?

12             THE COURT:  I'm doing great.  Thank you for asking.

13    I appreciate that.

14             As I indicated, we are ready for closing arguments

15    this morning and we will first hear from the government, then

16    we will hear from each of -- a representative from Mr. Carter

17    and a representative from Mr. Mosley, and then because the

18    government has the burden of proof, they'll get the final word

19    in rebuttal.  My understanding is Ms. Oldham will be speaking

20    for the Government.  So when you're ready.

21             MS. OLDHAM:  Thank you, Your Honor.  May it please

22    the Court, counsel, ladies and gentlemen of the jury, good

23    morning.

24             JURORS:  Good morning.

25             MS. OLDHAM:  On the morning of Friday, May 27th,

1  2016, Davon Carter and Clifton Mosley had one mission in mind.

2  They had one plan to execute.  Murder Lisa Edmonds.  She was a

3  material witness in a federal case against their close friend

4  Matthew Hightower.  She had snitched on him and she needed to

5  be dealt with.  Davon Carter and Clifton Mosley's plan could

6  not have gone more wrong.  They murdered Lisa Edmond's next

7  door neighbor by mistake.  Hardworking, assistant Pastor, and

8  teacher's aide.

9           Good morning, ladies and gentlemen.  My name is Kim

10  Oldham and along with my co-counsel Sandy Wilkinson we thank

11  you for your time and attention these past several weeks.  It

12  has been our honor to represent the United States in the

13  prosecution of Davon Carter and Clifton Mosley in an effort to

14  hold them accountable for the shocking murder of Latrina

15  Ashburne.

16           Who would shoot an assistant Pastor, a teacher's

17  aide, in broad daylight?  Take nothing.  Say nothing.  Just

18  pull the trigger and run.  We have presented you with a

19  mountain of evidence to establish the motive as being one of

20  witness retaliation and witness tampering, because it is the

21  only reason that this would happen.  And when you take that

22  motive, witness retaliation, and witness tampering, and you

23  couple it with this image of the shooter, ladies and

24  gentlemen, this does more than just narrow your pool of

25  suspects.  This leads you directly to the killer, Davon

1    Carter.

2            And understanding the motive behind this sinister

3    conspiracy requires us to start at the beginning.  And

4    starting at the beginning requires us to start with Matthew

5    Hightower.  The man who was like family to Davon Carter and

6    Clifton Mosley.  Their bond with him went way back.  Their

7    loyalty to him saw no boundaries.  They would do anything for

8    him.  Anything to help Matthew Hightower.

9            In 2013, Matthew Hightower worked for a company

10   called RXRS, owned by Harry Crawford.  It was a small company,

11   small enough that all the employees knew each other.  It was a

12   company that provided durable medical equipment, incontinence

13   supplies to patients.  Matthew Hightower worked as the

14   delivery driver for the company.  It was his job to deliver

15   equipment to the patients, have them sign off on the delivery

16   tickets, and then Medicaid would be billed for the equipment.

17           Lisa Edmonds also worked at RXRS.  She processed the

18   orders.  She processed the delivery tickets.  Lisa Edmonds

19   started to suspect that a fraud scheme was going on at the

20   company, that Matthew Hightower was falsifying, forging

21   signatures on the delivery tickets, and Harry Crawford with

22   the assistance of his girlfriend, also an employee there, Elma

23   Myles continued to bill Medicaid for equipment that was never

24   delivered.

25           Lisa Edmonds's concerns led her to call in a tip on

 1    a hotline to the Department of Health and Human Services.  But

 2    that wasn't the only information that Lisa Edmonds provided to

 3    law enforcement about Matthew Hightower.  Lisa Edmonds's boss,

 4    the owner of the company, Harry Crawford, had a friend and

 5    associate named David Wutoh.  Matthew Hightower lent David

 6    Wutoh a large amount of money, about $15,000.  David Wutoh

 7    never repaid that money.

 8          David Wutoh was shot and killed in his Baltimore

 9    County home in September of 2013.  When Lisa Edmonds was

10    interviewed by Baltimore County police detective Sekou Hinton

11    she told him that she had overheard conversations in which

12    Matthew Hightower was expressing his frustration over not

13    getting that money back from David Wutoh.

14          And just like that, ladies and gentlemen, Lisa

15    Edmonds was a material witness, not just in a health care

16    fraud investigation, but now in a murder investigation as

17    well.  It was at that moment that everything began in Matthew

18    Hightower's eyes.  It was from that point on that the cases

19    started to build against Matthew Hightower.  The

20    investigations began to focus on Matthew Hightower.  And the

21    movement of the walls started to close in on Matthew

22    Hightower.

23          In February of 2014 federal law enforcement executed

24    search and seizure warrants at RXRS and at the home of Harry

25    Crawford and Elma Myles.  And early on in that small office

1    the chatter started among the employees about who it was that

2    tipped off federal agents.  And early on, the rumor was that

3    it was Lisa Edmonds.  And as early as March of 2014, Matthew

4    Hightower referred to "that lady causing all the bullshit,

5    chick used to work for us saying that we weren't doing what we

6    were supposed to do."  As early as March of 2014 Matthew

7    Hightower is complaining to Davon Carter about the problems

8    that Lisa Edmonds has brought on.

9          By June of 2015 federal indictments were handed down

10   against Harry Crawford, Elma Myles, and Matthew Hightower, for

11   health care fraud.  And while those charges were pending

12   Matthew Hightower was permitted to remain out on the street,

13   but with certain conditions in place.  One of which he was not

14   to have any contact with any witness or potential witness.  It

15   essentially was everyone that worked for RXRS.

16         And through the natural discovery process, the legal

17   process in which Matthew Hightower's attorney would obtain the

18   documents and the evidence and copies of things that the

19   government had gathered during the investigation against

20   Matthew Hightower, Matthew Hightower learned a very important

21   piece of information.  He had a meeting with his attorney in

22   July of 2015.

23         You heard about this meeting from his co-defendant

24   in that health care fraud case, Elma Myles.  She told you

25   about a time when she literally bumped into Matthew Hightower.

1    He was walking out of a meeting with his attorney in a

2    downtown office building.  It happened to be the same office

3    building in which Elma Myles had just finished consulting with

4    an attorney herself for her own charges.  And they naturally

5    started talking about the case, and Elma Myles told you that

6    Matthew Hightower said he had just learned from his attorney,

7    he had been provided discovery, that Lisa Edmonds was the

8    informant.

9           Elma Myles told you that her response to Matthew

10   Hightower was, yeah, I told you so.  More importantly, Elma

11   Myles told you that Matthew Hightower said not only did I just

12   learn that she was the informant in the health care fraud

13   case, but I also just learned that she talked to law

14   enforcement about the David Wutoh investigation and implicated

15   me.

16          In fact, Elma Myles relayed to you a specific quote

17   that Matthew Hightower had just learned after reviewing

18   discovery with his attorney about what Lisa Edmonds had told

19   the Baltimore County Police.  And it was a quote about how she

20   claimed she overheard him saying that he wanted his cheddar

21   back from David Wutoh, meaning his money.

22          And upon learning all of this information in July of

23   2015, completely out of the blue, Matthew Hightower reaches

24   out to Lisa Edmonds over e-mail, unexpected, asking to talk to

25   her.

1         Starting in September of 2015, and through the

2    course of the fall and early winter months, you heard

3    reference to detention hearings.  Starting in September at the

4    first detention hearing, the government made it known to the

5    Court that Matthew Hightower was being investigated for the

6    murder of David Wutoh.

7         The issue at these detention hearings was always the

8    restriction of Matthew Hightower's freedom.  It was the

9    government's position at every single detention hearing that

10   Matthew Hightower should not be on the street while these

11   health care charges were pending.  And if he was going to be

12   permitted to remain on the street, the government's position

13   to the Court at these hearings, well, there should be stricter

14   conditions.

15        So from Matthew Hightower's perspective, Lisa

16   Edmonds did so much more than just make a simple phone call to

17   a hotline.  In Matthew Hightower's mind, Lisa Edmonds started

18   an avalanche of problems.  She brought on the health care

19   fraud investigation, the federal indictment for health care

20   fraud, now there's the murder investigation into David Wutoh,

21   possible murder indictment, home monitoring, and now possibly,

22   because the government kept asking for his detention, possibly

23   incarceration.  In Matthew Hightower's mind, Lisa Edmonds

24   caused that all.

25        In March of 2016 Matthew Hightower texts his

girlfriend Aurielle Washington, "Everything okay, I gotta go
see Cliff."  Matthew Hightower is referring to his right-hand
man, Clifton Mosley.  In this time of need, he's got to go see
Cliff.

            Now, there were what I'll say two parts to the final
detention hearing for Matthew Hightower in which the
government had now just obtained a federal indictment for
extortion murder in the David Wutoh case against Matthew
Hightower and were asking the Court one final time to
incarcerate him while his health care fraud trial was pending
and was not scheduled until September.  What I'll call part
one of this final detention hearing occurred on May 4th.

            And we know that Davon Carter, Matthew Hightower's
other close friend, another right-hand man, wanted to be there
to see Matthew Hightower that day, to see him some point on
this very stressful occasion for his man, for Matthew
Hightower.  And we know they saw each other because of this
text that Davon Carter's girlfriend Deanna Lawson sent to him.
"Since you're going to see Matt, can you grab me this
sandwich."  Of course he's going to be there for Matthew
Hightower.

            And it was on this same date of May 4th, 2016, part
one of the detention hearing, that Davon Carter enters as a
contact in his phone, Clifton Mosley.  He calls him that very
night.  Arguments have been heard that the final decision has

1    not yet come down by the judge.  That happens on May 6th.

2           May 6th is part two of that final detention hearing,

3    when the Court officially decides and formally directs that

4    Matthew Hightower be incarcerated until this trial in

5    September of 2016.  Clifton Mosley and Davon Carter speak that

6    very night, and the wheels of this conspiracy are in motion.

7           We also know that Matthew Hightower requests of his

8    girlfriend, Aurielle Washington, now that he's incarcerated,

9    can I get the phone numbers for Davon and C, who we know is

10   Clifton Mosley.  This is just a snip of the piece of paper

11   that was eventually seized from Matthew Hightower's cell in

12   jail right after Latrina Ashburne's murder.

13          And ladies and gentlemen, these are just the phone

14   contacts that we know between these men.  Just the phone

15   contacts.  We don't know all of the times that they met in

16   person, where they could speak freely to discuss what to do,

17   how to get Matthew Hightower out from under these charges.

18          We do know for sure of two opportunities that Davon

19   Carter and Clifton Mosley met in person.  Knowingly and

20   willingly met in person to plan to have a meeting of the

21   minds, to come to a mutual agreement and understanding as to

22   what they needed to do.  The first time that we know for sure

23   that they met is May 16th, 2016.  This was the date that Davon

24   Carter was pulled over for speeding by Officer Norris in

25   Baltimore County when Davon Carter was driving Matthew

Government Closing Argument

1    Hightower's silver Audi S6, that one with the fancy European

2    plate.

3            And we know that Davon Carter met with Clifton

4    Mosley that morning for breakfast at the IHOP because it's one

5    of the calls that you heard when Matthew Hightower called

6    Davon Carter from jail.  And during the same phone call

7    Clifton Mosley got on the phone as well.  And three things

8    happened during this phone call.

9            The first is that Davon Carter tells Matthew

10   Hightower that he and Mr. Mosley hopped in one of

11   Mr. Hightower's cars and drove to breakfast together.  They

12   drove together in the Audi, and I'll reference that again

13   later as to why that's important.

14           The other thing that happens during this

15   conversation is that Davon Carter tells Matthew Hightower the

16   bill is due.  Matthew Hightower tells Davon Carter just go to

17   a 7-11, put $50 on it.  Matthew Hightower and Davon Carter are

18   talking about the drug phone, the one that ends in 5150.  The

19   one that used to be Matthew Hightower's for his drug business.

20   The one that the New York drug dealer Sheldon Grant bought for

21   Matthew Hightower so they could keep in contact with one

22   another.  And the 5150 is the phone that when Matthew

23   Hightower went to jail, he left with Davon Carter to take

24   over.  That's what they're referring to.

25           More importantly, a third thing that happens during

Government Closing Argument

1    that call is Clifton Mosley tells Matthew Hightower something

2    very important.  And it's something that Matthew Hightower

3    desperately needs to hear right about now.  "Everything's

4    gonna be good.  I'm going to hold you down, you know what I

5    mean, on my end."  This is Clifton Mosley knowingly and

6    willingly agreeing to the ultimate goal, the mission.

7             The case against Clifton Mosley is not one of guilt

8    by association.  Ladies and gentlemen, this is Clifton Mosley,

9    100 percent all in.

10            Two days later, a text from Aurielle Washington,

11   Matthew Hightower's girlfriend, to Davon Carter, "Just wanted

12   to know, did things work out as far as whatever you guys were

13   trying to do earlier?"

14            The next response that we have is two days later,

15   May 21st.  Skinny, which we know is her nickname, "Don't say

16   anything."  "Don't worry, you have my word.  I wouldn't do

17   that."

18            Remember, we also know that the text messaging

19   between those outside of jail and the cryptic phone calls that

20   we have with Matthew Hightower when he's in jail, they're not

21   the only ways that they're communicating either.  You heard

22   from Aurielle Washington that Matthew Hightower had the

23   ability to write letters, and that he wrote her letters from

24   jail.  That's yet another means of communication that Matthew

25   Hightower had to give directions, to provide instructions to

1    these people that were willing to do whatever he asked of

2    them.

3            May 23rd, 2016.  Understanding that a number of the

4    calls that you heard during the course of this trial were

5    vague, I'll use again the word cryptic, not entirely sure

6    what's going on in this one, but it sure sounds ominous.  Just

7    to highlight a few lines, this is between Davon Carter and

8    Matthew Hightower.  "I know you was probably just saw the

9    light was on and just kept moving.  I don't want to be playing

10   around and shit and then it be real and realize at the last

11   minute, shit is real."

12           Two days before the murder, so now it's May 25th,

13   2016, that is the date that Davon Carter activates the burner

14   phone, the 7626 burner phone.  And I included this overall

15   chart just to remind us all that during the course of this

16   trial we only referred to the phone numbers by the last four

17   digits.  And we did that in an effort to simplify the numbers

18   and familiarize ourselves, make it easier to familiarize

19   ourselves with whose phone numbers belonged to whom.

20           So just to quickly recap.  The 5150 phone number,

21   that is a flip phone, one of the phones that was seized from

22   Davon Carter on June 1st, 2016.  And the 5150 is what I'll

23   refer to as the drug phone.  The one that New York drug dealer

24   Sheldon Grant purchased for Matthew Hightower and Matthew

25   Hightower left for Davon Carter when Matthew Hightower went to

1    jail.

2           The 2399, that is an iPhone, and that is Davon

3    Carter's everyday phone, his everyday phone.

4           The 7626, that is another flip phone, another burner

5    phone that he only activated for the purpose of the plan on

6    May 27th, 2016.  The 7626 number is a flip phone that his

7    girlfriend knew nothing about, Deanna Lawson.  7626 phone was

8    also seized from him that same day June 1st, 2016.

9           So Deanna Lawson only knew about his iPhone, 2399.

10   When asked about the other two flip phones, she had no idea

11   what Sergeant Jones was talking about.  This is a phone that

12   Davon Carter activated as a burner phone, meaning he didn't

13   want to be caught doing anything with it.

14          Okay.  Burner phone, you heard is the type that you

15   don't have to subscribe to a plan, you don't have to put your

16   name on it, your address.  You could just walk into a Wal-Mart

17   and buy minutes.  Davon Carter thought that this phone could

18   not be traced back to him.

19          So that's activated on May 25th, 2016.  On that same

20   date he reaches out to Clifton Mosley on that number, says,

21   "This is Davo.  Lock me in."  And from that point on, that is

22   the phone through which they communicate.

23          Now, the night before the murder, May 26th, 2016,

24   Davon Carter and Clifton Mosley have a few late brief

25   conversations between 9:00 and 10:00 p.m.  Just brief enough

1    to perhaps say, "I'm out the door at 6:00 a.m., you good?"

2    Something like that.  And that next day, the day of the

3    murder, Friday, May 27th, 2016, Memorial Day weekend, both

4    Davon Carter and Clifton Mosley are up at the crack of dawn,

5    out the door.

6          They are out the door around 6:00 a.m.  Clifton

7    Mosley is driving Matthew Hightower's silver Audi S6, coming

8    from his apartment in Pikesville.  Davon Carter is driving his

9    girlfriend's Pontiac Grand Am, 2005, coming from their

10   apartment in Parkville.

11         Now, Clifton Mosley's explanation to his girlfriend

12   Kim Melvin, who works at Social Security Administration, has a

13   regular schedule, she leaves for work at 6:15 a.m.  His

14   explanation to her as to why he's up so early and out the door

15   is that he's taking his daughter to school.

16         Ladies and gentlemen, you heard from Erica Blanding,

17   the mother of Clifton Mosley's daughter.  She drove their

18   daughter to school that morning.  Their daughter lives with

19   her all the way down on Southland Avenue.  Mr. Mosley and Kim

20   Melvin were living all the way up 4 Harness Court in

21   Pikesville.

22         Erica Blanding told you that she took their daughter

23   to school that morning, and the cell site records for Clifton

24   Mosley place him nowhere near Erica Blanding's residence to

25   pick up their daughter.

Government Closing Argument

1           Davon Carter told his girlfriend, Deanna Lawson,

2   that he was up that early because "I'm out the door to Myrtle

3   Beach.  Out of here.  6:00 a.m."  Deanna Lawson didn't believe

4   that for a minute.  As soon as he left she immediately started

5   calling his iPhone, 2399 because that's the only one she knows

6   about.

7           Davon Carter and Clifton Mosley stay in touch with

8   one another as they are heading down to Park Heights,

9   specifically the Rosalind Avenue neighborhood.  And they would

10  have had an opportunity to find out where Lisa Edmonds lived.

11          Not only did Matthew Hightower know where Lisa

12  Edmonds lived, but you heard from Clifton Mosley's girlfriend,

13  Kim Melvin, that he asked her before the murder how to do a

14  search on Maryland Judiciary Case Search about someone's case.

15  She explained to him how to do that, it's a public database.

16  Anyone can go to it.  Maryland Judiciary Case Search, you can

17  put in someone's name, a case number, and it will show you

18  civil and criminal cases that anyone has in the state of

19  Maryland.  And it will give you the names of the parties

20  involved and their addresses.

21          So had Clifton Mosley done a search on Lisa Edmonds

22  on Maryland Judiciary Case Search, he would have seen that she

23  lived at 2917 Rosalind Avenue, and that she was supposed to be

24  in court on Friday, May 27th, 2016, at 9:30 a.m.

25          And if you believe Kim Melvin, if you believe that

1    Clifton Mosley did the search for Lisa Edmonds in an effort to

2    find out where she lived and when she might be walking out of

3    her residence to go to court, that's Clifton Mosley providing

4    opportunity for their ultimate plan.  That's Clifton Mosley

5    furthering the plot, aiding and abetting, helping.  Because

6    remember, they've got to figure out details.  When are we

7    going to do this.

8            Lisa Edmonds wasn't working at RXRS anymore.  Nobody

9    was at that point.  So they had to figure out her schedule on

10   a given day.  They also had to hash out details like how are

11   we going to get down there, what cars are we going to take,

12   what are we going to do with those cars after the fact, do we

13   need additional help after the crime?

14           That's the other time that we know for sure that

15   Davon Carter and Clifton Mosley met.  So there was May 16,

16   2017 when they had the breakfast together at the IHOP and

17   Davon Carter got the citation.  The very next day, Davon

18   Carter and Clifton Mosley were together, they met an

19   individual named Shayne Bird.  And you heard from Shayne Bird,

20   he's the tow truck driver from Silver Spring.  They met him at

21   a restaurant.

22           Shayne Bird told you he was summonsed to a meeting

23   with Davon Carter and Clifton Mosley at the request of Matthew

24   Hightower.  Shayne Bird said that he had seen Matthew

25   Hightower from time to time, and the purpose was to cut his

1   hair.  You also heard from an individual named Alex Pinchuk,

2   who was shown a picture of Shayne Bird and he said that Shayne

3   Bird was one of Matthew Hightower's marijuana suppliers.

4         In any event, Shayne Bird tells you that the purpose

5   of this meeting on May 16, 2016 with Davon Carter and Clifton

6   Mosley, was to talk about towing Matthew Hightower's cars and

7   what to do with his stuff now that he's incarcerated.

8         That's what Shayne Bird said the purpose of the

9   meeting was, that he was asked to drive all the way up from

10  Silver Spring to meet with them at a restaurant to talk about

11  possibly towing a car.  Whatever the purpose of that meeting,

12  Shayne Bird obviously got a bad vibe from it, and he told them

13  no.  And he also told you that after that meeting he didn't

14  want to have contact with Davon Carter and Clifton Mosley

15  anymore.

16        So back to the morning of May 27, 2016, both men are

17  now heading to Park Heights, specifically Rosalind Avenue.

18  They stay in touch with only each other during that 6:00

19  o'clock hour, using Davon Carter's 7626 burner phone.  He's

20  completely ignoring, by the way, every single phone call and

21  text from Deanna Lawson.  These are the cell tower hits for

22  Clifton Mosley's 1533 phone.

23        Remember, he had the 1533 and the 2650.  So 1533 is

24  the number that he primarily used to communicate with Davon

25  Carter the morning of the murder.  And the red and the blue

1    dots indicate 2919 Rosalind Avenue was the address of Latrina

2    Ashburne in the scene of the murder.

3        So the Audi is first on surveillance, the video

4    camera footage at 6:16 a.m.  And that camera footage, if you

5    recall, was from the Sinai Ridge Apartments, the apartments

6    that are directly behind Rosalind Avenue.  And unbeknownst to

7    the defendants, there's cameras at various points throughout

8    the neighborhood.

9        That silver Audi S6 that is admittedly being driven

10   by Clifton Mosley, he admits later to federal agents that he

11   was in fact driving that Audi that morning, because he passed

12   it off to Davon Carter to go to the beach.

13       So the first sighting on that video footage is at

14   6:16 a.m., as that silver Audi S6 is driving down and just

15   coming out.  You can just see it coming out of Rosalind

16   Avenue.  The first sighting of the Pontiac Grand Am that Davon

17   Carter is admittedly driving that morning -- he is admittedly

18   driving the Pontiac Grand Am that morning.  The first sighting

19   of that vehicle on the camera footage is 6:39 a.m., taking the

20   same route, skulking down Rosalind Avenue, just like

21   Mr. Mosley was doing in the Audi.

22       Both men are driving the same tight loop at 6:15 in

23   the morning, only talking with each other on a burner phone.

24   You think that is a coincidence?  Do we really think that

25   Clifton Mosley was out there that early in the morning as he

1    suggests, hustling marijuana, on Rosalind Avenue?  And Davon

2    Carter is supposedly circling around looking for his mechanic.

3            Ladies and gentlemen, you heard the description of

4    this street, Rosalind Avenue.  It's so quiet and quaint, it's

5    not the type of street that you continue to circle around at

6    6:00 o'clock in the morning unless you are casing a residence.

7    Or a resident.  It's not a main thoroughfare.  It doesn't cut

8    through to any commercial establishments.  There's no

9    businesses here.  It's -- nothing goes on there.

10            And about this time, as Davon Carter and Clifton

11   Mosley are on their search, on their hunt for Lisa Edmonds,

12   about this same time, Latrina Ashburne and her mother Wanda

13   Ashburne were no doubt up themselves getting ready to start

14   their work day.

15            Latrina Ashburne worked at Francis Scot Key

16   elementary and middle school, and she typically arrived by

17   7:45 a.m.  She would first drop her mom off at work and then

18   continue on her way.  This was their routine.  So no doubt,

19   while Clifton Mosley and Davon Carter are slowly circling the

20   street, Latrina Ashburne and Wanda Ashburne are just getting

21   ready for work like they normally do.

22            Meanwhile, Davon Carter's girlfriend is blowing up

23   his 2399 phone.  Rapid fire phone calls, text after text, at

24   one point she texts him, "I know you see me calling you."

25   Actually, he doesn't.  Because he has purposefully left that

1    2399 phone at home, presumably on silent.  He knows better

2    than that.  He knows what happened to Matthew Hightower in the

3    David Wutoh murder.  Remember, a key piece of evidence against

4    Matthew Hightower was his girlfriend calling him, at the time

5    of the murder, at the scene of the murder, causing Matthew

6    Hightower's phone to ping off of a nearby tower.  That was a

7    key piece of evidence in Matthew Hightower's case.  Davon

8    Carter wasn't going to let that happen.  He left that phone

9    back at home.

10           This is his 2399 phone, the cell site location

11   records for that phone, that morning.  Those are all phone

12   call attempts by Deanna Lawson.  He's not going to get a call

13   when he is at the wrong place and the wrong time, like when he

14   is hiding in this wooded pathway.

15           Remember this wooded cut-through that crime scene

16   technician Travis Winder described as it's the type of place

17   that you would use if you were up to no good.  Those were his

18   exact words.  That's why he actually took this photo.

19           This is where Davon Carter was literally lying in

20   wait for Lisa Edmonds to come out of her house.  And from

21   where Davon Carter was standing, from his view, it's hard to

22   tell which door actually belongs to Lisa Edmonds.  From his

23   view, they all just blend together.  The doors are literally

24   two feet apart.  The one there with the red, white, and blue

25   decoration is 2919, that's the front door of Latrina

1    Ashburne's residence.  And the one directly to the left is the

2    front door of Lisa Edmonds.

3         It didn't matter to Davon Carter.  He didn't have to

4    worry about that.  All he needed to do was wait for the

5    African-American woman, in her 40s, to walk out to her

6    gold-colored Nissan.  That's all he needed to do.

7         While he was hiding in that wooded pathway waiting

8    for Lisa Edmonds to come out, Latrina Ashburne was on the

9    phone with her sister, Melody Payton, just chatting.  Melody

10   Payton was driving to work, and she just stayed on the phone

11   with her sister Latrina for a couple minutes, catching up on

12   family.

13        Meanwhile, Clifton Mosley was idling somewhere

14   nearby, most likely Laurel Avenue, or at the other end of

15   Rosalind, with the windows rolled down, where he has as much

16   of a view as he can get down Rosalind Avenue, waiting to hear

17   the signal, the gunshot.

18        As Melody Payton arrived at her place of work, she

19   wrapped up the phone call with her sister Latrina.  Latrina

20   Ashburne and her mother got ready to head out the door.  It

21   was the Friday of Memorial Day weekend.  Things were good in

22   Latrina Ashburne's life.  Then just a minute that would all be

23   gone.  She walked out that front door.  She started heading

24   down to her Nissan parked on the street.  Her mother had just

25   quickly swept off the front steps and was getting ready to

1    lock up the front door.

2          And that's when Davon Carter emerged.  He was right

3    up on her with such focus, with such intent, with one intent,

4    to kill.  In fact, he was so focused on her that he didn't pay

5    attention to anything else around him.  He didn't even notice

6    the neighbor down the street, Aquanna Murray.

7          Aquanna Murray had just dropped her daughter off at

8    school and was parking in front of her residence, 2922

9    Rosalind Avenue.  She had just parked her car and looked up

10   and she saw something so strange and confusing to her.  She

11   saw her neighbor, Latrina Ashburne, on one side of her car,

12   and this man on the other side.  She said it looked like he

13   was trying to chase her and she was trying to get away.  And

14   then just like that, it happened.

15         She said he got to her.  She heard a gunshot, she

16   saw a cloud of smoke.  Then he fled, galloped.  She used the

17   word "galloped," because she said he wasn't running really

18   fast, kind of like trotting.  He was running in a way that

19   somebody might run after suffering an injury, like Davon

20   Carter did when he slipped and fell on the ice and he needed

21   to go to physical therapy because as late as May 18th, 2016,

22   he was still having back and leg pain.

23         He had also hurt his right wrist during that fall,

24   which in this image of the shooter fleeing, it looks as though

25   the man is trying to keep his right arm braced in a certain

1    position.

2              Sorry about that.  So this is at 7:21 a.m., at the

3    top of the screen, this is after Davon Carter has run back

4    through that wooded path.  Now, on the other side.  And that

5    parking lot right there is where he was supposed to meet up

6    with Clifton Mosley.

7              Play that one more time.  That parking lot was the

8    pick-up location.  But Davon Carter has just shot and killed a

9    woman.  It's in broad daylight.  He's armed with a gun.  He's

10   wearing a hoodie on a warm day.  He can't wait around, so he

11   keeps running.  What else was he supposed to do at that point?

12             Now, picking up where we just left off in the last

13   camera footage, you're going to see him come through those

14   trees there, come towards this next parking lot.  It's

15   difficult to gallop and trot along with the pain from the

16   injuries and also the awkwardness of trying to keep the gun

17   concealed.

18             (Video playing during this.)

19             This is Clifton Mosley now driving the Pontiac Grand

20   Am.  He's missed Davon Carter by eight seconds.  Eight seconds

21   too late.

22             It was always supposed to be the plan, that Clifton

23   Mosley would be the getaway driver, and that he would use the

24   older less eye-catching vehicle, not the silver Audi S6, but

25   the Pontiac Grand Am belonging to Davon Carter's girlfriend.

1          And by this time, literally around this time,

2     Clifton Mosley's girlfriend is now trying to get in touch with

3     him, repeatedly, over and over again, on both of his phones.

4     Look at that.

5          He doesn't return a single call, he doesn't answer

6     that call, he doesn't text her.  He ignores all of those

7     efforts by her to reach him because he's still trying to

8     figure out where the heck is Davon and what just happened.

9          And it's too soon for them to start calling each

10    other on the phone.  It's too soon, it literally just

11    happened.  They're trying to wait it out.

12         And by 7:35, Lisa Edmonds who was home at the time

13    of the murder sends a text to Agent Erin Fuchs.  "My neighbor

14    just got shot.  I think it was meant for me."

15         Agent Fuchs had been one of the agents along with

16    Agent Holiday who had been in touch with Lisa Edmonds and

17    interviewing her during the course of the health care fraud

18    investigation.  Lisa Edmonds had been worried for her safety

19    for quite some time.  She was on high alert.  She had not only

20    given information about Matthew Hightower in the health care

21    fraud investigation but in the David Wutoh investigation as

22    well.

23         And ladies and gentlemen, her instincts were right.

24    The health care fraud case was investigated thoroughly.

25    People were charged and they were convicted.  Her instincts

1    were right about Matthew Hightower and David Wutoh.  That case

2    was thoroughly investigated.  Matthew Hightower was charged

3    and he was convicted.  Her instincts were right on this

4    morning of Friday, May 27th, 2016.  This hit was meant for

5    her.

6         The first time that Davon Carter and Clifton Mosley

7    have contacted one another is at 8:26 a.m. and it's on the

8    7626 burner phone.  It's about a 19-second call.  So the only

9    person that Davon Carter speaks to that morning on that burner

10   phone, the one that he doesn't want to be associated with, is

11   Clifton Mosley.  They both happen to be on the hunt in the

12   same block of Rosalind Avenue.

13        Did they meet up after that 8:26 a.m. phone call?

14   Probably.  Maybe in the Wiley area, wherever the location was

15   that they left the silver Audi.  The Audi was left somewhere.

16   Clifton Mosley got in the junkier Pontiac Grand Am to use as

17   the getaway car.  He was supposed to pick up Davon Carter.

18   That didn't happen.  So Davon Carter keeps running.  They most

19   likely meet up wherever that Audi was left.  We know Clifton

20   Mosley's very familiar with the Wiley area.

21        And we also know that for the rest of that time

22   Clifton Mosley's phone stays down in that same area.  Davon

23   Carter, however, has to head back to the Park Heights

24   apartment.  For a couple reasons, he's got to go back and pick

25   up his everyday phone, the 2399.

1           So this is that cell phone that was left on, all

2    these pings from Deanna Lawson's attempts to get in touch with

3    him, it's just sitting there.  So he's got to run back to get

4    that phone.  Eventually, he leaves sometime after 10:00 a.m.

5    But when he's at home, he's got to shave, he's got to change

6    his appearance.  Try to get rid of that beard.  That's why

7    Deanna Lawson sent him the text the next day, because he's

8    been sending her selfies, "Who told you you could cut the hair

9    off your face?"

10          So he's got to shave when he gets home, grab the

11   phone, throw some clothes together, so he can head off to

12   Myrtle Beach.  So that can be where he says that he was all

13   day.

14          And it's not until 9:46 a.m. that he gives her his

15   explanation as to why she hasn't been able to get in touch

16   with him for over three and a half hours.  Three and a half

17   hours.  "Calm down, babe.  I was asleep, for one, in his

18   couch, waiting for people to come.  I was sleepy."  That's

19   what he has to say after three and a half hours.

20          He leaves the apartment.  Before he actually hits

21   the road for Myrtle Beach, late morning, he's back down in the

22   Park Heights area, below it.  Is he meeting up with Clifton

23   Mosley again?  Because we know Clifton Mosley hung out there

24   for the rest of the morning.  Possibly.  We may never know.

25   Just like we may never know what they did with the gun, how

1    they got rid of it.

2                We know that Davon Carter, from his cell phone

3    records, is not on his way to Myrtle Beach until well after

4    noon.  Not first thing in the morning.

5                We know that he is on his way to Myrtle Beach in the

6    silver Audi, Matthew Hightower's silver Audi, the one that

7    Clifton Mosley was admittedly driving that morning.  So there

8    had to be a pass off.  And we know that he's driving that

9    vehicle to Myrtle Beach, not only because of Clifton Mosley's

10   statement, but this is the vehicle that Davon Carter registers

11   with the Best Western when he finally checks in late that

12   night.

13               When he's on the road to Myrtle Beach, he's clean

14   shaven, he's taking selfies, he's happy.  You know who else is

15   happy to find out that Davon Carter is on the road to Myrtle

16   Beach?  Matthew Hightower.  You heard a call on this very

17   evening around 5:30 from Matthew Hightower to his girlfriend,

18   Aurielle Washington.  After his jail cell has been shaken up

19   and we find the piece of paper with the phone numbers on it,

20   he says to her, "Can you get Davon on the phone or D on the

21   phone?  I got to see if everything's good."  Davon Carter's

22   the person that Matthew Hightower suddenly needs to talk to.

23               And when you listen to that jail call, couldn't you

24   just hear the relief in the air?  The relief in their voices,

25   because the deed is done.  Davon Carter is out of town, on his

1    way to South Carolina.

2          We know that he doesn't even make a hotel

3    reservation until 11:30 p.m., Friday night.  This was not a

4    trip that had been planned, in the works.  This was an

5    impromptu effort to create an alibi.  He didn't physically

6    check into the hotel until 12:33 a.m., Saturday morning.  And

7    he was there for less than 36 hours.  Less than 36 hours.  How

8    do we know that?  Because we know he got home Sunday night in

9    time for dinner with his girlfriend Deanna Lawson and her

10   aunt.

11         He drove back from the beach in that silver Audi.

12   That's what he was driving when he showed up for Sunday night

13   dinner.  And then at some point the government theorizes that

14   it's that night after dinner, on his way home, before he heads

15   back to his apartment, he does another switcheroo of the cars

16   with Clifton Mosley.  Clifton Mosley takes Matthew Hightower's

17   Audi back, and Davon Carter now has Matthew Hightower's black

18   BMW.

19         With Matthew Hightower's blessing, Davon Carter has

20   been given the black BMW to drive for the next however long.

21   But unbeknownst to Davon Carter, law enforcement by now has

22   honed in on the tag number of the Pontiac Grand Am from the

23   camera footage.  They have linked that tag number back to the

24   car that's owned and driven by Deanna Lawson.

25         And on June 1st, 2016 law enforcement is doing

1    surveillance outside of their apartment in Parkville.  They

2    see the Pontiac Grand Am, they see the BMW parked nearby, they

3    see Davon Carter come out of the apartment, get into the BMW,

4    and start to drive away.

5              They intend to stop the car, but they actually see

6    it already stopped kind of in the middle of the road.  What

7    Davon Carter's doing at the time is he's stopped and he's

8    texting Sheldon Grant, the drug dealer from New York.  Sheldon

9    Grant and Davon Carter had texted the day before.

10             Sheldon Grant is looking for $15,000 that's owed to

11   him in drug money from when Matthew Hightower -- before he

12   went to jail.  That money still had not been repaid to Sheldon

13   Grant, so he's been in touch with Mr. Carter, because

14   Mr. Carter reached out to Sheldon Grant earlier like on the

15   8th of May to say, "Hey, this is the 5150 phone.  I'm in

16   charge now."

17             So Sheldon Grant is now in town on June 1st and he's

18   trying to meet up with Davon Carter and Davon Carter doesn't

19   get a chance to send that text message because law enforcement

20   roll up on him.  So they detain him, they find almost two

21   pounds of marijuana in the back of that BMW.  Presumably it

22   was there the entire time that Clifton Mosley was driving it

23   as well.  There's $7,000 in cash.  And they take Mr. Carter to

24   police headquarters to interview him.  He's released that

25   night.  I'll get to his statement in a moment.

1          But the very next day, June 2nd, Davon Carter

2     doesn't have his phones anymore because they were seized by

3     the police on June 1st.  The very next day, Matthew Hightower

4     tries to call Davon Carter 16 times from jail.  16 times, over

5     and over and over again, he can't get in touch with him.  He's

6     worried.

7          You heard that phone call between he and Aurielle

8     Washington.  He's out?  Where is he?  How come nobody can get

9     a hold of him?  Matthew Hightower's concerned.  Word's gotten

10    back to him that Davon Carter was arrested in his car with all

11    of that marijuana and drug money.  He didn't get charged.  He

12    was released.

13         Matthew Hightower's worried that Davon Carter is

14    snitching about the drugs, the drug money, maybe the murder.

15    What Matthew Hightower doesn't realize is that Davon Carter

16    whisked Deanna Lawson off to Ocean City once he got released

17    from police headquarters.  It's his way of smoothing things

18    over with her because she too had been taken down to

19    headquarters and questioned about why her Pontiac Grand Am is

20    driving around the scene of a murder at the time of the

21    murder.

22         He had told her after she saw that camera footage,

23    "I was in that area because that's where I was going to pick

24    up Dre and Mooch to go to the beach."  That's what Davon

25    Carter told Deanna Lawson.  Deanna Lawson didn't know a Dre,

1    didn't know a Mooch, didn't know their last names, didn't know

2    who he was talking about.

3            You heard from an Andre Farell, a friend of Davon

4    Carter's who goes by Dre.  Andre Farell told you, although he

5    did go to Myrtle Beach that weekend, he had no plans to go

6    down there with Davon Carter.  He had no plans to meet up

7    Friday morning with Davon Carter.  He did not meet up with

8    Davon Carter that morning, didn't stay at the same place at

9    the beach with Davon Carter, and didn't come back from the

10   beach with Davon Carter.

11           Everything that Davon Carter told Deanna Lawson

12   about why he was in the area of Rosalind Avenue was disproven

13   by Andre Farell.

14           Getting to Matthew Hightower, he doesn't know what's

15   going on and he's worried.  So through Aurielle Washington he

16   agrees to yank the cars off the road, park them, get them

17   under control.  And that included Aurielle Washington getting

18   that silver Audi back from Clifton Mosley, which we know was

19   later recovered by the police, tucked away in a garage on

20   August 12th, 2016.

21           But let's get to Davon Carter's statements that June

22   1st, 2016, just days after the murder when he's interviewed by

23   Sergeant Sean Jones of the Baltimore Police Department.

24           These are just a couple clips.  You saw the whole

25   thing, I'm not going to play it in its entirety, but just a

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    couple points that I want to highlight.

2              First, this clip.  Sergeant Jones has just set the

3    scene for Davon Carter, okay.  This wasn't one of those

4    interviews where somebody is being questioned and they don't

5    really know yet what the topic is.  Very outset of this

6    interview, Sergeant Jones tells Davon Carter, murder occurred

7    Friday morning, 2900 block of Rosalind Avenue, and the car

8    that's seen in the area comes back to the one that's owned by

9    your girlfriend.  This is what his initial reaction is.

10             (Video played.)

11             So his explanation is dropped the car off, someone

12   named Tony, because I was in the area.  And you heard when we

13   played the entire interview, that's not the first time the

14   topic of Tony comes up by Sergeant Jones and Detective

15   Forsythe, the other detective.

16             And it ends with Detective Forsythe summing up to

17   Davon Carter, look, if you weren't involved in this, you would

18   be trying to give us more.  Last name of Tony, where to find

19   Tony, someone else that knows Tony, other people that can help

20   us find Tony.  You ain't giving us nothing.  That's what she

21   sums up to Davon Carter, because there is no Tony.

22             There's no other specific information provided by

23   Tony.  Tony's the name of the person that he throws out when

24   they first stop him in that BMW and they ask him whose car is

25   this.  He says it's my friend Tony.  But later during this

1    interview, he admits that he's driving Matthew Hightower's

2    car.  There is no Tony.

3            Then later in the interview, this is when Sergeant

4    Jones actually takes out his own phone and pulls up the

5    surveillance footage of the Pontiac Grand Am and plays it for

6    Davon Carter to see.

7            (Video played.)

8            Everybody else knows it's his car.  But he's not

9    sure.  He doesn't want to admit, place himself at the scene of

10   that murder.

11           This next clip, this is where Davon Carter kind of

12   giggles and says, that's not me in the car.  He's actually

13   right.  He's telling the truth at that point, because in the

14   clip that they're showing him it's of the getaway driver.  And

15   at that point, it's Clifton Mosley driving that Pontiac.

16           (Video played.)

17           How many phones did you have with you that day?

18   They ask him --

19           (Video played.)

20           How many phones did you have on that day, they

21   seized three off of him right before this interview.  That's

22   why they're asking.  On the day of the murder, how many phones

23   did you have that day?  His response is, what does that

24   matter?

25           And what's Andre going to say?

1      He doesn't even remember the lie that he told to

2 Deanna Lawson that he was with Dre and Mooch.

3      Who's Andre?

4      Dre, that's who you told your girlfriend you were

5 going to the beach with.

6      Oh, okay.

7      He can't keep it straight, ladies and gentlemen.

8 And in this next clip, this is when Sergeant Jones, based on

9 the information, the limited information they had at the time,

10 because they didn't have all the cell phone records, they

11 didn't have the cell site location information, they only had

12 some information from Deanna Lawson about her timeline for

13 that morning.  So based on the information that they had,

14 Sergeant Jones sets out the theory, a theory, for Davon

15 Carter.

16      (Video played.)

17      Why does that vehicle have anything to do with what

18 happened?  He's shown a surveillance footage of his own car

19 that law enforcement is telling him was at the scene of the

20 murder and is pertinent to the investigation, and all he

21 continues to say is, well, what does that have to do with

22 anything?

23      And the last nagging question:

24      (Video played.)

25      Remember, Deanna Lawson said that when she got back

1    to work, when she got home from work that Friday, late

2    afternoon, 3:45, 4:00 p.m. that Pontiac Grand Am was back in

3    the parking lot.  That's the question that Sergeant Jones

4    keeps asking throughout the interview.  Who picked the car up

5    for you from Tony, how did it get back to your apartment?

6              He doesn't want to say.  He doesn't want to

7    implicate anybody else.  He doesn't want to say how he got

8    down to Myrtle Beach.  Sergeant Jones asks him, how did you

9    get down to the beach?

10             Davon Carter's response is, I rode with somebody.

11             He doesn't want to have to say that he drove down in

12   a silver Audi belonging to Matthew Hightower that he had

13   picked up that morning from Clifton Mosley.

14             He also doesn't want to explain to them how he got

15   the BMW that he was driving because, again, he would have to

16   talk about his co-conspirator Clifton Mosley.  He doesn't want

17   to have to mention him.  Just like Clifton Mosley plays a

18   little dumb when he's interviewed in December of 2016 about

19   the 1533 number.  He's got the two phones, 2650 and 1533.

20             And when they ask him about the 1533 one, he says,

21   who's is that?  What's that?  That's the number that he

22   communicated with Davon Carter with the morning of the murder

23   on the burner phone, Davon Carter's phone.

24             He also denied ever being in the Audi with Davon

25   Carter.  And we know that is not true because of that phone

1    call when they went to breakfast together at IHOP and talked

2    to Matthew Hightower and told Matthew Hightower they had just

3    driven together.  They were in the Audi because that's what

4    was on the citation by Officer Norris.

5             This one's not on here but Clifton Mosley also lied

6    about Shayne Bird knowing Matthew Hightower, having a

7    friendship with Matthew Hightower.  He was specifically asked

8    that during his interview.

9             Did they have any reason to be friends or have a

10   relationship, Shayne Bird and Matthew Hightower?  Mr. Mosley

11   said, no.

12            MS. WILKINSON:  Ms. Oldham, I think the monitors of

13   the jury --

14            THE COURT:  The monitors went off.

15            How much more do you have left, Ms. Oldham?

16            MS. OLDHAM:  About ten minutes, Your Honor.  Do you

17   want me to just continue without it?

18            THE COURT:  If you want.  I'll leave it up to you.

19   If you would like to take a break at this point.

20            MS. OLDHAM:  No, that's fine.  That's fine.  In the

21   interest of time, Your Honor, I'll keep going.  Thank you.

22            Essentially, ladies and gentlemen, during his

23   interview in December of 2016, Clifton Mosley tries to

24   distance himself from Davon Carter and essentially minimize

25   the amount of contact they had with each other, generally.

 1            He does that because Davon Carter is his

 2    co-conspirator.  They were partners in crime.  They

 3    participated knowingly and willingly with one another in this

 4    joint criminal venture.

 5            These last couple slides, ladies and gentlemen, were

 6    a few just summarizing a lot of law that you heard yesterday

 7    from his honor, Judge George Hazel.  And Judge Hazel had

 8    explained to you and laid out for you the charges against

 9    Davon Carter and Clifton Mosley, and I just wanted to touch

10    upon primarily the heart of the conspiracy and those elements,

11    that Davon Carter and Clifton Mosley had a meeting of the

12    minds.  They were both knowing and willing participants in

13    this plot, this conspiracy, to deal with that pesky Lisa

14    Edmonds.

15            And as much as they want to distance themselves from

16    one another, they are forever bound by that agreement for that

17    unlawful purpose.  They are forever bound by their loyalty to

18    Matthew Hightower.

19            This was a conspiracy to murder Lisa Edmonds.  And

20    certainly, you've heard the overwhelming amount of evidence

21    that Davon Carter is the man in that image.  He is the

22    shooter.  He is the principal shooter of Latrina Ashburne.

23            Clifton Mosley is an aider and abettor.  He helped

24    plan, he helped counsel, he put effort in to make the crime

25    succeed.  He helped determine the when, the where, he provided

1  a car.  He physically placed himself there to scoop up Davon

2  Carter and help him get away.

3          Clifton Mosley is a co-conspirator.  He was 100

4  percent all in.  He was more than just aware of every aspect

5  of this conspiracy.  He helped plan it.  They planned it

6  together for Matthew Hightower.

7          And although the evidence that you have heard is so

8  vast.  You've heard a three-year investigation, three years

9  plus, into the murder of Latrina Ashburne.  You've heard about

10 a seven-year investigation into the intricate web of Matthew

11 Hightower.

12         Despite how massive the investigation has been, let

13 me just boil down this case to you with these points that I

14 ask you to keep in mind.

15         Davon Carter and Clifton Mosley are the only people

16 communicating with each other on that burner phone, the 2650,

17 in those early morning hours of Friday, May 27th, 2016.

18         Both of their cell site location information places

19 them at the scene of the murder.  Clifton Mosley is admittedly

20 driving a silver Audi S6 belonging to Matthew Hightower that's

21 at the scene of the murder.

22         Davon Carter is admittedly driving the Pontiac Grand

23 Am that is seen at the scene of the murder.  They both lie to

24 their girlfriends about where they were and what they were

25 doing at the time of the murder.

Government Closing Argument

1          They both refuse to have any contact with their

2    girlfriends or anyone else at the time of the murder, just

3    each other.

4          Lastly, ladies and gentlemen, that image is Davon

5    Carter.  Deanna Lawson knew it when she saw that photo in the

6    grand jury.  Michael Bailey knew it when he saw that image on

7    the news.  Arielle Lee knew it when she was shown that

8    footage.  And they've known him for years.

9          This was a conspiracy between Davon Carter, Clifton

10   Mosley, and Matthew Hightower because of their loyalty.  And

11   it's because of that loyalty to Matthew Hightower that you

12   heard that statement, that damning statement by Davon Carter

13   to Clarence Sampson.

14         Remember, Clarence Sampson, he was the older

15   gentleman in his 50s, told you that he had that meeting with

16   Davon Carter.  They met on the street in person because he

17   didn't want to talk over the phone.  He was a little worried

18   to talk over the phone with Davon Carter, so he met him on the

19   street.

20         When he asked him what was going on and they were

21   talking about Matthew Hightower, Davon Carter confided in

22   Clarence Sampson that Matthew had gotten into trouble.

23         Someone was telling on him and he had to handle it.

24   Davon Carter handled -- handled it for Matthew Hightower, with

25   the assistance of Clifton Mosley.  Partners in crime,

1    co-conspirators, and a joint venture to murder Lisa Edmonds.

2            Ladies and gentlemen, Latrina Ashburne was 41 years

3    old at the time they took her life.  And it was a life that

4    was centered around work, church, and family.  And it's

5    because of Latrina Ashburne that the law enforcement, the

6    federal agents, the prosecutors, diligently continued to

7    search for the truth in this case, search for her killers,

8    because we seek justice on behalf of Latrina Ashburne.

9            And it's for that reason that we ask you to hold her

10   killers, plural, accountable.  We ask you to find Davon Carter

11   and Clifton Mosley guilty.  Thank you.

12           THE COURT:  All right.  Thank you, Ms. Oldham.

13           All right.  Ladies and gentlemen, let's take our

14   morning break at this point.  I'll ask to be in the jury room

15   ready to go in 15 minutes, which would be 11:25.

16           Please remember not to discuss this case with

17   anyone, including among yourselves.  And I'll see you in 15

18   minutes.

19           (Jury left the courtroom.)

20           THE COURT:  All right.  My apologies for the

21   technical difficulties.  Drives me nuts.

22           Is the defense planning to use the monitor or --

23           MR. MERCER:  Yes, we'll need it.

24           THE COURT:  All right.  So if we can bring IT to

25   come.  Thanks.

Defendant Mosley Closing Argument

1              (A recess was taken.)

2              THE COURT:  Bring the jury.

3              (Jury entered the courtroom.)

4              THE COURT:  All right.  You may all be seated.

5    Welcome back, ladies and gentlemen.

6              Mr. Mercer, when you're ready the floor is yours.

7              MR. MERCER:  Clifton Mosley is innocent.  He did

8    not murder Mrs. Ashburne.  He did not conspire to murder

9    Ms. Ashburne.  He did not participate in the murder of

10   Mrs. Ashburne.  He did not help Davon Carter murder

11   Mrs. Ashburne.  He did not, as Mr. Trainor told you in our

12   opening statement, knowingly assist in her murder.

13             May 26th was a usual day for Cliff Mosley.  He was

14   in the Park Heights neighborhood where he sells marijuana,

15   weed.  He was there through the afternoon.  He went home.  It

16   was Kim Melvin, his girlfriend's son's -- I think it was an

17   awards ceremony at school.  He comes home after that, he

18   orders a couple of pizza's from Seasons Pizza you will see in

19   the phone summary.  And he gets a call from Davon Carter.

20   Davon Carter, who's calling him on the usual -- the 2399

21   number, not the burner phone.

22             And it's about swapping cars.  And Cliff's not happy

23   about that.  He doesn't have another car.  But it's -- the

24   Audi's not his car, it's Hightower's car.  And so he has to

25   agree to the switch.  The next day is Friday before the

1    Memorial Day weekend, and Davon's going out of town to Myrtle

2    Beach.  He wants the Audi.  And like most people, wants to get

3    a early start on Memorial Day weekend.

4            Now, Cliff doesn't know, and there's no evidence to

5    show, that he has any knowledge of what Davon is up to.  So

6    Cliff agrees to the swap.  He has to.  And in the early

7    morning on Friday, he, Cliff, makes a call to Davon, and then

8    he gets two calls back, I believe, is what the phone records

9    show, before 6:15 in the morning.

10           Cliff is driving through the Park Heights

11   neighborhood, it's where he usually is.  He grew up on

12   Woodland Avenue.  He used to have family living on Virginia.

13   And he drives along Woodland.  And rather than going down to

14   Cold Spring, which is a busier street, he takes a right on to

15   Nurton, takes a right on Rosalind, and goes back to the Wiley

16   Street area.

17           He's there through the morning.  He's down there as

18   he told detectives, to make a move, to make something happen,

19   to sell some weed, it's the holiday.  People are going out of

20   town.

21           You saw Alex Pinchuk, one of the daily consumers of

22   weed, who had called Cliff at 12:13 in the morning, right.  I

23   mean, this is just at the end of the month, trying to make

24   things happen so he could pay his rent.  Nothing out of the

25   ordinary.

Defendant Mosley Closing Argument

1          Now, he gets a call from Davon at about 8:26, still

2     no swap from Davon.  And that swap, we'll see, you know,

3     Davon's running around and Davon goes back to Arbor Station

4     and then comes back down to the Park Heights area, and that's

5     when Cliff gets the BMW and Davon is off to Myrtle Beach.

6          Now, Cliff, you know, he stays in Park Heights

7     neighborhood that morning.  He doesn't go anywhere.  He's not,

8     you know, fleeing town to go to Myrtle Beach or Miami.

9     Lunchtime he goes to Harness Court.  He comes back after

10    lunch, and he's in Park Heights all afternoon.  And then at

11    the end of the day he goes back home and he's there, looks

12    like from the phone records, around dinner time.

13         You know, it's his usual routines.  It's the

14    patterns of his life.  Little did he know then that he would

15    be caught up in a murder that he knew nothing about, and that

16    he did not participate in, whatsoever.

17         Now, I want to take you back to the beginning of the

18    case to when the attorneys stood before you and had -- we had

19    opening statements, and we told you what we thought the

20    evidence would show.

21         Now, the government did not tell you in opening

22    statement that the evidence would show that Cliff Mosley was

23    the driver of the Pontiac.  It didn't.  The government did not

24    tell you that Cliff Mosley was the getaway driver.

25         What the government told you was -- and asked you to

1    do, was to follow leads available to solve the case.  Like you

2    were some investigatory body, like some grand jury trying to

3    solve a crime.

4           That's not the role here.  Now, the government did

5    tell you, and I'll agree with them on that, there were three

6    important leads.  The Pontiac, the whistle blower Lisa

7    Edmonds, and the drug burner phone, the 5150.

8           Now, I ask you also, put yourself back at the close

9    of the evidence, before you heard the government's argument to

10   you.  Its narrative, it's story.  The evidence did not tell

11   you that Cliff Mosley was the driver of the Pontiac.  The

12   evidence did not tell you that Cliff Mosley was ever in the

13   Pontiac.  The evidence did not tell you that Cliff Mosley was

14   sitting in the Pontiac idling at the corner of -- up the block

15   from Rosalind.  There was no evidence of that, none.

16          So put yourself in that position, at that time, and

17   ask whether the evidence -- whether the evidence puts Cliff as

18   the getaway driver in the Pontiac.  And it doesn't.  And why

19   doesn't it?  Because Cliff is innocent.  Because he didn't

20   drive the Pontiac, because he was never in the Pontiac,

21   because he had no knowledge about what was going on with Davon

22   that morning other than he's there to swap a car.  He did

23   not -- Cliff did not knowingly assist.

24          Now -- and if you consider all of the evidence, and

25   this is what Mr. Mosley asks you to do, is render a verdict on

Defendant Mosley Closing Argument

1    the evidence and the lack of evidence.  Because there was no

2    witness testimony that ever put Cliff in the Pontiac.  There

3    is no fingerprint evidence, there's no fiber evidence, there

4    was no forensic evidence.  The DNA evidence that you did hear,

5    which was from the passenger door, affirmatively excluded

6    Cliff.  The gold standard, what we have, excludes him.

7         Now, there is just not a shred of evidence that

8    connects Cliff to the Pontiac other than the government's

9    narrative.  Now, this narrative from the government, it's a

10   very dramatic telling of their story.

11        The hunt, the mission, these are very dramatic

12   words.  But when you look for the evidence you don't see it.

13   You don't see it because Cliff isn't part of this.

14        Now, tellingly so, about the government's narrative,

15   who do they sponsor but Kim Melvin.  Kim Melvin.  She sees

16   ghosts.  She has visual and auditory hallucinations.  She

17   hears things.  She perceives reality that doesn't exist.  She

18   has multiple, by her own description, personalities.

19        Now, the government puts a spotlight on her, pushes

20   her up on the witness stand.  She seems more than happy to be

21   there.  And they have her say, the night before her grand jury

22   testimony, in March of 2019, March of 2019, she remembered in

23   her sleep, in her sleep, that three years -- nearly three

24   years before on the night of May 26th, 2016, Cliff woke her up

25   to ask her for help with Maryland Case Search.

1              Wow.  It is her say so only.  There is no prior

2    consistent statement elicited from Ms. Melvin whatsoever that

3    she had ever said anything like that.  Just evaluate that

4    testimony in light of common sense and your ordinary everyday

5    experience.  A witness who has the challenges that she has

6    with perceiving reality, is claiming to have a memory come to

7    her in her sleep from nearly three years ago that conveniently

8    makes her everyone more helpful to the government.

9              No, you cannot accept Kim Melvin and her testimony

10   without reservation.  It does not withstand the clear eyes of

11   reasonable doubt.  And I'll point out too that there was no

12   serious attempt to even corroborate or to back up what she was

13   saying.

14             There was, if you remember, I asked Agent Wilde

15   whether he did any location analysis of Mr. Mosley's phone on

16   the evening of 26th, trying to narrow down the window, because

17   you know, Ms. Melvin is giving, I think she even said

18   10:00 p.m.  Okay.  No.  Nothing like that.

19             Now, the government flashes up on the screen this

20   screen shot of a Maryland Judiciary Case Search, all right.

21   And if you look at that, it says the Court time for Lisa

22   Edmonds is 9:30 in the morning, right.  Well, if that's the

23   court time, I'm not sure what Davon's doing down there, you

24   know, at 7:15, okay.  You know, why they -- I mean, this is

25   not an area that is far from the courthouse.  So it just

1   doesn't make sense.

2           You never heard from any computer expert to explain

3   Maryland Case Search, to say even what was available online

4   back on May 26th, 2017, whether the information you're seeing

5   now is actually some, you know, archived version of what would

6   actually have been seen on May 26th.

7           You know, nothing like that.  And look, let's -- and

8   it doesn't make any sense anyway, because Hightower knew for

9   years where Lisa Edmonds lived.  Hightower knew long before he

10  got locked up on May 4th that she was a witness against him,

11  both with respect to the Wutoh murder and with respect to the

12  fraud at RXRS Solutions.  So it just doesn't, you know, add up

13  whatsoever.

14          And it simply, you know, you have to separate

15  fiction from fact.  And you know, what you're left with when

16  you separate that fiction from fact, is you're left with all

17  the leads pointing to Matthew Hightower, Mr. Carter, and

18  others, not Clifton Mosley.

19          You know, the evidence of RXRS Solutions, health

20  care fraud, David Wutoh, Lisa Edmonds, Harry Crawford, Belinda

21  Turner, Ashley Myles, none of the people or events involve

22  Cliff Mosley.

23          You've heard jail call after jail call going back to

24  2013 between Hightower and Mr. Carter that have nothing to do

25  with Cliff Mosley.  What you did hear referenced about -- with

1    respect to Cliff Mosley, had to do with Hightower's cars, that

2    Cliff wasn't friends with Carter, that he argued with him.

3    You know, this sense that Cliff was not being appreciative of,

4    you know, being able to drive Hightower's Audi, you know, that

5    Hightower's locked up, that his property should all be

6    corralled up so that he could hire a private lawyer because he

7    wanted to get away from his court-appointed lawyer.  You know,

8    and that Cliff was kind of upset about that.  He didn't want

9    to give up the car.

10         So you know, all of that evidence has nothing to

11   do -- all these jail calls don't involve Cliff.  And you know,

12   when I say that, you know, the connection here is that there's

13   mistakes in evaluation of the evidence, there's misleading

14   inferences that are drawn from the lack of evidence, and it

15   results in misinterpretation, this sort of narrative that

16   you've heard from the United States with respect to

17   Mr. Mosley.

18         And there's a number of mistakes that I'm going to

19   cover.  I heard a new one this morning when the government was

20   discussing the jail call from May 16th.  And said, well, you

21   know, this burner phone, the 7626, which is so critical,

22   that -- you know, and this is all part of the conspiracy, they

23   had to have that phone working, so you know, Davon is

24   asking -- talking to Hightower about re-upping that phone,

25   right.  And so I go to 7-11 and pay 50 bucks.  Okay.  Mistake.

Defendant Mosley Closing Argument

1           If you go -- if you listen to that call, what you

2     hear the reference to is, yeah -- this is Matthew Hightower.

3     "Yeah, it's 50, yo, it's a prepaid."

4           Davon Carter.  "So how do I" --

5           Matthew Hightower.  "T-Mobile."

6           Davon Carter.  "All right.  So go to T-Mobile then.

7     Give a 50 for it."

8           Hightower.  "You don't even got to go to T-Mobile.

9     You can get it from anywhere like 7-11."

10          Okay.  The 7626 is a Verizon number, number one.

11    But I think they're also saying, well, it could have been the

12    5150 number, right, the drug burner phone, okay.  Verizon.

13    Right.  Through TracFone.  Those are Verizon phones.

14          So with all due respect to the government, you know,

15    pointing out to you that while they went to, you know, as part

16    of this sort of, you know, plan or conspiracy of this

17    re-upping these burner phones, and they reference this

18    conversation about the $50, that $50 is for a T-Mobile phone.

19          That's not the 5150.  That's not the 7626.  It's

20    actually the -- I think it's the 2399, which is the T-Mobile,

21    Davon's regular phone.  So, a mistake.

22          And there's other mistakes that we're going to cover

23    this morning that are distressing in a case where there's been

24    a three-year investigation, massive, I think it was described

25    as.  Seven years involving Mr. Hightower.  This is a murder

1    case.  This is a murder investigation.

2            The other thing too, that's, you know, misleading,

3    just as a highlight, you know, you had some excerpts from this

4    May 16th phone conversation to make it sound like there's --

5    and I think this was the way the government phrased it in

6    opening, cryptic coded conversations will answer your

7    questions, which the government quickly added in opening, you

8    know, was evidence because the calls were recorded.  Okay.

9            Well, it's nonsense.  If you listen in context to

10   what Cliff Mosley is saying, there's an exchange between him

11   and Mr. Hightower.  And Mr. Hightower is saying to Cliff,

12   that, you know, he's saying he's going to beat the case and

13   Clifton Mosley says, "gotcha."

14           Matthew Hightower says, "But he probably."

15           And Cliff Mosley says, "Shit, you know."

16           Matthew Hightower, "But I beat that shit."

17           Cliff Mosley, "So you're going to beat your shit.

18   You're going to be all right.  You know what I mean."

19           Okay.  What do you say to a friend who's locked up?

20   Right.  You're just saying words of encouragement, that's all

21   it is.  Words of encouragement.  Words of accommodation.  You

22   know, you're going to be all right.  You're going to beat your

23   shit.  Okay.  You know, but to put some sinister meaning to

24   "I'm going to hold you down, you know what I mean I'm at," is

25   nonsense.

1            Okay.  That's just talking about, at most, like, you

2    know, keeping the car clean, you know, getting the spaceship

3    sound fixed, you know, paying the insurance on it, whatever

4    that.  But you know, this sort of cryptic coded conversation

5    about a conspiracy, that's -- this isn't evidence of a

6    conspiracy whatsoever.

7            And I'll go into more details about Cliff's

8    statement, but you know, Cliff acknowledged to detectives he

9    was friends with Mr. Hightower.  He didn't hide from that.

10           You know, and he acknowledged that Mr. Hightower at

11   the time that Cliff was being interviewed in December of 2016,

12   you know, had been convicted of some very serious crimes.  And

13   Cliff was candid, he said, I don't know if I believe that, I

14   mean, but I don't really know what the evidence is.  Okay.  So

15   yeah, he is friends.  He's not hiding from that.

16           And we'll see -- and I've saved the instructions for

17   the end in case our AV system crashes again, but of course

18   there's a specific instruction that addresses and reminds you

19   and emphasizes that just because you know somebody who's a bad

20   person and you associate with that person, doesn't mean that

21   you can be convicted of a crime.

22           All right.  There's an instruction right to that

23   point.

24           So now -- so when you consider the evidence or the

25   lack of it and you hear the sort of narrative that the

Defendant Mosley Closing Argument

1    government puts before you, which includes mistakes, which

2    includes misleading inferences from a lack of evidence or very

3    little evidence, that results in misinterpretation, you have

4    to ask yourself why is the United States in this murder case

5    standing up here and giving you this narrative.

6            And the short answer is because there's no evidence

7    that Cliff ever drove the Pontiac, just not.  And there's no

8    evidence that he was some kind of backup getaway driver.  He's

9    innocent, and he didn't murder Ms. Ashburne.

10           So that's why I think you've heard this sort of

11   dramatic story, this emotional story, this retelling of events

12   about what might have happened, what could have happened in a

13   fictional drama.  And while that might be suitable for

14   made-for-TV movies or beach books, it's not how our criminal

15   justice system works.

16           You are tasked with a very important job, to put

17   aside prejudice, suspicion, emotion, fear.  To look at the

18   case with impartial consideration of the evidence and the lack

19   of evidence.  To look at the evidence with clear eyes.  The

20   clear eyes of the standard of reasonable doubt and the

21   presumption of innocence.

22           You don't make decisions based on emotion, not in

23   something as serious as convicting Cliff Mosley or not of

24   murder, conspiracy to murder, aiding and abetting murder,

25   which are all equally serious crimes in the eyes of the United

Defendant Mosley Closing Argument

1    States.

2              You must have an impartial view and dispassionate

3    view of the evidence.  And that's really the bedrock of our

4    system.

5              Now, so how's that done.  Well, you've heard the

6    instructions from Judge Hazel about the legal framework and

7    the methodology.  And I'll come back to this at the end.

8    And -- but I do want to emphasize just a few points about it

9    right away, which is that, you know -- and you hear this

10   repeatedly, and I'll reference the specific instructions, but

11   mere presence at the scene, the Park Heights neighborhood, is

12   not evidence that you can convict on, okay.  The mere fact

13   that you're present doesn't mean you're guilty of a crime.

14   Okay.

15             The second is that one of the most important issues

16   in this case is the identification of the driver of the

17   Pontiac, and the government has the burden of proving that

18   beyond a reasonable doubt.  And if you -- after examining all

19   of the evidence, dispassionately, you find that the Pontiac

20   was involved in the murder of Ms. Ashburne, and I think it

21   obviously was, but you have a reasonable doubt whether

22   Mr. Mosley was driving the Pontiac, you must find him guilty.

23             And that's really the power of 12 because there are

24   those who may recognize among you that Mr. Mosley is innocent,

25   there are those who may recognize that there is no evidence

1    that Mr. Mosley ever drove the Pontiac, which means, under the

2    standard in this case and the presumption of innocence, you

3    must return a verdict of not guilty.

4         And third, is that just as Mr. Trainor talked with

5    you about in opening statement, you must view the defendants

6    separately.  Your evaluation of the evidence as to Mr. Carter

7    is separate as to your evidence -- your review of the evidence

8    as to Mr. Mosley.  And indeed, your certainty about one

9    demonstrates your doubt about the other.

10         Now -- and I think too, you know, you heard multiple

11   instructions about the different counts.  But I think, you

12   know, that at the end of the day there's really one question

13   we're talking about here, you know.  And can you say without

14   reservation, without reservation, when you look at the

15   evidence with clear eyes, that Cliff Mosley drove the Pontiac,

16   that he murdered Ms. Ashburne or that he actively intended to

17   and drove the Pontiac with the intent to murder her.  And the

18   answer is no.  And that's because he never did drive the

19   Pontiac, and he didn't murder Ms. Ashburne or participate in

20   any way in it, knowingly.

21         Now, I want to spend the rest of the time this

22   morning, little bit this afternoon, going through some slides.

23   And I'll try to move through these, but there's a lot that I

24   want to tell you and talk with you about with respect to the

25   evidence in this case.

Defendant Mosley Closing Argument

1              And I'll start with the cell phone location

2      evidence, which is entirely consistent with Cliff Mosley's

3      usual activities.  And I'll go right to the phone summary

4      sheet and the phone activations for 5/26.  And you'll see that

5      in the evening -- and that's 21:12, so that's military time.

6      So that's 9:12 p.m.  On the 2399 number, right, that's Davon's

7      regular phone, he's calling Cliff Mosley.  There's a contact.

8      There's -- doesn't look like it was picked up.

9              And let me just make this point, that if, you know,

10     if Cliff was doing this research about finding an address that

11     Hightower has known for years, and -- or to figure out where

12     Ms. Edmonds would be, you know, at 7:15 in the morning, it

13     doesn't really add up, then I guess what you would expect to

14     see is that Cliff is calling Carter, not the other way around,

15     but anyway.

16             So Carter calls Cliff, and then you know, Cliff

17     calls back.  And this is consistent with what Cliff told

18     detectives about having to swap cars, you know, for the

19     holiday weekend.  And then what's -- what you don't see on

20     here is the 12:13 a.m.  The phone summary omitted that, but

21     this was Alex Pinchuk, the weed -- the daily user, whatever,

22     that was buying weed from Mr. -- first from Mr. Hightower and

23     then from Mr. Mosley at 12:13 in the morning.

24             Again, you know, consistent with someone wanting to

25     buy weed before they go out of town for the holiday weekend

Defendant Mosley Closing Argument

1    and party and whatever.

2          So -- and then you'll see here down at the bottom,

3    you'll see at 6:05 on 5/27, Cliff calls Mr. Carter.  And

4    Cliff -- and we'll get into more details, and I have a snip

5    from Cliff's interview, but Cliff is using the 1533 number.

6    Cliff has two phones, right, I mean, he has a street phone,

7    the 2650 number, which is in the name of -- and he told

8    detectives this, his deceased uncle, right, Norman Powell.

9          And that's, you know, what Cliff uses for his, you

10   know, weed selling.  And you'll see in the activations that is

11   the phone that he uses you know, ten times more than he uses

12   the 1533.  The 1533 is the iPhone that's on his girlfriend's

13   plan that, you know, she, you know, pays the bill for.  It's

14   what he calls his legit phone.

15         And the fact that Cliff gave -- and he says this

16   during his statement to detectives.  He gave his legit number

17   to Davon at the beginning of May because Davon was working,

18   right.  I mean, it was a legit contact.  They both knew

19   Hightower.  Hightower was locked up.  And they're each

20   individually trying to help out Hightower.  And so Cliff gives

21   him -- gives Davon his legit number, his 1533 number.  And you

22   heard all this business about Davon working and, you know, at

23   some on-the-job injury, this sort of stuff.  But Davon is --

24   was working in a legitimate sense.

25         So -- and then -- now, on the morning of 5/27, then

1    you have the two calls at the -- I'm sorry, that was on the

2    page before, at the -- the 6:05, and I may have skipped over,

3    but you have the two calls from Davon to Cliff that are

4    activating off the towers, which are just simply consistent

5    with, you know, I'm rolling out, I'll meet you.  I mean,

6    that's the sort of length of call that it's consistent with in

7    terms of the car swap.

8             Now, what you heard from the government was that,

9    you know, Cliff was ignoring Kim Melvin, his girlfriend, and

10   to be sure he was.  He -- and you heard through

11   cross-examination that there were other instances where there

12   were plenty of calls that weren't picked up from Kim to Cliff.

13            But the government also told you that Cliff didn't

14   call her back.  Well, that's not correct.  You'll see at 7:44

15   on the morning of 5/27, Cliff calls Kim back.

16            So you know, this is another one of the mistakes and

17   sort of the assessment of the evidence.  This is supposedly

18   when they're on -- you know, Cliff is on the hunt, and he

19   can't find Davon, and I guess they're saying Cliff was -- even

20   though there's no evidence to it, Cliff is driving the Pontiac

21   around.  But you know, here Cliff is calling Kim.  And it's

22   not just once, but he also calls Kim back again at, it looks

23   like 8:24, as well.

24            So okay.  You hear from the government that he's

25   not -- he's ignoring Kim.  And that's true.  He's not picking

1    up her phone.  And I think he has reason, you know not to.

2    She's very suspicious, she's very paranoid.  He doesn't feel

3    like getting harangued that early in the morning.  And you've

4    seen that that's part of the pattern of his life.

5         But he calls her back twice, okay, supposedly in the

6    midst -- because I know the government's theory, you know, he

7    doesn't find Davon until Davon calls him, I guess, at 8:26.

8    Just ask yourself, you know, if the -- if plan B was to meet

9    up where the Audi was parked, why does it take Davon an hour

10   to get there?  Okay.  That makes no sense, you know,

11   whatsoever.

12        So more consistent with the evidence is Davon just,

13   you know, calling Cliff and just saying, "I still got to roll

14   out, I still got to meet up with you," whatever, whatever.

15   And you'll see how Davon's phone goes from around the Park

16   Heights area at 8:26 and it goes back to Arbor Station, right.

17   And then it comes back down to Park Heights.  Okay.

18        If this was a -- if this was a two-man operation,

19   Cliff and Davon, right, then what you would -- you would

20   probably see Cliff's phone going out to Arbor Station Way,

21   right, to get the BMW or what have you, because you know,

22   Davon is heading south in the Audi.

23        So you know, this sort of two-man -- it doesn't any

24   make sense when you think it through.  There is somebody else,

25   not Cliff who is part of this shooting that Cliff had no

Defendant Mosley Closing Argument

1    knowledge about.

2           So now, you know, here in terms of patterns of life

3    and activations, this is for the 1533 number, the cell phone

4    mapping, and we do a close up.  And you see that the tower

5    with the greatest number of hits for Cliff is the tower that

6    covers the Park Heights area here that you see in this slide.

7           And you know, you had the aerial map, and we know

8    that this is the area highlighted of Wiley where, you know,

9    Cliff can be found down around the way, and also all

10   throughout the neighborhood.  And this is the highlighted

11   section, and Woodland goes across the top, which is where

12   Cliff grew up.  Virginia is the street below Rosalind, where

13   Cliff, over the years, also had family.

14          And you can frankly see here how, if you want to

15   avoid Cold Spring, and you're coming down Woodland going

16   eastbound, you take a right on Nurton, take a right on

17   Rosalind, and you go back through towards Pimlico Road.

18          So the activation in Park Heights for 1533 is very

19   important evidence for you to consider here, because you know,

20   what it also shows is that at the end of the month, Cliff had

21   a pattern of being down in the Park Heights neighborhood

22   early.  Right.

23          Now, you heard Kim testify that while he normally

24   gets rolling around, you know, 10:00 a.m. or what have you --

25   and if you look at his activations, you'll see that for the

Defendant Mosley Closing Argument

1    time earlier in the month, that's consistent.  But then when

2    you see at the end of the month, where it's coming up on time

3    to pay rent, he -- and it's a holiday weekend and people are

4    looking to get their weed, you know, he's out there for longer

5    hours.

6          I mean, that's just the most simple, direct

7    explanation.  And the phone activations are consistent with

8    that.

9          Now, there's also the 2650.  Remember, the 1533 is

10   Cliff's legit number.  The 2650 is -- was his -- I think what

11   he said was his hoodie phone or his street phone.  And it's

12   the one that he uses more for his weed business.

13         And frankly, you would think if, you know, as the

14   government says this, conspiracy is evolving, you know, back

15   in early May, this is what he was planning to do with Davon,

16   he'd give him the 2650 number, not the 1533 number.

17         But you'll see too -- and this is what's significant

18   about the 2650 number, is -- there is approximately a 1,012

19   activations on the tower that cover the Park Heights

20   neighborhood.  Right.  I mean, that shows Cliff's pattern and

21   that's entirely consistent with him being down in that area on

22   a regular daily basis.

23         And you'll see too, the activations, you know,

24   there's the tower in that left expanded box.  That's up by

25   Sinai Hospital and Pimlico racetrack there.  And you'll see

Defendant Mosley Closing Argument

1    that that tower also shows activations on other days that that

2    tower and sector covers as well.  So you know, it's not like

3    all of a sudden on one day out of the blue, you know, Cliff is

4    driving on Woodland.  Nothing of the sort.  I mean, this is --

5    the phone activations are entirely consistent with him just

6    being around the neighborhood.  Nothing sinister there.

7            Now, this is the activation I referenced earlier for

8    Davon's phone, the 7626.  And I don't know, the government

9    claims the 7626 is the number purchased for the, you know,

10   conspiracy or what have you.

11           You know, it's just Davon's phone that he uses, and

12   you'll see when he sends out the text messages to different

13   people, this is just what Davon uses to sell weed.  And you

14   saw a text from Cliff, I think it was June 4th or whatever,

15   "Hey, you got some tree, I want to get high."  Right.

16           So it's -- that's what the 7626 -- and you know, you

17   can rely on your own common every day experience, but you

18   know, getting a TracFone phone doesn't require a credit

19   check -- okay.  You're paying for the time in advance, right?

20           It's not all, you know, sinister, and it's not all

21   that mysterious.  You know, this is a phone that's used for

22   Davon selling weed to whomever.  And you saw from the text

23   message that for personal use, Cliff was trying to pick some

24   up on June 4th.  I guess Cliff didn't really get the memo

25   about what was going on with Davon, who had gotten caught up

1   in this whole arrest and seizure of the BMW, only to be let

2   out by the Baltimore County Police for reasons that aren't

3   really clear.  And I guess Davon had took off for the weekend

4   and was awaiting his parole retake or something.

5            Now -- and you'll see here that by 9:30 Davon's

6   phone is back at Arbor Station Way, right.  Now, I want to

7   make this point too, and this came to me as I was listening to

8   the government's closing, so I don't have a slide prepared,

9   but you'll have this in evidence.

10           But during Davon's statement to detectives, he was

11  saying that it was like a -- he could be from Arbor Station

12  Way down to Park Heights way in like 18 minutes, 20 minutes,

13  okay.  Now, if you look at the time span and the phone

14  connections, the morning of May 27th, for Davon's phone, the

15  7626, you know, it looks like there could be up to -- about 40

16  minutes, right, before Davon is leaving arbor station way and

17  the Pontiac is seen on the video, which is at, I think like

18  6:39, right around there.  There's about a 40-minute spread,

19  right.

20           Well, why did it take so long to go from Arbor

21  Station down to Park Heights, nearly twice the amount of

22  time -- I would submit to you that that's evidence that Davon

23  is just picking somebody up to help them that lives out closer

24  to where Davon lives or lives on the way in for Davon, right.

25  That's all that evidence suggests.  Someone else, not Cliff,

Defendant Mosley Closing Argument

1    that's involved.

2          Now, then you see that Davon's phone, 10:44 a.m. is

3    hitting off a tower that is covering the Park Heights

4    neighborhood.  This evidence is consistent with the swap

5    happening later in the morning.  And again, consistent with

6    what Cliff's pattern of life is, and what he told detectives.

7          So the activations are consistent with Cliff's

8    patterns of work and home.  He's in the Park Heights area

9    during the morning of the 27th, he's home for lunch, he's

10   there in the afternoon.  It's inconsistent.  It's absolutely

11   inconsistent with travel to Arbor Station Way, and it's

12   inconsistent with flight.  All right.  Cliff is just staying

13   right there.

14         Now, let's talk about the video and the innocuous

15   and incorrect facts about the Audi.  So you have the

16   videotape, and it's pulled from different security cameras.

17   It's about two hours of raw footage for each camera.  It shows

18   the shooter, I think the evidence is very convincing, shows

19   the shooter leaving the scene and just missing the Pontiac

20   Grand Am.

21         There's innocuous pictures -- and this is what's

22   important.  There's innocuous pictures of two different Audis.

23   And the parts of the video that do not show the Audi are

24   important.

25         So I broke it out and sort of color coded here.  So

1    we have the images at 6:16 a.m., which are in blue.  I sort of

2    did blue boxes.  We have the images around 7:29 a.m., and we

3    have the images around 7:55 a.m., which are in the yellow

4    highlight.

5           Now, what's important here, these are not 24

6    pictures of the Audi circling the block on some hunt or

7    mission or anything like that.  What you have at the beginning

8    of the video is you have the angle from the -- let's see if I

9    can find the map.

10          So you have, I think, it's camera 9 that looks out

11   over the dumpster, looking up Nurton, right.  This is north

12   looking northerly up Nurton.  And the first image is a vehicle

13   turning left off of Rosalind, going up Nurton, right.  And

14   then you see -- and they kind of splice it together from

15   different cameras.  You see a shot from camera 3, you see a

16   shoot from camera 11.  And as Detective Brandt told you, he

17   could see the Audi symbol on the back of the trunk, okay.

18          But what you can't see from any of the these angles

19   is the front of the Audi.  And as Cliff told detectives,

20   what's distinctive about Hightower's Audi is the European

21   style tag.  Now, none of the video can you see the license

22   plate number of the Audi, but what's important here is that

23   you just see an Audi vehicle going north on Nurton, right.

24   And then around this -- I think it's a few minutes later, then

25   you see an Audi turning off of Woodland onto Nurton.  And in

Defendant Mosley Closing Argument

1    that one you see the European style tag, okay.  Right?

2             Now, the question is are the two Audis that you've

3    seen the same Audi?  Now, I would submit to you that just that

4    alone, you can't say they're the same Audi under the standard

5    of reasonable doubt, looking at it with clear eyes, because

6    you don't see the front of the Audi that is taking a left off

7    of Rosalind, going north on Nurton.

8             But I don't have to rely on that because we

9    know when we look at the 7:29 Audi, there's problems here,

10   right?  So -- and you -- this is what the defense brought to

11   you.  We have Hightower's Audi, which is on your left here,

12   which is the, you know, the rectangular head lamp.  And then

13   you have a different style generation Audi that's on the

14   right.  You see the difference in the head lamp.  It's the,

15   you know, I guess, the sleeker one.  And there's some changes

16   in the area of the front underneath the headlight too.

17            And so the -- you know, eastbound -- and you see

18   this at 7:29, eastbound on Woodland.  It's -- you know, you

19   see three quick shots, right?  You see a shot from I think

20   it's -- maybe it's even 4 -- camera 9, camera 3, camera 11,

21   and camera 10 of this Audi that's traveling eastbound on

22   Woodland towards Greenspring.

23            Now, that's a -- that's not the same Audi, right?

24   And Detective Brandt told you that.  Because when you compare

25   the Audi that's in front of the leasing offices -- office at

Defendant Mosley Closing Argument

1    7:59, which has a European style tag and the rectangular head

2    lamp, you notice that on the eastbound Woodland Avenue Audi at

3    7:29, the head lamp is different.

4         And you know, it's -- I don't know what to say.  I

5    mean, you don't need an expert to figure this one out.  This

6    is just as straightforward as it can be.  The Audi at 7:29 is

7    a different Audi than the Audi at 7:59.  It just is.

8         And so when you go back and you ask yourself, well,

9    the first time I see an Audi going along Rosalind up Nurton,

10   well, now you know you can't say that's the same Audi as the

11   Audi at 7:59.  You can't.  And so the government's narrative

12   about this hunt and this mission and this circling around, is

13   based on a mistake.  It's just wrong.  I mean, three years in

14   and they get the identification of the Audi wrong.  It's not

15   the same Audi, and you can see that.

16        The Audi at 7:29 is a newer generation than the Audi

17   at 7:59.  It -- you know, I appreciate Mr. Iber coming in as

18   an expert, but he just missed this one, big time.  And the

19   government missed it too, in a murder case, in a murder

20   investigation that's been ongoing for three years.  And

21   there's no excuse for that.  To present you with a video that

22   purports to support its narrative of this hunt, of this

23   mission, of this circling around Rosalind Avenue, and it's not

24   the Audi, it's not.

25        That was the defense that brought that out.

Defendant Mosley Closing Argument

1          And so the Audi at 7:29 is a different Audi, and

2     that means that the first vehicle you see at 6:16 a.m., you

3     cannot say is the same Audi.  Not with the clear eyes of the

4     reasonable doubt standard -- you can't.  I mean, it's --

5     that's not lawyer talk, that is just ordinary common sense.

6          Now, think too about what's not in the video

7     compilation, because you have hours of footage from each of

8     these cameras, okay.  Camera 6, camera 8, right, where you see

9     the getaway Pontiac.  No Audi.  Okay.  No Audi.

10          Now, in this lack of evidence, the government offers

11    you a narrative about well, parking the Audi somewhere and

12    swapping -- there's no evidence of that.  And the absence of

13    evidence is not proof of their story.  You don't see the Audi

14    here in -- these cameras are looking over -- camera 8 and

15    camera 9, it's just not there.  And that's very important.

16          So mistakes, misleading inferences, from the

17    evidence they put before you, and what does it result in?  It

18    results in misinterpretation of the evidence as to Mr. Mosley.

19          Now, let's talk about the phone summary.  Again,

20    mistakes, misleading information, result in misinterpretation

21    of the facts.  And this is what the government -- this is the

22    government's -- it's on one of the pages here, it's marked as

23    an exhibit.  They told you Mosley and Hightower had 253

24    contacts, right.

25          And do you -- they said it was an under count,

Defendant Mosley Closing Argument

```
1    right, because it didn't include -- they only had the 1533
2    records from 5/1.  But then on cross of Mr. Wilde, what you
3    heard was that, no, I mean, those calls are showing up on
4    Hightower's records and they're called from Hightower's
5    records, and they're in the phone summary, right.
6            So this is 253, but without context, right.  You
7    don't know how many calls Hightower makes.  And what you can
8    only really infer reasonably from the evidence, Mr. Hightower
9    is a very gregarious person who is on the phone a lot.  And I
10   am sure that if you rank 253 contacts, it is nowhere near the
11   top.  And this idea that from the phone summary you can infer
12   beyond a reasonable doubt that Cliff is one of two right-hand
13   men for Mr. Hightower, is unsupportable.  It just is.  This is
14   not proof.  This is exaggeration.
15           Now -- and then you have this Carter and Mosley
16   number of contacts.  So 148 contacts.  Now, yes, to be sure --
17   and I'll cover this with Cliff's statement.  Cliff said he had
18   three or four calls with Davon, all right.  Now, I'm going to
19   work through this with you, because we have to, because again,
20   I think it's mistakes, and misleading inferences from the
21   evidence that's resulting in this misinterpretation, this idea
22   that Cliff is lying to law enforcement and therefore based on
23   that lie, you can conclude that he committed murder.  No.
24           Now -- so let's work through this.  So first of all,
25   we know, again, mistakes.  In a three-year massive
```

Defendant Mosley Closing Argument

1    investigation, we have duplicate entries in the phone summary,

2    right.  Just admit it on the stand -- and let me say this too.

3    On direct, that witness, Mr. Wilde, Special Agent Wilde, was

4    specifically asked, did you scrub this?  Yeah.  Okay.

5            So it was affirmatively presented to you as

6    error-free, as being scrubbed of duplicates.  And then you

7    start going through, and what do you find, duplicates.  And

8    you find duplicates around the contacts of Richard Bardos,

9    this attorney, this central figure in this whole story from

10   the government.  This idea that, you know, Hightower is

11   talking with his attorney and then talking with Cliff and

12   Cliff is his right-hand man.

13           Well, start off with the fact that there's duplicate

14   entries with Bardos, okay.  Inexcusable.

15           And there's more.  You go through this on your own,

16   and you'll see more duplicate entries than I even pointed out

17   through cross-examination.  Inexcusable.

18           Now, let's talk about the contacts, right.  Because,

19   you know, there's this accusation from a detective during

20   Cliff's statement, well, you talked to Davon 20 times in one

21   day.  You know, you're obviously lying, right?

22           Well, no.  The detective was exaggerating.  If

23   anyone was using deception, it was the detective.  But let's

24   break this down, okay.  So you start out with 148 contacts,

25   and you'll see -- well, let's take a close-up of these

Defendant Mosley Closing Argument

1    contacts.  Now, I'm not saying these are duplicates, they

2    might be, I don't know.  But if you look at them, 0 seconds, 4

3    seconds, 0 seconds, right.

4         And it's all 15:55, 15:55, 15:56, right.  I mean,

5    okay, well, you see this repeatedly through the month of May

6    in these phone records.  Here's six more contacts.  Right.

7    And I'm just scanning through the phone summary looking for

8    those where you have a very single-digit number like 6 or 7 or

9    2 or 3 or 4, that's right next to a 0 second connection,

10   right.

11        So you know, are these seriously talks?  No.  I

12   mean, the activation time includes ring time.  There's -- so

13   that's six contacts.  And you go through May 9th, six more

14   contacts.  Again -- and you can go through this.  You have the

15   summary.

16        Eight contacts.  Four more.  Eight more.  Four more.

17   Two more.  Three more.  If you add that up, right, I came up

18   with just on first pass, 50 contacts where it's 0, next to,

19   like 2 second, 3 second, 4 second, 7 second, that kind of

20   thing, right.

21        So right off the bat we have exaggeration and

22   overcounting.  But if the idea of a phone call -- and the

23   detective says this to Mr. Mosley, but you know, he's trying

24   to understand if he's close with Davon, does Cliff have a

25   close relationship with Davon.  And we know from all the

Defendant Mosley Closing Argument

1    witnesses that they don't, right?

2            And those witnesses like Bird who saw the two of

3    them together, saw them arguing, right.  And you know from

4    Skinny or Aurielle Washington that Cliff was not happy about,

5    you know, swapping cars.  So nobody -- nobody is saying that

6    Davon and Cliff have a close relationship.  Okay.

7            And now here's Cliff six months after May, right,

8    being, you know, voluntarily brought into the police station,

9    you know, willingly, he's cooperating, but you can imagine

10   it's pretty stressful to be sat down and to be interviewed by

11   three detective -- two detectives from the Department of

12   Health and Human Services and a homicide detective.  Two

13   special agents.  Okay.

14           That's probably pretty stressful.  All right.  But

15   what is being inquired is do you a relationship -- you know,

16   sort of the point of the conversation, do you have a

17   relationship with Davon.  And he really doesn't.  He didn't

18   before May.  He was dealing with Davon during May with respect

19   to the cars, Hightower's cars, you know, rounding up the tire

20   rims, the wheels, you know, trying to rescue Hightower's

21   clothes from Hightower's upset children's mother who was going

22   to trash bag it and put it out on the street, okay.

23           You know, trying to -- you know.  And this whole

24   thing about Bird, right.  Bird's got the wrecker, not the flat

25   bed, right.  So Bird is of limited value when it comes to

Defendant Mosley Closing Argument

1    moving a four-wheel, a Quattro, four-wheel vehicle around as

2    he explained, because the idea -- and you heard this in the

3    jail calls and the testimony, trying to avoid a repossession

4    of the black Audi.

5            Okay.  Nothing sinister about that.  The idea was --

6    you know, the repo man won't know to look in Bird's yard,

7    wrecker yard, and you know, Bird is employed by somebody, and

8    understandably doesn't want to do that.  But at the same time,

9    he has a wrecker, not a flat bed.  So he can't, even if he

10   wanted to, couldn't take the black Audi to get it out of the

11   way of the repo man.  So, you know, nothing -- nothing

12   sinister there at all.

13           But these are the sort of connections, you know, the

14   swapping of the cars, dealing with Hightower's property.  But

15   there's not a relationship there of friends, right.  And

16   nobody has told you that there is.

17           And so when Cliff is questioned about this, you

18   know, he's -- he's -- he's thinking back six months and

19   estimating the number of calls, the talks, right.  And

20   actually, if you go through all the phone contacts, what

21   you'll see, if you look for just calls over 30 seconds, you're

22   down into the 15 to, I'll say 30 range, conservatively, right.

23           And if you add up all the time for these contacts,

24   right, you don't even reach the equivalent of two jail calls.

25   So in terms of Cliff explaining to detectives, you know, what

Defendant Mosley Closing Argument

his relationship with Davon, he was spot on.  And the fact
that, you know, he said 3, 4, you know, thinking back several
months, is -- when you consider that as a proxy for
relationship, no, that's not misleading.  That's not
inaccurate.  But you know, we have to sort of untangle these
exaggerated phone contacts.

Now -- and I won't go back through these.  We did
this on cross, but you'll see the big gap between phone
contacts with Bardos and Hightower and with Cliff.  I mean
here, you have a day, here you have two days.  You know, all
that mortar in between, you know, it's like here's the
bookends but we're not going to give you the books, okay.

So much for following leads through the case.  When
you're not given all the information in between, and it's
sandwiched in a way to make it seem sinister or suspicious or
to sort of support this idea that Cliff is one of two
right-hand men for Matthew Hightower, when he's not.

The other thing too, and you'll see this in Cliff's
statement where he says, yeah, there's periods of time where I
just don't talk to Hightower.  And you'll see gaps too in the
phone records.  There's only 253, nothing like the number of
contacts between Carter and Hightower.

And so again, there are parts here where the phone
summary corroborates what Cliff has told detectives.  So you
know, the phone summary, mistakes, it's misleading because

Defendant Mosley Closing Argument

1    it's taken out of context, and it results in misinterpretation

2    of the facts to support the government's narrative.

3           Now, the other part of this statement that the

4    government is relying on from Cliff to the detectives, is that

5    Cliff is, you know, not being up front about the 1533 number,

6    right.  He's giving a false statement to law enforcement and

7    therefore, you can -- there's our evidence of murder, okay.

8    So -- but I want you to listen to this snip from Cliff's

9    statement about the 1533.

10          (Video played.)

11          Okay.  So hopefully I didn't completely mess that

12   up.  But here's the setting.  So, you know, Cliff has told

13   detectives he has two phones, the iPhone, which by now in

14   December is now an iPhone 7 because -- and I think you heard

15   this from Kim too, she had gotten a new plan or switched

16   carriers back in July of 2016.

17          So Cliff has one phone through her, and that was

18   the -- originally, it was the 1533 number.  It's now the 5008

19   number, but it's what he thinks of as the legit phone, right,

20   the phone that's on his girlfriend's plan.

21          And then Cliff has the number that he's always had,

22   the sort of street phone, the 2650.  And so Cliff is

23   explaining that he -- you know, he remembers the 2650 number.

24   He doesn't remember the 1533 number, but he remembers it as

25   the legit phone, right, that's how he references it.  And he

1    says that that's the number that he gave to Davon.  So there's

2    no false statement here.

3                Let me just finish this.

4                (Video played.)

5                So remember, the context here, he has come in

6    voluntarily, he's obviously nervous, he's being interviewed by

7    three law enforcement.  He's consented to -- you know, he's

8    turned over his phones, he's letting them search his phones.

9    And you know, this is all preceded by questioning about the

10   nature of his relationship with Davon.

11               And importantly, he starts off by explaining to the

12   detectives that -- and special agents -- that he gave Davon

13   his legit number, right.  So he was right about that.  He was

14   up front about that.  He wasn't trying to hide that.  And the

15   problem is the 1533 was the number that was from six months

16   before, which was his lesser used phone on his girlfriend's

17   plan, and he was thinking of his current 5008 number on his

18   girlfriend's plan.  That's all that it is.  But he conceded

19   that he had given Davon, you know, his number.

20               And he gave him the legit number because Davon was

21   legit working.  I mean, there's nothing -- that's not evidence

22   of murder.  It's not.  I mean, it's just -- when you view with

23   clear eyes that statement as a whole, I think you'll agree

24   it's absolutely not.

25               Now, the -- some other points about Cliff's

1    statement.  And if you watch this again during your

2    deliberations, he tells them up front he spoke with Kim.  Told

3    them where he stays, told them he sold weed.  Told them he

4    grew up in Park Heights.  Told them who the mother of his

5    daughter is.  He identified pictures of other people that they

6    showed him.

7           He consented to his phones being searched.  He told

8    them he had deleted numbers off of his phones when things were

9    getting crazy with Hightower's family, right.  So when

10   Hightower's family is evidently thinking everybody's ripping

11   off Hightower and all his cars and property or whatever, he

12   just doesn't want anything to do with them, and deletes their

13   numbers off his phone.  He tells them that.  There's

14   nothing -- I deleted his numbers and therefore that's evidence

15   of murder.

16          He tells them he deleted numbers up front.  He told

17   them he's good friends with, you know, Matt Hightower.  He

18   told them where Hightower lived.  He told them the Audi had

19   the distinctive European tags.  He told them he knew Davon.

20   He gave them an accurate description of his relationship with

21   Davon.  He told them that he was holding the Audi for Matt

22   Hightower.  He told them he was upset when he had to give it

23   back, right.  He wasn't happy about that.

24          Does that sound like, you know, payment for, you

25   know, a hit or a murder, no.  He's giving the Audi back and

1    he's not happy about it.  He told them he had paid insurance

2    on it, which you heard from another witness, I think it's

3    Michael Anderson.  And he said -- he told them most of his

4    interaction, most of his interaction with Davon was about

5    swapping cars, right.  And that's accurate.  And that he

6    wasn't doing, quote, business with Davon.

7          Yes, he did try to buy some personal use weed from

8    Davon, you know, apparently, he didn't know what Davon's

9    troubles were on June 4th, but he's not doing any business

10   with Davon.  His interaction with Davon is about, you know,

11   corralling up the cars of Hightower and property of Hightower,

12   and things of that sort.

13         So you know, think about what the government's

14   narrative is, driving together, partners in crime.  You know,

15   two closest associates to Hightower.  There's no evidence of

16   that.  And the reason there's no evidence is because it's not

17   correct.  It's not.

18         Now, let's go back to Kim Melvin for a minute.

19   Because another part of the government's narrative is this

20   idea that Cliff gave a false statement to Kim, and therefore,

21   you can conclude he murdered Mrs. Ashburne, okay.  Well,

22   again, there is nothing you can accept from Kim Melvin without

23   reservation.  Just say that right up front.

24         But just ask yourself this.  You know, because Kim

25   Melvin can be believed about this, you know, going to pick up

Defendant Mosley Closing Argument

1    his daughter, because you know, with her level of suspicion,

2    she's exactly the person that would pick up the phone and call

3    Erica Blanding.  Say, is if Cliff going over there to pick

4    up -- no.  You know, that's exactly what would have happened.

5    And it didn't because Cliff never said that to her.  He was

6    just, yeah.  He was blowing off her calls because he didn't

7    want to get harangued, but he calls her back, okay.  Nothing

8    sinister there at all.  It's just the pattern of his life.

9          Now, with respect to the jail calls, and I covered

10   this mostly up front, but these jail calls just aren't about

11   Cliff, right.  I mean, these are jail calls going back to

12   2013, about events and people and places and motives that

13   don't involve Cliff.  And you know, I'll agree with the

14   government, there's a mountain of motive evidence, but none of

15   it involves Cliff.  None of it.  Not one shred of it.

16         So now -- and the government has not answered the

17   question of who is driving the Pontiac.  It's not Cliff.  And

18   the evidence doesn't show it's Cliff because it wasn't.  But I

19   want to go back to this -- this May 2nd.

20         You know, the government made a point through

21   Special Agent Wilde about this meet up on May 2nd, where

22   Hightower's phone and Davon's phone and Cliff's phone were all

23   in the Park Heights area in that afternoon, this sort of, I

24   guess, this idea, that this is when the conspiracy begins.

25         Well, first of all, there's no witness testimony

Defendant Mosley Closing Argument

1    that actually puts them together.  There's no evidence that

2    they were the only three people in Park Heights that

3    afternoon.  I mean, this is just kind of a stretch to begin

4    with.  But you know, you heard from the defense, the context,

5    what it looks like on May 2nd.  So let's view these phones,

6    right.

7              So you have Sheldon Grant, right, the supplier from

8    New York, who in March, for whatever reason, gets a pair of

9    TracFones, you know, ending in 5150 and 5151, okay.  And he

10   gives one of those phones to Hightower.  I think it was the

11   5150 and keeps the other.

12             Well, Sheldon also discussed how, you know, he had

13   his brother in this operation too.  And Sheldon had one phone

14   number, I think it was the 2670 and his brother had the 5151.

15             Okay.  Now, Sheldon's saying I didn't come down here

16   in May whatsoever, right.  Says he wasn't coming down here,

17   because, you know, Hightower's locked up.

18             But you know, if you look at May 2nd, you see the

19   5150 number.  And again, right, so this is the burner phone,

20   this is the phone that the government told you earlier this

21   morning was a T-Mobile phone, right, because they were in --

22   referencing in the jail transcript going in to pay a $50

23   T-Mobile bill.

24             But the 5150, per Special Agent Wilde is Verizon,

25   right, it's a Trac Fone.  And you see that that phone is at

1    Fallstaff, which is where Hightower lived at the time.  He was

2    on electronic home monitoring, right, so he can't leave his

3    residence.  He's got to stay put.  And he's got Davon off

4    doing his -- the evidence is consistent with Davon off doing

5    his business.

6            So by 10:30, what you see is that Cliff is hitting

7    off of a tower consistent with him going to his home on, you

8    know, Harness Court.  And what you see is -- this Hightower's

9    number is 6448 and 2513, and those are consistent with

10   staying, you know, at Fallstaff where Hightower lives.

11           But you see Carter, who has left to go up north of

12   Baltimore, around the White Marsh Joppatowne area, and

13   Carter's up there as of 10:30 on May 2nd.  And what do we see,

14   we see the supplier -- now, this is Shell's number, the 2027,

15   okay.  That was Sheldon Grant's number, the 2027, connecting

16   with the 5150, which you know, Hightower has back at his

17   residence.

18           So evidently, you know, whoever has the 5150 is sort

19   of, I guess, has the line of access to the supplier in New

20   York, right.  And Hightower's hanging on to that, he's still

21   out of jail, and he's connecting with Sheldon Grant, the 2027.

22   And you see from Sheldon Grant switch, it's the Woodlawn 2

23   switch and the tower 264, that he's connecting off of that and

24   that is also up north of Baltimore in the White Marsh

25   Joppatowne area around the same time as Carter.

1         So that's consistent with the two of them meeting

2    up.  And Sheldon Grant was pretty clear, he only comes down to

3    Maryland to supply, you know, Hightower.  He's not like down

4    here, you know, promoting artists or something.

5         And now here's what's very interesting though.

6    Because the 5150 number, which is the companion to the 5150,

7    okay, the 5151 is with Sheldon Grant's brother, okay.  Well,

8    although Sheldon Grant says he's not down here, and you see in

9    the contacts you see Shell's bro, I think, in Davon Carter's

10   phone -- you see the 5151 is coming down to the Maryland area

11   and you see the Woodlawn 2 switch that its connecting off of

12   on various dates through May, most recently as May 25th, at

13   15:28, so you know, in the afternoon.

14        So now 5151 goes dark after May 25th, until May

15   28th.  And what's happening, it's connecting through a switch

16   in Miami.  Now look, if you're trying to follow leads, if

17   you've been asked to follow leads, okay, that's a lead that

18   should be followed.  Maybe it's nothing, maybe it's something,

19   but, you know -- and connect this up with this other piece of

20   information too.

21        There are various points in the jail calls between

22   Hightower and Davon where Hightower kept telling him to look

23   for something.  Might be in the car.  I think he even calls it

24   the flip, right.  For all we know, Davon is playing all sides

25   against the middle here, and is dealing with the supplier

1    without Hightower even knowing, right.

2            Because Hightower may think the 5150 number phone is

3    missing, but Carter knows where it's all along, and Carter's

4    dealing with Shell's bro, who heads down here on the 25th, and

5    then goes dark until the 28th when he's in Miami.  Myrtle

6    Beach and Miami, okay.

7            Now, look, if you're following leads, this is

8    something that needs to be checked out.

9            Cliff Mosley is not guilty.  He's innocent.  And

10   when you evaluate the evidence according to the Court's

11   instructions, there's several I want to highlight.

12           Jury instruction No. 14, direct and circumstantial

13   evidence.  And by emphasizing a portion of it, I'm not

14   suggesting at all that you do not consider all of the

15   instruction, or all of the instructions, that's your job.  And

16   I'm highlighting a part of it that I think is especially

17   relevant to the task at hand.

18           So instruction No. 14.  Please note, however, that

19   it is not a matter of speculation or guess, it is a matter of

20   logical inference.  That's talking about inferences to draw

21   from what evidence exists, not a matter of speculation or

22   guess.  Not a matter of speculation or guess.

23           Jury instruction No. 34.  Identification testimony.

24   I told you up front, I think identification of the driver of

25   the Pontiac is one of the most important issues here.  And

1    again, quoting from instruction No. 34, the first two

2    sentences, I'll just read the second sentence, "The government

3    has the burden of proving identity beyond a reasonable doubt."

4         And the last sentence, "Therefore, if after

5    examining all of the evidence, you find that a crime was

6    committed, but you have reasonable doubt about whether it was

7    the defendant who committed that crime, you must find him not

8    guilty."

9         Instruction No. 37.  Considering each defendant

10   separately.  And this is very important for Mr. Mosley.  "Your

11   verdict as to each defendant must be determined separately

12   with respect to him, solely on the evidence or the lack of

13   evidence presented against him without regard to the guilt or

14   innocence of anyone else."

15        Jury instruction 46.  And this is a theme repeated

16   throughout the instructions.  This is what the clear eyes of

17   the presumption of innocence and reasonable doubt standard

18   mean when implied.  But jury instruction No. 46, second

19   element, membership in the conspiracy, "I want to caution you,

20   however, that the defendant's mere presence at the scene of

21   the alleged crime does not by itself make them a member of the

22   conspiracy.  Similarly, mere association with one or more

23   members of the conspiracy does not automatically make the

24   defendant a member.  A person may know or be friendly with a

25   criminal without being a criminal himself.  Mere similarity of

1    conduct or the fact that they may have assembled together and

2    discussed common names and interests does not necessarily

3    establish membership in a conspiracy."  Okay.

4            Now -- and we see that also with respect on the

5    *Pinkerton* charge, jury instruction No. 60.  And it's a

6    variation of the same key concept.  "The mere presence of a

7    defendant where a crime is being committed, even coupled with

8    knowledge by the defendant that a crime is being committed" --

9    so that's even pointing out that even if you know or merely

10   associated with others who were committing a crime is not

11   sufficient to establish aiding and abetting.  Okay.  It's not.

12           "One who has no knowledge that a crime is being

13   committed or is about to be committed but inadvertently does

14   something that aids in the commission of that crime is not an

15   aider and abettor.  An aider and abettor must know that the

16   crime is being committed and act in a way that is intended to

17   bring about the success of the criminal venture."

18           There is no evidence that Mr. Mosley is an aider and

19   abettor.  And there's no evidence because he's not.

20           The defense, Mr. Mosley, Mr. Trainor, we ask that

21   you return a verdict based on the dispassionate fair

22   evaluation that's objective of the evidence and the lack of

23   evidence, and return the only just verdict, which is not

24   guilty of murder in all forms that are listed in the verdict

25   sheet.

1        Thank you for your service and thank you for your

2    time.  I didn't reintroduce myself at the beginning, but it's

3    Steve Mercer, and we do thank you for your attentiveness

4    throughout these many weeks of trial.  Thank you.

5        THE COURT:  All right.  And thank you, Mr. Mercer.

6        All right.  So ladies and gentlemen, it is right at

7    our lunch break, so we will take our lunch hour now.

8        We'll ask that you be back at 2:00 o'clock.  When

9    you come back we will hear from a representative of

10   Mr. Carter, then rebuttal from the government.

11       Please remember not to discuss this case with

12   anyone, including among yourselves.  Soon, I'll be able to

13   tell you you can discuss it among yourselves.  But for right

14   now, you still have to remember that instruction.

15       Enjoy your lunch and I'll see you in an hour.

16       (Jury left the courtroom.)

17       THE COURT:  I usually wait for the door to close.

18   I'll see you in an hour.

19       MR. DAVIS:  Your Honor, I wanted to make

20   representations.  Shall I do them now?

21       THE COURT:  If you do want to say something, let's

22   close the door.  You can be seated unless addressing the

23   Court.

24       MR. DAVIS:  Sure.  At this time we'd move for a

25   mistrial based on inconsistent defenses.  I may have

1    misinterpreted the closing argument of our colleagues here,

2    but I believe we were thrown under the bus with respect to the

3    murder.  And to that end, I believe that Mr. Carter is not

4    going to be able to get a fair trial from this jury.

5              Short of that, I would -- as a back up, I would ask

6    Your Honor for a severance based on the arguments of closing

7    counsel.  I know this issue was raised before trial and Your

8    Honor ruled, but I think now it's clear that that is where we

9    are.

10             THE COURT:  So make your record specifically.  If

11   he -- there was a lengthy argument.  I want to give you an

12   opportunity to make your record, or convince me.  Point to

13   specifics, what are you referring to?

14             MR. DAVIS:  Well, number one, all the calls

15   establishing motive, Mr. Carter planning, Mr. Carter's plot.

16   I mean, all of that indicates that Mr. Carter is the shooter

17   and that someone else was involved in this murder.  And I do

18   not think we had -- of course -- I do not think there's any

19   way I can deal with that at this point.  It's not like it's an

20   evidentiary matter coming out.  It's closing argument.  And I

21   know that Your Honor's going to instruct them that counsel's

22   argument is not evidence, but still, given the case of this

23   nature and given the circumstances, I think it's appropriate.

24             Court's indulgence for one second.

25             THE COURT:  Sure.

1              MR. DAVIS:  And also there was -- aside from the

2       murder, there was a reference that Mr. Carter had a separate

3       deal involving, I believe, drug transactions, with Sheldon

4       Grant's brother.  There was absolutely no evidence on that

5       during trial.  And that's something else --

6              THE COURT:  I think he threw out a possibility, but

7       I take your point.

8              MR. DAVIS:  And that would be all.  Thank you.

9              THE COURT:  All right.  Government position.

10             MS. WILKINSON:  Just a reminder, Your Honor, that

11      it's a little late for Mr. Davis and Mr. Zerkin to be making

12      that argument now, number one.  Number two, Mr. Trainor said

13      in opening statements the theory -- that the government's

14      theory is that the shooting was a mistake.  We will not

15      dispute that.  That's completely accurate, may be completely

16      accurate.

17             What we will dispute is that Mr. Mosley had anything

18      to do with it.  I believe it is loud and clear in opening

19      statement that he intended to embrace the government's theory

20      of what happened that day, just that Mr. Mosley didn't have

21      any knowledge of it.  And so I would contend at this point

22      that the motion is waived, and is certainly not grounds for a

23      mistrial, and the Court is going to instruct and just

24      instructed yesterday for the jury to consider each defendant

25      separately, and that frankly, this is just argument of

1    counsel, and this isn't evidence in any way either.  And the

2    mistrial motion should be denied.

3              THE COURT:  All right.  I am inclined to deny the

4    motion.  I will give it some more thought, maybe even go back

5    and listen to the closing again.  But I am likely to decline

6    the motion, but I'll discuss it more when we get back from the

7    break.  So you should be prepared to continue when we come

8    back in an hour.

9              MR. DAVIS:  Thank you.

10             (A recess was taken.)

11             THE COURT:  Just one thing before we get the jury.

12   Before we get the jury back, I did have a chance to look at

13   some cases and listen to the highlights of Mr. Mercer's

14   closing with Mr. Davis's concern in mind.  And the 4th Circuit

15   has said that the mere presence of hostility among defendants

16   or desire of one to exculpate himself by inculpating another

17   are insufficient grounds to require separate trials.  The rule

18   requires more than finger pointing.

19             There must be such a stark contrast presented by the

20   defenses that the jury is presented with the proposition that

21   to believe the core of one defense it must disbelieve the core

22   of the other, or that the jury will unjustifiably infer that

23   this conflict alone demonstrates that both are guilty.

24             Consistent with what he opened on and the nature of

25   his cross-examination, you know, some of the highlights of

1    Mr. Mercer's closings included statements such as, Mr. Mosley

2    had no idea what Mr. Carter was up to.  He had no knowledge of

3    what Davon had going on that day.  He pointed out that the

4    jail calls didn't involve Mr. Mosley, and he did make the

5    point that certain cell site information related to Mr. Carter

6    could suggest that he was picking someone else up other than

7    Mr. Mosley.

8            The way I take Mr. Mercer's argument on behalf of

9    Mr. Mosley is effectively that, I mean, he's not disputing

10   whether Mr. Carter is involved or is not involved.  He's just

11   saying that his client wasn't involved.  And so I find that

12   the jury would be able to believe that Mr. Mosley was not

13   involved and still believe that Mr. Carter wasn't as well.

14           I do not think that the arguments present such a

15   contrast that you either -- or the jury would either have to

16   believe Mr. Mosley or Mr. Carter.  The jury could accept that

17   Mr. Mosley didn't know who did it, didn't know what Mr. Carter

18   was doing, was doing his own thing, which is the core of what

19   Mr. Mercer is arguing, and can accept what Mr. Davis is

20   presumably about to argue, which is that Mr. Carter wasn't

21   there either.

22           And so I deny both the motion for the mistrial and

23   the motion for severance.  With that, we can get the jury.

24           (Jury entered the courtroom.)

25           THE COURT:  All right.  Good afternoon again, ladies

Defendant Carter Closing Argument

1    and gentlemen.  Sorry for the delay, but we're ready to go

2    forward.  You can be seated.  I believe we're now ready for

3    Mr. Davis's argument.  So when you're ready.

4              MR. DAVIS:  Thank you, Your Honor.

5              Good afternoon.

6              JURORS:  Good afternoon.

7              MR. DAVIS:  I don't know if we were thrown under

8    the bus, but I think we took a nick by the bus when it ran by

9    us, listening to the arguments this morning.

10             I guess the only thing I have to say about that is

11   that it's pretty clear from both the evidence that we heard

12   during the trial and from the closing arguments, that

13   Mr. Carter is not close to Clifton Mosley.  I don't think

14   there's any question about that.  They're just not friends.

15             This is a criminal trial.  Mr. Carter's been

16   indicted by a grand jury, and now it's time for the United

17   States to present proof of whether he's actually guilty of the

18   offenses that he's been indicted for.

19             Now, what does that mean?  That means the United

20   States has the burden of proof, 100 percent.  Mr. Carter has

21   no obligation whatsoever to present any evidence at all.  If a

22   witness is available, and I could subpoena them and the

23   government could subpoena them, you always want to ask

24   yourself who has the burden of proof, who needs to do

25   something?  Mr. Carter has no burden of proof.  It's 100

1    percent their burden.

2              And if you think that's unfair, well, look at the

3    case.  We sat here for three weeks, look at all the people

4    that were brought in.  People arrested, brought in, compelled

5    to testify, which I can do, if I want to compel someone to

6    testify.  Brought into the grand jury.  All this going on.

7              They present their case, they argue.  The defense

8    argues.  And then in consideration of the fact that it's their

9    burden in a criminal case to prove beyond a reasonable doubt,

10   after I sit down, Ms. Wilkinson will get up, and she will have

11   30 minutes, maybe 45, it's hard to tell, to pick apart

12   everything I say.  And I will not have an opportunity to come

13   back.  So that burden isn't unfair.  That burden, it's

14   balanced out.  Believe me.

15             Now, the evidence in this case consists of zero

16   forensic evidence.  There are no prints.  There's no DNA.

17   There's no hair.  No cartridge from the crime scene was

18   recovered.

19             And speaking of that, experts -- experts are always

20   kind of interesting.  The gun expert that came in to testify,

21   I asked him a question and he gave probably about a five- or

22   ten-minute answer.  And in the end I asked him, so I guess

23   you're saying that it means that if you look at the cartridge

24   you could identify what type of gun it was shot from.

25             And that kind of exemplifies a lot of what's going

1    on in this case.  We've been here for three weeks listening to

2    witnesses testify, three solid weeks.  And we submit that it

3    probably could have been done in a week because there isn't

4    really anything here, of substance.

5            There's no physical evidence.  There's no hoodie.

6    There's no blue hat.  There's no pants, like that picture.

7    There's no confessions.  And you heard Mr. Carter on the

8    videotape.  Mr. Carter did not sit down and confess to

9    murdering this woman.  There's no person saying that he told

10   me that he did it.  Not his girlfriend.  Not his friends.  No

11   one from jail.  No one.

12           And perhaps the most disturbing aspect of this case

13   is that there's absolutely no motive for Mr. Carter to kill

14   anyone.  There's none.  Unless you buy into this theme that

15   everybody loves Hightower.  But even if you buy into that

16   theme, which there may be a grain of truth to that.  The guy's

17   charismatic, I don't think there's any question about it.  We

18   heard him talking on the tapes.

19           But even if you buy into everybody loves Hightower,

20   would someone kill because someone likes somebody or someone

21   is their friend?  It took them 1.5 years to indict Mr. Carter

22   according to the evidence.  There was no change in

23   circumstances from June 1st of 2016 until May -- well,

24   actually until he was indicted in December of 2017.

25           And what happened on June 1st of 2016, what was

Defendant Carter Closing Argument

1    there?  The search warrants had been executed.  Mr. Carter

2    spoke to the authorities.  And you know, remember we were

3    talking about the little room, I was questioning the witnesses

4    about the little room that they would go in before they go to

5    the grand jury.  We're watching Mr. Carter in the little room.

6            And how did the little room experience go from what

7    you observed in that videotape?  Did you hear Mr. Carter

8    screaming?  Did you hear the detectives screaming?

9            That's how it goes in the little rooms.  They had

10   the video on May 27th of 2016.  They had all the videos.

11   Remember the expert came in, and they said he compiled the

12   videos and he brought them in.  And actually they showed

13   Mr. Carter, the video, as he was seated in the little room.

14   They had all of that.  Nothing changed.  They had the jail

15   calls.  The jail calls go back to 2013 when Mr. Carter's

16   incarcerated for drugs.  We know that from his parole officer.

17           The only new calls leading up to the unfortunate

18   incident that resulted in the death of that woman would have

19   occurred in May.  And how many of those were there?

20           And you know they were right down there, because

21   Mr. Hightower's cell was tossed.  So you know they were right

22   down on the jail.  And everything is electronic these days,

23   takes you a minute to get things.  But it takes 1.5 years,

24   nothing's different.  They could say they interviewed

25   witnesses and put different witnesses before the grand jury.

Defendant Carter Closing Argument

 1            And most told several different stories under oath.

 2     But most were consistent about one thing.  They were

 3     approached aggressively, and understandably so, because it's a

 4     homicide and it's a high profile homicide too.  They were

 5     approached aggressively, and they felt, from their perspective

 6     that they were aggressively interrogated prior to going into

 7     the grand jury.

 8            Well, if a witness comes into this courtroom and

 9     sits on the stand and puts his or her hand up and swears to

10     tell the truth and nothing but the truth, and they do the same

11     in the grand jury, and the stories are inconsistent, how do

12     you credit one version over another?

13            Do you credit what they said in the little room

14     before they went to the grand jury?  Do you credit what they

15     said in the grand jury with just a prosecutor?  Or do you

16     credit what they say in the courtroom when everybody's here?

17     When you're here, when the defense is here, and the

18     prosecutors are here, when his honor is here.

19            How do you decide what's the truth?  Everyone of

20     these witnesses they brought in here falls into this category.

21     Literally, every one of them.

22            And they're easily led.  And we are extremely

23     experienced attorneys.  I don't know if you know that but most

24     of us are kind of gray.  I'm definitely looking older than I

25     did before, let me tell you.  We are more than experienced.

Defendant Carter Closing Argument

1          You probably have a couple hundred years of

2     experience at these tables here.  We know what we're doing.

3     We absolutely know what we're doing.  Remember the agent,

4     Agent Meunier.  Her first name was Summer.  Remember she was

5     sitting up here testifying and she was showing the bank

6     records that the United States presented to her?

7          And the United States pointed to the bank records

8     and said, so what about this cash deposit of $1,100 made on

9     this day, and she comments on it.  See, people can be easily

10    led.  If someone believes that that's it, that it was a cash

11    deposit and they run it by somebody, and that person buys into

12    it without thinking, and agrees to it, what are you left with?

13    You're left with an answer that the person really didn't want

14    to give, and it didn't come up until I stood up and I asked

15    her about that.  And that's a sophisticated federal agent that

16    that happened to.

17         What about these witnesses that came before us?  Are

18    they sophisticated federal agents?  Do you remember the theme

19    when Ms. Wilkinson was bringing out grand jury testimony and

20    reading it to them and playing it, the audio from it?  Do you

21    remember what the theme of all this was?  Didn't you tell me

22    this in the room?  These are unsophisticated, uneducated

23    individuals that have been scooped up off the streets.  They

24    want nothing to do with this.  And even Ms. Wilkinson will

25    agree with that.  They want absolutely nothing to do with

Defendant Carter Closing Argument

1    this.

2              And what happens when that little question slides in

3    before them and they give an answer and then they get in

4    before the grand jury.  Keep in mind these people never go

5    before grand juries.  They're really out of their element.

6    And they're sitting there and the prosecutor says, well,

7    didn't you just tell me blah, blah, blah, and tells them what

8    they want to hear.

9              Well, maybe they didn't tell them that in the little

10   room.  Maybe that's what the question was and it ran by the

11   person like it did the federal agent that was sitting in here.

12             Didn't you tell me before, boxing them in in

13   advance.  There's only one witness that was confident enough

14   to understand this process.  Do you remember Aurielle

15   Washington?  She said they came out, they took me -- they

16   brought me down here, they subpoenaed me to the grand jury,

17   but they put me in a little room.

18        You don't subpoena -- well, it's not improper to question

19   witnesses before you put them in before the grand jury, but

20   Aurielle Washington didn't think she had been subpoenaed to go

21   to a little room.  She thought she had been subpoenaed to

22   testify before the grand jury.  She wasn't buying into that.

23   She may not be sophisticated, she may not be highly educated,

24   but she understands what was going on there.

25             Some of these other witnesses are absolutely

Defendant Carter Closing Argument

1    amazing.  I mean, absolutely amazing.  Mr. Sampson, Clarence

2    Sampson.  I mean, he -- I don't know what to tell you about

3    him other than you shouldn't give any credence at all to

4    anything he says.  He characterized his relationship with

5    Mr. Carter as father and son.  That's ridiculous.  They had a

6    few contacts over a year's period.

7          He is the only witness the United States produced in

8    this case that said that Carter had anything to do with this

9    murder.  He's the one that told you that Mr. Carter told him

10   he had to take care of something or was going to take care of

11   something for Hightower.  Remember that testimony?  Going to

12   take care of something.

13         Well, aside from his other problems, which we'll get

14   to in a moment, number one, he sent a text message to

15   Mr. Carter saying he wanted to talk to him.  And the text

16   message was dated 12/16/2017.  And the text message he sent to

17   Mr. Carter was he wanted to talk to him, and he testified it

18   was about this wiretap that went up on his cousin's or uncles

19   or someone in his family's phone.

20         And that notice he got was the year before.  So you

21   have to believe that this man waited one year to contact his

22   son to tell him that there's a wiretap on his phone.  And he

23   drove out to meet him and didn't talk on the phone.  And this

24   is a year after he learns this.  And it's not -- we're not

25   basing this on what he testified to, I'm basing this on the

1    text message that the United States introduced into evidence.

2    It's absurd.  It's absurd.

3          And he's the only one that said Carter was going to

4    do something or take care of something.  It's ridiculous.

5    It's past tense, number one, way past tense.  And it's just

6    ridiculous.

7          Is he biased?  He's a 30-year heroin addict.  Is

8    there any surprise that the one witness that comes in and says

9    that this man directly said he had anything to do with this is

10   a 30-year heroin addict?  He said he's high all the time, he

11   said he was high back then, he was high when he interviewed

12   with the United States.  He was high when he testified before

13   the grand jury.  He was high when he testified.

14         And if there's any question about it, there's a term

15   that deals with heroin addicts when they start to fall out

16   from using drugs.  It's called nodding.  They kind of go down.

17         Remember Mr. Sampson was testifying, he's sitting

18   there (indicating.)  They kind of like to check out for a

19   minute.

20         He was so out of it that when they played the audio

21   of his grand jury, attempting to impeach him, I guess, wasn't

22   even clear, that he started answering the questions that were

23   on the audio tape that they were playing to show that he

24   wasn't telling the truth, he starts answering the questions in

25   court.

1          And this is the only man, the only witness that

2    provides direct evidence that this plan had anything to do

3    with this homicide, for which there is no motive.

4          Suffice to say, Mr. Sampson was queen for the day.

5    And it's too bad he probably doesn't even remember it.  As he

6    told you, as he sat on the stand and testified, what's going

7    to happen after this, are you going to be released?  Yes.

8    Where was he before he came in?  They locked him up.  He's not

9    reliable.  If he's not reliable and they have to lock him up

10   to bring him in, and he's high all the time, and he can't even

11   answer questions in a normal fashion, how can you credit what

12   this man says?

13          I don't -- your recollection controls, but when he

14   was sitting up here, he answered a question, he said I'm 53

15   years old.  And the next question from Ms. Wilkinson was, so

16   you're 51 years old, and he goes, yes.

17          He answers yes to anything.  He doesn't -- it just

18   doesn't matter.  He just wants to get out.  He wants to get

19   out to start using drugs again.  Perjury is not even a

20   question here.  Sadly, he's just putty waiting to be molded.

21   And it is sad.  I mean, you have to feel sorry for someone

22   like that, because he seems like a nice person, but he's not a

23   reliable person, ladies and gentlemen, and you cannot take

24   that piece of evidence and utilize it in a case as serious as

25   this.

1          And he is the only direct evidence witness that

2    Mr. Carter had anything to do with this homicide.  He's

3    nonsensical.  You know why he talked -- you know why he said

4    the things he did, because he, like everyone, else visited the

5    little room before he went into the grand jury.  And how well,

6    how sophisticated, how confident do you think Mr. Sampson was

7    when he was in there?  He will say whatever you want him to

8    say.

9          Sheldon Grant, kind of a different twist on this,

10   and we're shifting to the marijuana charge, which we concede,

11   the marijuana charge.  I mean, we have no qualms about this at

12   all.  The marijuana in the back of that truck was his.  It's

13   two pounds, the cash was his.  There's just no question about

14   it.

15         Now, the United States -- and I really didn't

16   understand this, but I thought I heard during the closing

17   that -- an implication of some sort that it belonged to

18   Mr. Hightower.  Well, that doesn't make sense.

19   Mr. Hightower's been locked up for over a month.  No one's

20   driving around in that BMW truck with two pounds of weed,

21   which everybody testified, had an overpowering smell.  And

22   $7,000 in a duffel bag.  That's not a -- it was his.  It was

23   his.

24         Is Sheldon Grant biased?  Now, Sheldon Grant was

25   sophisticated.  He runs a music business.  He came in here and

1    he sat up in this witness stand and he told you that he was

2    selling Matthew Hightower, four to five pounds every two or

3    three weeks.  Well, isn't that interesting?  Because we didn't

4    hear that he had a plea agreement.  We didn't hear that he had

5    a deal.

6            So do you think he had any interest in not pleasing

7    the United States when he came in here.  Because keep in mind,

8    he walked in the front door and he walked out the front door.

9    He's a businessman.  He's cutting his losses.  He's getting

10   credit, he hopes.

11           What's in it for him?  Different but still bias.  He

12   said that this man answered Matthew Hightower's phone -- I

13   guess that's the flip phone that Matthew Hightower's -- been

14   talking on the phone about he couldn't locate.  It was in the

15   car.  I don't know if you remember that, but he said -- I

16   think he was talking to Aurielle Washington, and he was saying

17   maybe I dropped it in the car.

18           But he says that he talked to this defendant and the

19   defendant was taking over.  Well, I guess that's his offering

20   because he had nothing else to say.  He never really dealt

21   with this man, at all.

22           Now, I heard something from my colleague at the

23   table there during their closing argument, something about

24   Sheldon Grant's brother, but I don't remember a shred of

25   evidence about Sheldon Grant's brother during the trial.

1          But the phone, why do you think Sheldon Grant was

2     dragged in here?  Because that phone was recovered when

3     Mr. Carter was arrested.  And just like they did with

4     Mr. Carter's phone, they went through every number in the

5     phone and dragged everybody in.

6          And what do you think Sheldon Grant did?  He took

7     advantage of the one thing that was corroborated by other

8     evidence.  He had a connect call with Mr. Carter.  So that's

9     his in.  That's his offer, and that's probably why he walked

10    out that door after he testified.

11         He came to Baltimore, not to sell this man weed.  He

12    never sold him weed.  He came to Baltimore looking for his

13    money.  Now he denied that he went to Matthew Hightower's

14    baby's mother, he denied he went to Matthew Hightower's wife.

15    But you know this man was going to everybody to get his money.

16         And if Carter answers the phone, he's coming to

17    Carter to get the money.  Now, does that connect Mr. Carter to

18    Mr. Hightower's dealings with Sheldon Grant?  No.  Because

19    Sheldon Grant isn't dealing with him.  Mr. Hightower -- well,

20    I'll get to that in a moment.

21         Let's move on to some of these other witnesses.

22    Arielle Lee.  She testified and we heard her -- grand jury

23    heard her audio.  She made like -- she was giggling in the

24    grand jury.  I really couldn't figure that out.  She gets up

25    here, tells a completely different story on the stand, says --

1    she tells a different story before she goes into the grand

2    jury, and then denies that she said what she said in the grand

3    jury.

4            Well, let's take it back in time.  First of all, we

5    don't know the timing of this incident that she was testifying

6    about.  The one thing we do know though is, is that Mr. Carter

7    has a child with her that she's carrying at the time.  And she

8    finds out that Mr. Carter is with Deanna Lawson, who is also

9    pregnant with his child.

10           Fight?  Oh yeah, there's a fight.  There's a big

11   fight.  And she's upset.  She may not be upset when she comes

12   in here later on, but back then she's very upset.  But in any

13   event, again, which is true?  They are both -- both those

14   statements are made under oath.  How do you credit one over

15   the other?

16           One of them is perjury.  It has to be.  I mean, she

17   didn't look like Mr. Sampson, like she didn't know what was

18   going on.  She knows what's going on.  Either she was angry

19   with him and she tried to burn him in the grand jury or she's

20   lying in here.  But how do you balance it?  The only thing

21   that I can suggest to you -- and you make these decisions

22   because you are 100 percent the judge of the facts in this

23   case.

24           The only thing I can suggest to you is that Arielle

25   Lee had an interest in hurting him back when she found out

1    that he -- that the child she was carrying, his child, had

2    competition out there with his girlfriend Deanna Lawson.

3         And keep in mind, no gun has ever been recovered

4    anywhere.  And keep in mind, when you watch this video, I have

5    this C19 up, the blow up, the enhancements.  When you watch

6    that video, you're not going to see a gun any place.

7         And when Mr. Carter's cars are searched, no gun was

8    found.  When Mr. Carter's house is searched, no gun is found.

9    That, in addition to none of the clothing that this individual

10   wore, none of it.  Absolutely nothing.

11        Antonio Vines.  They brought Antonio Vines in

12   because he was in Mr. Carter's cell phone.  His name is Tony,

13   but he's not a mechanic.  Nobody claimed he was a mechanic.

14   They literally went through the phones and got every person

15   and interviewed every person.

16        There's no evidence that anyone else, Detective

17   Forsythe or Detective Jones or the case agents, there's no

18   evidence, there's no testimony that anyone went out to the

19   Park Heights area to search for Tony, which is kind of odd.  I

20   mean, you could say, well, Mr. Davis, you and Mr. Carter could

21   go out and find Tony and bring him in.

22        But you've got to ask yourself who has the burden of

23   proof here?  Who has the burden?  And no one testified that

24   anyone made any effort to check this.  I mean, everybody

25   laughs about it on the videotape, and people make a light of

Defendant Carter Closing Argument

1    it, but there's no evidence that anyone went up to Wiley Ave

2    and looked for a Tony.

3           Michael Bailey works on the streets, works on cars.

4    It's an underground economy.  You have to kind of place your

5    head in the world where the individuals that we're looking at

6    live.  Bailey works on the street.  He does cars.  He fixes

7    them for people.  He did the rear brakes.  Do you recall his

8    testimony?  He wanted to do the front ones.  He said that in

9    J-17 on 5/23, 2016.

10          It's a call -- well, it isn't a call, it's a text.

11   Actually, on J-17, 5/23/2016, Mr. Carter sends a text -- or

12   sends out one of the calls -- on the calls -- I'm getting --

13   you know, we've heard so many phone things.  You should be so

14   happy I didn't bring up a stack of papers and transcripts on

15   them and go through the cell records.  I almost died when we

16   did the cell records with the expert.  It took five hours.

17   Did anyone clock it?

18          I mean, I think at one point one of us almost fell

19   asleep at counsel table.  I mean, it was just horrible.  I

20   promise you I won't do that.  But bear with me if I get a

21   little bit confused on the times and dates.

22          But it's in a text or a call, it's J-17, it's dated

23   5/23/2016.  Mr. Carter says on one of the calls, the rear

24   brakes are squeaking and need to be replaced.  Well, he did

25   those.  He did those, before.  He goes in to the auto supply

1    store and what does he purchase?  He purchases the front

2    brakes that hadn't been replaced.

3          On June 1st of 2016, this is after Mr. Carter's

4    interviewed.  This is after he's given his videotape

5    statement.  They seize the cars, and then they do a forensic

6    evaluation of the cars.  They search and they dust them.  I

7    guess they searched them -- I guess they processed them for

8    DNA, I would imagine.

9          The detective says that he looks at the wheels of

10   the car and he sees dust on them, so he doesn't think the

11   brake pads have been replaced.  One would think that if

12   someone says I wasn't there, I dropped the car with someone to

13   have the brakes replaced, that one would look at the brake

14   pads.  They had the car, they had the search warrant for the

15   car.

16         First of all, the brake pads, according to Michael

17   Bailey -- and you know, you can credit him or you can't, I

18   don't know.  He seemed to know what he was talking about,

19   about cars and brake pads.  But he said you had to pop the

20   wheel off to take a look at the pads.  I think he said

21   something about a caliper.  I'm not really familiar with cars.

22   Hopefully someone on the jury is familiar with cars, but I

23   think he said you had to pull the caliper off too.  That

24   wasn't done.  That wasn't done.

25         And keep in mind, there's absolutely no question

1    that he bought brake pads for the front of that vehicle.  No

2    question whatsoever.  There's no question whatsoever that

3    those brake pads were for a 2005 Pontiac Grand Am.  There's no

4    question.  They knew this on the day that they searched his

5    car that he said he dropped his car off to have repair work

6    done.  Nobody checked this.  Nobody checked the brake pads.

7            So where are they?  If he bought them and we know he

8    bought them, they're not in the Pontiac, they're not in the

9    BMW, and they're not in his house.  So where could they

10   possibly be other than on the car -- which nobody checked.

11           And what did Mr. Bailey have to offer?  He was

12   another one of these witnesses that just didn't to be here.

13   Everyone in his phone book, they went to talk to.  Well, it

14   looks like him.  That's Mr. Bailey's offer.  It looks like

15   him, can I go home now?  That's pretty much how it went.

16   Looks like him and he goes home.

17           Now, Mr. Bailey, he wasn't a bad guy.  I mean, he's

18   high every day, but I don't know.  I mean, he didn't come off

19   like Sampson.  He's never paid taxes a day in his life, that

20   irritates me, but you know, a lot of people don't do it.

21           But the honest answer is, you can't say who this

22   person is when you look at it, because you can see Mr. Carter

23   sitting over there.  You can't tell.  You can't tell.

24           Because if you could tell they would have indicted

25   him in a minute, and they wouldn't have let him go on

1    June 1st.  Now, you can say, well, some of the people that

2    came in said it kind of looks like him or it looks like him.

3    But they're all back and forth.  And we know the story,

4    subpoena, little room, grand jury, trial.  Nobody wants

5    anything to do with this case.  But a black man with a beard,

6    a little bit hefty.  How many people does that fit?  Well,

7    apparently they got six people or five people to put in a

8    photo array with Mr. Carter included in it.

9          A photo array, as they testified, is a double

10   blind -- well, as the stipulation went -- is a double blind

11   identification process.  The interviewer doesn't know what it

12   is, and the interviewee doesn't know if the defendant's in it.

13   And they presented the pictures.  And what are they after?

14         They're saying, well, don't focus on facial hair and

15   things like that.  Focus on face structure, nose.  Why did

16   they tell them that?  Because facial hair isn't a big

17   consideration.  What's important is his nose, lips, things of

18   that nature, something you can't change.  Something you can't

19   change.

20         He wasn't identified.  And that was shortly -- I

21   believe that was on June 21st of 2016.  He was not identified.

22   The other eyewitness that was out there -- I didn't hear that

23   she was shown a photo array.  I'm a little bit surprised but

24   then again, I was a little bit surprised that they lost the

25   photo arrays that was shown to the victim's mother.

Defendant Carter Closing Argument

1          We do know that Mr. Carter was in it, and we do know

2     Michael Fleming was in it.  He was in one, and Mr. Carter was

3     in one.  Neither one of them were identified.

4          Deanna Lawson, she's a very sweet lady.  She's a

5     very sweet lady.  And there's a lot she didn't know about

6     Mr. Carter.  She didn't know about Ms. Lee, initially.  She

7     didn't know he was selling marijuana, which apparently

8     according to the evidence, he had just started doing to

9     supplement his income.  He was on workers' comp.  We've heard

10    that.  He was making things and selling them.  As a matter of

11    fact, take a look at this hat.

12     Does this look like a hat you've seen before?  An

13    Oriole's hat.  This is what Mr. Carter does.  He designs

14    things.  He colors things and he does tennis shoes.  He does

15    all kinds of things like that.

16          Well, at any rate she didn't know about the

17    marijuana.  And she sat here and told you, and said I cannot

18    say if it's him or not.  And how can she, when you look at it?

19    And you're going to have the video in there and you're going

20    be able to play it and take a look for yourself you see him

21    sitting there.

22          I mean, this isn't like hide and seek.  What you

23    need to do is that you need to look at the -- try to identify

24    the facial features on any of this.  And it's not him.  You

25    cannot say it's him.  The features are just not there.  For

Defendant Carter Closing Argument

1    one, the blow ups totally distort things.  You can't even tell

2    on the photograph to the right with the man with the ballcap

3    on, A, we don't know when that photograph is taken.  B, when

4    you blow up a photograph like that, it distorts everything.

5    It's difficult to tell.  Either he has a Santa Claus beard or

6    it's just distortion.  You can't tell.  Over here, you can't

7    tell at all.

8            It's so distorted that the hand looks like it's

9    melted.  When you look at that video, you're going to notice

10   that you can see, as this individual is running from --

11   through the back of the apartment complex, this individual's

12   using both hands.  You're not going to see a gun in either

13   hand and you know what else you're not going to see in either

14   hand, you're not going to see a brace or a cast on either

15   hand.

16           And again, you'll have to -- the compilation video

17   is a great asset that they prepared because it's short and you

18   can sit there and you can stop at it and you can look at it.

19   But as this individual is running behind the buildings, take a

20   look and watch the hands.

21           Deanna Lawson had a high-risk pregnancy at the time

22   all this occurred.  It's very sad.  She was under a great deal

23   of stress from the pregnancy alone, and she was very hormonal.

24   She told you so.  She told you that she can't -- couldn't say

25   whether it was him or not.  She just couldn't.  And you can

1    tell by looking at the best photograph that they offered you.
2    You can't tell.

3         That's the best conclusion anyone can arrive at.
4    You don't have to be Mr. Carter's friend for 30.  Years, you
5    don't have to be his wife or his girlfriend, you can just look
6    at it and look at him.  It's not there.  You have to buy into
7    the story that everybody loves Hightower, and that it's so
8    powerful that individuals will go out and kill somebody for
9    Mr. Hightower.

10        This man has no violence that you've heard about in
11   his past.  And you've heard a lot about his past.  You've
12   heard that he has been locked up, you've heard he was on
13   parole, you heard he was doing well.  You know it was for
14   drugs.  No one has indicated that this man has carried a gun,
15   other than Ms. Lee, and she didn't even say he carried it.
16   And she waffled back and forth and ultimately she ended up
17   committing perjury.  And on top of that, she had a reason to
18   be angry with him, she had just found out or at least back
19   during that time period when she was pregnant, she had found
20   out that he had a child with another woman.

21        The best conclusion anybody can arrive at is this
22   picture is not very good.  And you play that photo array tape
23   to listen for what the law enforcement looks for when they're
24   seeking to have someone identified.  Listen to what they say
25   about facial hair, and then think back to every witness that

Defendant Carter Closing Argument

1    tried to identify or claimed it may or may not be, or said

2    anything about that photograph, they talked about facial hair.

3           That's the one thing that the detective tells the

4    victim's mother that you don't pay attention to.  You look at

5    the features of the face.  Because facial hair can change.  We

6    know that Mr. Carter, based on the testimony, and I submit

7    there's absolutely no reason to question this, Deanna Lawson

8    said that she has been dating him since they were 14.

9           She's known this man for a very long time.  She says

10   he wears his beard close cropped.  I don't understand what the

11   big deal about the beard was if when the victim's mother is

12   viewing the array and asked to identify an individual she is

13   specifically told the one thing you don't focus on is facial

14   hair.  Nobody said that's Mr. Carter, the nose is the same

15   nose, the lips are the same, nobody said that.  The facial

16   structure, nobody said that.  And the reason they didn't say

17   that is because you can't say that.

18          Cuts his beard down when he goes to the beach.  Is

19   that a big surprise?  You go to the beach, it's warm.  You

20   want a beard?  No.  She's known him for decades.  He wears a

21   light beard.  Sometimes he shaves it off, sometimes he leaves

22   it.  Three weeks of testimony and where are we?

23          We heard about the cars roaming around the apartment

24   complex.  I thought it was interesting that the Audi turned

25   out to be two different Audis.  That was kind of an

Defendant Carter Closing Argument

1   embarrassing mistake, I would think for the expert.  Of course

2   my recollection from the expert's testimony -- again, your

3   recollection controls, that the Pontiac is not unique in

4   features either.  Saturns, Alero's you can put the same brake

5   pads -- same brake pads on an Alero that you put on the

6   Pontiac Grand Am.

7           If you watch that compilation video, at one point

8   you'll see the car pulling into a parking lot, the Pontiac,

9   and we believe it's the Pontiac.  I think that's the one where

10  you actually see the tags -- no, actually, it isn't.  But it

11  pulls into the parking lot, and there's another Grand Am in

12  there with a sunroof.  A silver one with the same little wing

13  on the back.  But it's got a sunroof.

14          The United States put this situation together that

15  Mr. Carter made an abrupt decision to run to South Carolina

16  for the weekend.  He didn't make an abrupt decision to run to

17  South Carolina for the weekend.  He had been planning that for

18  a month.  Andre Farell, and he may have come off like a wise

19  guy, and he did a little bit.  He was unhappy about being

20  here.  Remember, he's the tall thin fellow.  He was down in

21  Myrtle Beach when Mr. Carter got down there.

22          Mr. Carter gets down there, how long had you guys

23  planned this, oh about a month.  About a month.  And was

24  Deanna Lawson originally intending to go, yes.  But she

25  couldn't go that far because she was having problems with the

1    pregnancy.  They both told you that.  This wasn't a surprise

2    exit.

3            And then the parole officer is put on to establish

4    that he never talked to Mr. Carter.  We pulled the phone

5    records and you don't really have to go through them, you

6    probably remember, but he's calling the parole officer

7    throughout the day, trying to tell him he's going down to the

8    beach.  Going to the secretarial desk, which apparently is a

9    joke according to the parole officer, because he never got the

10   message.

11           He gets down there, he signs into the room that he

12   was originally going to at Captain's Quarters.  His name is

13   the fifth name on the list.  Everybody signs in when they get

14   down there.  So there's no question why he rents a room so

15   late in the evening.  There are four guys in the room.  When

16   he gets down to Captain Quarters he goes to get his own room.

17   It wasn't like he ran out of town, shaved off his beard, ran

18   down to South Carolina when no one was knowing to hide out and

19   then to come back.  I mean, it's just ridiculous.  It had been

20   planned, and there's no question about it.

21           And he probably should have got through to his

22   parole officer earlier, but you know some people aren't --

23   sometimes people just aren't that responsible.  And he paid

24   for it because he was locked up shortly thereafter and didn't

25   get out until when, December?

1          Now, government pressure, this is always a sensitive

2     topic to bring up, because the prosecutors feel that you're

3     attacking them, and it's really not an attack on them.  And

4     when I say government pressure, what I'm trying to

5     characterize and what I'm trying to convey to you is the

6     mindset of the individual when they are confronted by law

7     enforcement and the prosecutors.  Unsophisticated, uneducated,

8     people that really do not have a lot of power in their life,

9     like Mr. Sampson, or like Elma Myles.

10         I liked Elma Meyers.  Do you remember Elma sitting

11    up here, she was the happiest person I've ever seen.  She was

12    doing a couple years and she owes the government over a

13    million dollars and she was just so happy and she was just

14    sitting there.  And Ms. Wilkinson kept asking her, well, you

15    did this, didn't you?  And she pointed out her plea agreement

16    and the statement of facts.  And Elma didn't get flustered,

17    didn't get angry, didn't get irritated.  She just says well,

18    no, I didn't do that.  Well why did you sign the plea

19    agreement?  She goes, because it was my best option.  She's

20    doing a couple of years for that.  And she also agreed to pay

21    the United States Government back over a million dollars.

22         Boy, that must have been a heck of a birthday party

23    for her granddaughter if she owes a million dollars.  I don't

24    know where all the money went back, there's a lot of talk

25    about this expensive granddaughter party, but that's a lot of

1    money for someone like that to owe.  But nonetheless she said

2    that she was told that this was her best option, and she took

3    it.

4            Aurielle Washington had never been arrested in her

5    life until this case came along.  Pressure?  She said she got

6    a subpoena, she thought that she would be called and she got

7    locked up and brought down here.  I'm not casting any -- I'm

8    not saying that they're bad or they're -- they did something

9    wrong, I'm just telling you that from the witnesses'

10   perspective, this is pressure.  This is pressure.

11           Aurielle Washington said I was subpoenaed to go to

12   the grand jury, but they put me in a room.  That's pressure,

13   if you recognize it.  I do not exert that type of pressure on

14   people when I talk to them.  I'm not in a position to do that.

15   So you have to recognize the difference between law

16   enforcement and the prosecutor staff that works with them when

17   they put cases together.

18           Again, it's not improper, but you have to recognize

19   that there is pressure involved when you have powerless

20   people.  And these people bend when pressed.  And it's

21   really -- I hate to use this word, disingenuous.  It

22   doesn't -- it's disingenuous to say it doesn't exist, which

23   basically, it's not right.  It really does exist.  You can't

24   deny it.  That pressure is there.  And that's how you end up

25   with a lot of these waffling stories, because you have

1    external forces operating here.

2            The United States has given you their version of the

3    facts and they've drawn inferences and we're all allowed to do

4    that.  I mean, I think that they went as far in their opening,

5    and I'm sure they'll do it in their closing, to give their

6    version of how the facts played out.  It's called drawing

7    inferences from what happened.

8            Well, I'm going to first look at Matthew Hightower's

9    calls.  Is there any hint of anything devious on them?  And

10   keep in mind, they go back to 2013.  He comments about

11   Mr. Carter when he apparently gets arrested.  He apparently

12   knows about it, and he goes I don't know what he's doing in my

13   car.  He's worried about his car.  And then he says, because

14   there's nothing in it, why did they take my car?  He's worried

15   that they're going to seize his BMW.  That's what he's worried

16   about.  There's no other inference you can draw out of that.

17           Ms. Washington is gathering up all the cars,

18   presumably to sell them.  Mr. Carter's taken the BMW in to get

19   the tire rods repaired.  That's why he had it when he got

20   arrested that day.  When he had the Audi in May, he was taking

21   it down to get rims, according to the testimony.  A lot of

22   these calls, we've heard so many of them, they just kind of

23   mesh after a while, and then people say well, it means this

24   and it means that.  Well, it doesn't always mean what people

25   are suggesting.

1          That 2/13 call where Mr. Carter says, well, tell

2     your boss I'm going to come holler at him, I guess that's

3     meant to demonstrate that he's an enforcer of some type.  The

4     man's in jail, he's not getting out for a year and a half, and

5     he's talking -- he's joking.  When you listen to the call, you

6     can literally tell he's joking.  Yeah, tell your boss I'll

7     come out and holler at him.  Nothing devious.  Has nothing to

8     do with what's going on here.

9          A lot of things are presented out of context.  Well,

10    not a lot of things, but enough to make it worth looking at.

11         Government's Exhibit P-2 is a summary of the phone

12    conversations, and I'm going to put this up here.  Let me see

13    if I can get back a little here.  I think we saw this during

14    the government's closing.

15         Skinny, don't say anything.  That looks bad, doesn't

16    it?  I mean, it's around -- it's around the time that the

17    United States says -- and I submit without any evidence, that

18    a plot is being devised to harm Lisa Edmonds.  Well, it looks

19    bad, but if you go up you see Mr. Carter calling his cousin

20    who knows Matt, hey, what's Michelle's number?  Who's

21    Michelle?  What did Aurielle Washington tell you about that

22    call and Michelle?  Remember Michelle was throwing Hightower's

23    clothes out because Michelle is basically washing her hands of

24    him because he's shacking up with Aurielle Washington.

25         Mr. Carter tells Ms. Washington, Skinny, don't say

1    anything.  The next sentence, the next text puts it in

2    context.  The first two and the last.  You have my word, I

3    wouldn't do that.  He's calling now, you want me to call --

4    you want me to call you or tell him to himself?  They're

5    talking about his clothes.  Carter doesn't want to tell him

6    that Michelle's throwing his clothes out because he doesn't

7    want to upset him.  That's what he's telling Skinny.  He's

8    going to deal with it himself.  He's trying to deal with it.

9            But you take it out of context, it makes it look

10   sinister.  It makes it look like some devious plot is going

11   on.  It has nothing to do with that.  It has nothing to do

12   with that.  He's trying to get the clothes back.

13           There's another one that was presented to you.

14   Sorry for the latest call, I just wanted to know did things

15   work out as far we, you guys were trying to do earlier.

16   Again, that's put out there as if it represents something

17   devious, some type of evil plot going on.  It's on 5/19 at

18   22:30.  Let's back it up a minute.

19           What's going on?  They're talking about the

20   insurance.  All the guys are talking about the insurance.  All

21   the guys are talking about the insurance.  They're trying to

22   get the insurance paid.  There's no devious plot.  There's

23   absolutely no devious plot.  There's no meeting of any

24   sinister character, they're collecting money for the cars.

25   They're trying to get Mr. Hightower's cars off the street,

1    presumably to sell them, although nobody really testified to

2    that, but I think you can draw those conclusions.  Why else

3    would they be replacing parts on them and things of that

4    nature?

5            Actually, I think there was testimony that what

6    Hightower does is he buys these cars at auctions and then he

7    kind of puts little things on them, spruces them up a little

8    bit and tries to the turn them for a few extra bucks.

9    Probably not terribly lucrative, but --

10           They make a really big deal about Mr. Carter not

11   telling Deanna Lawson the truth about what's going on.  Well,

12   it's just really interesting, because when you look at this,

13   they both have their little secrets from one another.

14   Deanna's on the phone during this whole ordeal on the morning

15   of the 27th, talking to an ex-romantic interest of hers.

16           Mr. Carter has a pregnant woman on the side while

17   Deanna's pregnant and he's selling weed on the side.  These

18   people don't tell each other everything they know.  They have

19   their own lives and they don't share everything.  And to take

20   it out of context and say, a-ha, look at this, he lied, he was

21   telling this story to cover up something, it just doesn't

22   work, not when you look at -- when you put it into perspective

23   of what's really going on.

24           He forgot his phone at home on the 27th.  That's why

25   that phone was going off.  And an interesting point about the

1   phones, the phone was going off, the phone was at his home.

2   You know, cell site location information places phones, it

3   doesn't place people.  If I have my phone on here, it puts me

4   here, if it's with me.  But if it's not with me it doesn't

5   place me any place.  It places the phone some place.  And we

6   know where Mr. Carter's phone was, it was at home.

7          His meeting with Clifton Mosley on the 27th was to

8   get the Audi.  We know that, that's indisputable.  There's no

9   question he was going to get the car from Mr. Mosley.  And

10  there's no question that they didn't get along.  There's

11  absolutely no question that they didn't get along.  So maybe

12  it wasn't so easy to get the car from Clifton Mosley.  He got

13  the brakes fixed, otherwise where are they?

14         And what evidence do you have to the contrary that

15  he didn't get them fixed?  And as far as the person that fixed

16  the brake, he obviously avoided everyone and we will never

17  know, at least for purposes of this trial, all you know is

18  nobody went to look for him, based on the evidence that was

19  presented to you.  And again, keep in mind who has the burden

20  of proof here.

21         Matthew Hightower knew Lisa Edmonds was talking to

22  the authorities well before May of 2016, a long time before,

23  everybody knew.  Mr. Carter has nothing to do with that

24  business, nothing at all.  Everybody knew that she was talking

25  to the authorities.  Nobody got along with her, I don't know

1   why, but nobody got along with her.

2            Matthew Hightower had been to her house on a number

3   of occasions.  She testified to that.  She did not feel

4   threatened by him.  She said the neighborhood was a bit

5   unsafe.  She said that there were a lot going on in the

6   neighborhood, breaking in entries, and things of that nature.

7   She was concerned cars were sitting outside her house one

8   time.  She didn't say Matthew Hightower.  She just said cars.

9   She's kind of paranoid.

10           I don't know, I mean, it's hard to tell.  If you

11  don't get along with anybody, I guess you do get a little bit

12  paranoid after a while.  But we do know that everybody

13  disliked her.

14           I don't know what the evidence in Matthew

15  Hightower's case was, I wasn't involved in that case.  I just

16  don't know what it was.  But just from the little I've heard

17  about in here, it seems a mystery to me if somebody owed me

18  $10, I probably wouldn't kill them, I would probably try to

19  collect my $10.  It never made sense to me why someone would

20  get killed if they somebody money.

21           I mean, I would think you would try to collect the

22  money.  But again, that was for a different day, and I wasn't

23  there.  Who knows, maybe there was compelling evidence that he

24  did that.  I just don't know.

25           Lisa Edmonds, and this is really disturbing, at

1    least to the defense.  I'm going to show you a picture of Lisa

2    Edmonds and the victim.  The victim's at the top, Lisa Edmonds

3    is at the bottom.  For the life of me, I don't understand how

4    this supposed devious plot with no motive involving killing

5    someone for no apparent reason, for no money, for no anything,

6    how they would mix up the people.  I mean, I would think -- I

7    mean, there was testimony about cars being similar.

8           That's ridiculous.  What do you mean cars?  You

9    didn't go out and shoot somebody's car.  Someone got shot.

10   Those people are so different that it isn't funny.  And the

11   United States tells you that well, Mr. Carter learned from

12   Mr. Hightower's escapade that he has to get rid of cell phones

13   and things of that nature.

14          Well, you know, you would think that if someone were

15   going to shoot somebody for someone, that they would get a

16   description of the person.  I mean, these people are night and

17   day.  Absolutely night and day.  This is not -- this is not an

18   easy thing to confuse.  This makes no sense.  Yet they're --

19   the theme here is kill for Hightower.  Hightower, everybody

20   loves Hightower.  Kill for Hightower.  Get rid of this person.

21   Save Hightower.

22          Oh, they get burner phones.  Burner phones, they

23   know.  Well, the burner phones, according to them is with the

24   person or in the car.  That's out there.  It just makes no

25   sense.  I don't care if the cars were the same.  These are not

1        the same individuals.  This isn't even close.

2             The United States may get up and say these people

3        aren't intelligent, but you've heard them.  These are not

4        people that are incapable of thinking.  It's really something

5        when you think about it.  It's really something.  The video

6        may be HD quality, but the capture of the individual that did

7        the shooting is not HD quality.  This is the best you've got,

8        and this isn't HD quality.  This hat wasn't recovered, this

9        jacket wasn't recovered, this shirt wasn't recovered, these

10       pants weren't recovered, these shoes weren't recovered, a gun

11       wasn't recovered.

12            And plus, he can't run anyways.  And you had the

13       physical therapy records, and you can go through those.  The

14       government moved them into evidence, the complete set of

15       records.  And Ms. Lawson told you that he had a back brace.

16       He had injured himself a month and a half, two months before

17       that.  You look at the text.  If you go to P2, which is the

18       summaries of the call, on April 15th, 2016, he indicated he

19       needed surgery.

20            And there's no gun in either hand, nor are there

21       discernible tattoos on either hand.  And when you see both

22       hands, and it's when he's running -- this individual is

23       running behind the apartment complex, moves the hood forward

24       one time, moves the hand over, pulls on something another

25       time, there's no gun in the hand, there's no cast on the hand,

1    and there's no brace on the hand.  And that man could not run.

2              He didn't lie when he went in to talk to them.  And

3    by the way, he didn't go talk to them voluntarily.  And

4    speaking of pressure, I mean, granted the weed was in there,

5    but he was going anyways.  I mean, this wasn't like we got the

6    weed and we took him in, no.

7              This was we're going to pull this guy over and we're

8    going to take him in.  Cuff him and take him in and question

9    him.  He didn't look upset.  He talked to them.  He told them

10   he dropped the car off.  He told them who he dropped the car

11   off with.  He just didn't continue to talk to them and that's

12   his right.  At some point he came to the conclusion that they

13   weren't listening to him, and do you blame him?

14             Do you remember Detective Forsythe screaming at the

15   top of her lungs at him, telling him what an idiot he was, in

16   so many words.  Screaming.  And you just heard a clip of it.

17             Nothing indicates he's a violent man, nothing, from

18   anyone you've heard from here.  And this is an extremely

19   violent offense.  Extremely violent.  He's not a thug.  Now,

20   the government did everything they could possibly do that is

21   not contested.  They did an absolutely magnificent job of

22   being as thorough as possible.  Although, I'll submit to you

23   someone should have gone out and looked for Tony.  You should

24   have heard something about that other than people laughing at

25   him.  Someone should have done something about that.

Defendant Carter Closing Argument

1          But what is contested, is that what they found does

2     not amount to beyond a reasonable doubt that that man sitting

3     over there is that man to the right up there on that poster

4     board.  You shouldn't convict because they turned over every

5     stone.  That's not going to bring this victim back.  It's not

6     going to do anybody any justice.  You have to look at the

7     evidence.  That's the way the system is designed.  That's why

8     we have it set up like this.  That's why the burdens are as

9     they are structured, that's why questioning is done.

10          This isn't a grand jury, this isn't a one-sided

11     preview where one person is in control of it.  This is where

12     it all unfolds.  This is serious and it's more than sad what

13     happened here, but holding someone responsible that should not

14     be held responsible is not going to do any of us any good.

15          There's nothing rock solid here, and that's what you

16     need to convict someone, you need beyond a reasonable doubt.

17     And it's just not here.  The one witness you've got that said

18     this man had anything to do with this was absolutely

19     nonsensical and was putty in their hands.  Everything else is

20     conjecture.  That now the United States will say these are

21     nuggets, you can draw reasonable inferences, but you've got to

22     have a base, folks, and it's not here.  It is not here.

23          He's guilty of the possession with intent to

24     distribute.  There's absolutely no evidence that he's

25     conspiring with anyone.  If you find someone, discuss it with

1    your colleagues because it's just not there.  I submit to you,

2    you take a look for yourself.

3            What possible reason would a hardworking man, and we

4    know he's a hardworking man.  His parole officer told you.

5    His girlfriend told you.  He works 40 hours plus a week.  He

6    does tattoos after work.  He designs clothes, sneakers, hats.

7    Why would someone like that do something like this for no

8    reason other than friendship?

9            There's no motive here.  All these Matthew Hightower

10   innuendos are just wild grabs trying to bring some closure to

11   this.  But we submit to you these are wild grabs in the dark.

12   It's a good effort, they did everything possible, they took

13   their time, and they gathered every person, nobody escaped

14   their eye on this.

15           But it's unsupported by credible evidence, and we

16   would ask you to return a verdict of not guilty as referenced

17   to this murder of this woman.  Thank you.

18           THE COURT:  Thank you, Mr. Davis.

19           Ladies and gentlemen, let's take a ten-minute

20   stretch break and then when we come back, we'll hear the

21   rebuttal argument from Ms. Wilkinson.  Please be back in ten

22   minutes.

23           (Jury left the courtroom.)

24           THE COURT:  All right.  See you all in ten

25   minutes.

1          (A recess was taken.)

2          THE COURT:  All right.  Just really quick, before we

3    get the jury, unless Ms. Wilkinson is much shorter than I'm

4    anticipating, I probably will just send the jury home for the

5    evening, if -- I mean, if you get done in 20, minutes I might

6    let them get started, but you know, 5:00 o'clock is probably

7    when I would send them home anyway.  So just as FYI for

8    whatever it's worth.  All right.  We can get the jury.

9          (Jury entered the courtroom.)

10          THE COURT:  All right.  You may all be seated.

11    Welcome back, ladies and gentlemen.

12          Ms. Wilkinson, the floor is yours.

13          MS. WILKINSON:  Thank you, Your Honor.

14          Good afternoon, ladies and gentlemen.  And it's been

15    some time since I first got the chance to address you

16    directly, and I know that it's been a crazy long day.  So

17    please do forgive me, though, while I spend a little bit of

18    time addressing counsel's arguments because as Mr. Davis

19    pointed out, and the judge, I do represent the United States

20    of America, and we do have the burden of proof in this case.

21          As Ms. Oldham said, it's a burden that we accept

22    with honor and duty, particularly in a case like this.

23          It probably doesn't go unnoticed by you because I

24    know you have been so attentive during the last three weeks

25    that Mr. Davis and Mr. Mercer spent about two and a half hours

1    talking about the lack of evidence in this case while telling

2    you what the evidence was in this case.  Because there's a

3    heck of a lot that they needed to explain away, and by taking

4    things out of context and responding one by one, they want you

5    to forget the big picture here.

6            And the big picture that Ms. Oldham so clearly

7    described to you this morning in her closing argument where

8    she put all the pieces of the evidence together, and I'm

9    certain that you recall even more, that fit into what happened

10   in the days leading up to the murder of Mrs. Ashburne.

11           But I wanted to first address, if I could, an

12   argument that permeated Mr. Davis's comments to you.  And

13   whether he called it the little room that witnesses go into or

14   the powerlessness of people when they're questioned by the

15   U.S. Attorney's Office or by government agents.

16           And number one, I think you're going to have the

17   opportunity to rehear at least three of the witnesses who were

18   in the grand jury who were -- I think admittedly, we can all

19   agree, were reluctant and did not want to be here to testify,

20   and you can hear what happens in the grand jury and the rights

21   that are provided, and the tone of voice that is being used,

22   and the professionalism, and the formality of the situation.

23           And Mr. Davis wants to suggest in some way it's just

24   perhaps me or a prosecutor somewhere browbeating some

25   powerless person in the grand jury.  There's a court reporter

1    there, the rights are provided to them, they're treated with

2    respect and dignity, and we ask questions that are open-ended

3    so the person answers the questions.  And you can listen to

4    Mr. Sampson's testimony, it will be before you.  You heard

5    Ms. Lee's.  You even heard Ms. Lawson's including her 20

6    second silence as she tried to convince herself that the man

7    in front of me was not the man that she was having a baby with

8    who had left her car earlier that morning.

9         Those are some of the things Mr. Davis was

10   addressing about the powerlessness of people when they're

11   being interviewed in an investigation like this.  And I

12   suggest that there is another more sinister and nefarious

13   reason for their reluctance, and it has a lot to do with the

14   fact that this, maybe it should go unsaid, is a case involving

15   the murder of a witness.  That's what it's about, right?

16        So witnesses are being interviewed in connection

17   with a case where Davon Carter killed a witness.  And that

18   witness, that intended target was the witness in another

19   murder case.  I submit to you that their reluctance and

20   whatever -- whatever you perceived their testimony when they

21   were up here, where they looked directly at the two men that

22   are charged here, is explained a little bit by fear, a little

23   bit by terror, a little bit by their own relationships with

24   either Mr. Mosley or Mr. Carter.

25        And just the -- this is a witness murder case.  And

Government Closing in Rebuttal

1    it is not easy to put together and to have people come in and

2    testify about facts that will point to their involvement in

3    killing a witness.  And so when you go back and you think

4    about the people that testified, and I submit Mr. Sampson is

5    number one, Exhibit A.

6            I think you probably caught he was crying.  He had

7    his head down.  I don't know Mr. Sampson, I never met him

8    before in his life.  He was Mr. Carter's friend.  He had no

9    motive to come in here and lie.  He had no motive to come in

10   here and tell you that Matt -- that Mr. Carter told him Matt

11   was in trouble, somebody was telling on him and he had to

12   handle it.

13           Maybe his grammar wasn't as good as Mr. Davis would

14   like it to be in terms of whether he was talking about

15   something that already happened.  He wasn't here because he

16   was putty in the hands of the government and had been in a

17   little room before he came in and testified.  You listen to

18   his testimony in the grand jury.  It will be there before you

19   back there when you listen.  He was terrified, tear coming

20   down his face when he was talking and speaking, because this

21   is a murder of a witness case.  And he was looking at the man

22   who murdered her.

23           And when Ms. Lawson, who had a baby with this man,

24   which she wasn't a hundred percent sure that it was him.  I

25   can tell you what she didn't say, that it wasn't a hundred

1    percent not him.  And then she sat there staring and listening

2    to the silence that happened in the grand jury when she told

3    them about her observations.  And then had to come up here and

4    testify.  Come on, ladies and gentlemen, think about how you

5    would be in a similar circumstance.

6          Witness murder case.  And as Mr. Davis I think

7    fairly told you, it was a thorough investigation.  To suggest

8    somehow that we should have rushed to judgment on June 1st,

9    because this is Davon Carter, and so clearly it is, really can

10   there be any doubt?  But we have to do our investigation.

11         This is a federal case.  We have to prove it was

12   witness retaliation and witness tampering.  We have to get

13   those cell site records.  We have to understand them.  We have

14   to go and we have to hear the defendant's statements and hear

15   them and disprove them, which we have done in the three weeks

16   that you have sat here listening.

17         We have to dot our I's and cross our T's, because if

18   we didn't do that, we'd be hearing about that.  We rushed to

19   judgment on June 1st, when of course, the photograph, but we

20   didn't know who else was in the car, you heard Sergeant Jones

21   at the beginning, he thought because he had just had limited

22   information, that perhaps it was Mr. Carter who was in the car

23   and somebody else was running.

24         He didn't have the photograph, he hadn't had the

25   chance to review everything, he hadn't seen the cell site

1    information, he was operating off of what Ms. Lawson told him

2    in terms of the timing of events.  These are things that need

3    to be done in a witness murder investigation.  You're darn

4    right we're going to go through their cell phone records and

5    we're going to interview witnesses.

6           We're going to look for the people who might have

7    any shred of information to bring to you to testify in this

8    most formal of environments and tell you the little pieces

9    that they know so we can put it all together and explain what

10   happened to Ms. Ashburne on May 27th.

11          Now, my thoughts are a little bit scattered here

12   because I have to respond.  I don't have anything prepared in

13   advance.  I've had to listen to counsel's argument because

14   that's what rebuttal is.  Rebuttal is for me to rebut some of

15   the things that counsel have said.

16          And I want to talk for a little bit about some of

17   the things that counsel had brought up here.  And one of them

18   was Tony.  And where -- I can't believe you didn't hear any

19   evidence about Tony.  Well, first of all, that's just not

20   true, right?  Because the only evidence -- the evidence that

21   you heard about Tony came from the government in this case,

22   right?  Mr. Carter threw it out there that some man named Tony

23   fixed the brakes while he headed off to Myrtle Beach.

24          Now, I don't know what Mr. Davis was envisioning,

25   that maybe Agent Holiday had to go down and stand on the

1    corner of Wiley and yell "Tony?"  I mean, how are we going to

2    find Tony when Mr. Carter himself refused to provide one piece

3    of identifying information about the man?

4              Having said that, we combed through the phone

5    records, because how else do you find your mechanic, how else

6    do you make an appointment, how else do you be in

7    communication?  And we looked through them, and we found two

8    Tonys, in Government's Exhibit P-2, one of whom had

9    communications with Mr. Carter on June 1st, and that would be

10   Antonio Vines.

11             Brought him into the grand jury, had him come here

12   and testify for you.  Nope, wasn't that Tony.  You'll see the

13   communications they had back and forth, came and explained to

14   you his own relationship with Mr. Carter.

15             Who was the other Tony we heard about?  Oh, Anthony

16   Hart.  That was the Tony that Andre Farell said he was going

17   to hook him up with down in Myrtle Beach.  So what do we do,

18   we go to the cell site records, we find out Anthony Hart's

19   phone number.  We have Agent Wilde go and look at the location

20   information and we determine that that Tony, nope, it's not

21   him either because he was down in Myrtle Beach that morning,

22   and you heard Agent Wilde say that he was already in Myrtle

23   Beach that morning.

24             So that's another Tony, the other Tony we heard

25   about.  He said my son is named Tony.  It's clearly not him.

1    What's the other Tony we heard about?  Nothing.

2              Very important jury instruction the Court told you

3    about here.  There are several persons, this is jury

4    instruction No. 23, whose names you have heard during the

5    course of the trial, but who did not appear here to testify.

6    And an attorney may refer to their absence from the trial.  I

7    instruct you that each party has an opportunity or lack of

8    opportunity to call any of these witnesses.

9              Therefore, you should not draw any inferences or

10   reach any conclusions as what they would have testified to had

11   they been called.  Their absence should not affect your

12   judgment in any way.  And this is assuming a person named Tony

13   even exists.

14             Ladies and gentlemen, again, our burden, defense

15   doesn't have to provide one shred of evidence to you.  But

16   instead they dangle a little receipt, that frankly, the

17   government had it too.  We had the same receipt to show the

18   Advanced Auto guy, dangle it in front of you to suggest

19   somehow that Mr. Carter was telling the truth that morning.

20             But who knows best where Tony is?  Mr. Carter.  And

21   there is not a shred of evidence before you that he met a man

22   named Tony to get his brakes fixed that morning.  Nothing.

23             More importantly, as you go back and you listen to

24   that video and his statement, it is clear, clear, that he

25   wanted the officers to believe that he was on his way to

1    Myrtle Beach.  He asks, why do you care about my phones, what

2    does that matter?

3           Well, we all know why that matters.  Because it is

4    that phone that puts us on the trail to exactly when he left

5    for Myrtle Beach.  And the bank record, and the testimony that

6    he had not left until much later that day.  That's Tony,

7    ladies and gentlemen.  That is a red herring in this case.

8    That means nothing except that Mr. Carter was not truthful

9    with the officers about his whereabouts that morning.

10          There is nothing to suggest that a man named Tony

11   even exists.  And it is the most ironic of circumstances that

12   Mr. Carter would use that name when he told Officer Hays whose

13   car it was, the black BMW, the morning of June 1st.

14          And you had to have giggled to yourself when you

15   heard that, like, really, now you're going to tell Officer

16   Hays that that's Tony's car, the black BMW?  What is that,

17   like a code for a co-conspirator?  Probably so.

18          And remember when he tells Sergeant Jones, when he

19   asks him about Tony, he goes, go ahead and find him.  He

20   laughs, knowing it's a witness murder investigation.  It's a

21   murder investigation, he laughs.  He goes, go and find him.

22          It's like (indicating) because he knows he doesn't

23   exist.  And ladies and gentlemen, there's no evidence to say

24   otherwise.  Now, Mr. Mercer spent some time talking about --

25   about -- he contends mistakes were made.  And it's a difficult

1    investigation, human beings, and if you find that there were

2    some mistakes, typos, or whatever that were made, accept them

3    as you need to.  We're human beings.  We put the best evidence

4    case we can before you.

5            But I don't think it's fair to call what Agent Wilde

6    did in that phone summary, a mistake, where you see

7    duplicates.  Agent Wilde told you up there, 150-page document.

8    He had to cull down hundreds of thousands of documents.  He is

9    the one that told you there are possible duplicates in there.

10   He told you how to find them.  He said, I tried to weed them

11   out, but sometimes I would see the same date and time, and he

12   told you that on direct.

13           And remember what that phone summary was there to

14   prove.  And even though Mr. Mercer spent probably 20 minutes

15   talking about it, in some ways, it didn't make sense because

16   he was conceding the points that it was introduced for.

17   Namely, this.  Mr. Hightower knows Davon Carter and knows

18   Clifton Mosley.  He had his own relationships with both of

19   them.

20           During the time when Mr. Hightower undisputably --

21   that's a word, indisputably, had an absolute obsession with

22   what was going on in his case after he was arrested in June

23   2015, spent a lot of time on the phone.  And it is only

24   natural in those conversations -- and we know from the jail

25   calls, that he's talking to his two closest people in the

1    whole world by their own admissions, one like family, the

2    other was just close.  He helped me when I was down, Mr.

3    Mosley, about his case.  And it is ridiculous to think

4    otherwise.

5            Because as you look at those phone records, time and

6    time again, the person they're having contact with are

7    Mr. Carter and Mr. Mosley.  And that's why that evidence was

8    put before you, so you could see an evolution of what was

9    going on in Mr. Hightower's mind.

10           No one is suggesting for a minute, a minute, that

11   those are the only calls Mr. Hightower had in the middle of

12   all this.  Of course, they're not.  That's why we culled it

13   down into that 140-page summary.  Otherwise, it would have

14   been 140 million pages.  And Agent Wilde told you that.  This

15   was just to give you some context for what was going on in

16   Mr. Hightower's life and whether or not he was talking to the

17   defendants.

18           Can we all agree that that is a relevant fact and

19   did not require 20 minutes of Mr. Mercer's time telling you

20   where he saw an occasional duplication in the record.  That's

21   silly.  Agent Wilde told you that.  This was about context and

22   letting you know the communications that happened.

23           The next one I want to talk to you about is the

24   Audi.  And again, Mr. Mercer spent some time talking about how

25   one of the images -- two of the images from the 7:29 clip of

1    the video compilation, he does not believe is the Audi.  You

2    can go back and look at it.  They're certainly -- he blew up

3    and saw that there was a little hook in the rear-view mirror

4    in the front, whatever it's called, headlight, that you didn't

5    see in the other -- in the other cars.

6              And he made some point about the license plate.  Now

7    we all know that that license plate, the Chesapeake Bay one,

8    we also know that that was a plate found in the black BMW at

9    some point, so it's not like the defendants didn't have access

10   to both of them.

11             But let's talk about what Mr. Mercer actually

12   concedes in this case and whether or not that one-second clip

13   of the 7:29 Audi that he contends is different -- you know,

14   you can look at it yourself, matters.  Because Mr. Mercer

15   concedes, because he must, because his client did, after being

16   interviewed for a period of time, that it is 100 percent

17   absolutely Mr. Mosley arriving at 6:16 and 6:19 in the morning

18   in the Audi in the area of Rosalind Avenue.  And that's what's

19   on the video clip.

20             Then we turn to the next time we see it, taking the

21   7:29 one -- and you'll have it back there to look at.  And we

22   see it pulling into that leasing parking lot around 7:55 in

23   the morning.  And then we see it coming back down and going

24   down Nurton into that little dead end thing.

25             Again, hundred percent concedes that that looks like

1    the Audi from the 6:16 and 619.  Now, having said that, what

2    possible -- does it matter, this one little time at 7:29 in

3    the morning, that little one percent clip -- what matters is

4    that Mr. Mosley was there at 6:16 and 6:19 in the Audi.

5        And stay with me for a second about this because

6    this is where Mr. Mercer made a very serious mistake in his

7    closing argument.  Because he's trying to explain the

8    whereabouts of that car as if Mr. Mosley was just cutting

9    through the neighborhood to go to his drug corner over there

10   on Wiley, because he didn't want to go down to -- to -- what

11   is it called, Cold Spring Avenue.

12       And I'm going to show you the map here and why he

13   has a hundred percent misled you in that regard.  So the two

14   times that you see the Audi on the clip, the first time

15   6:16 a.m., and we had it through Agent Meunier who then showed

16   you what it looks like to come down Rosalind Avenue.

17       And we first see it coming down here, we pick it up

18   right here, right, because it's the camera looking up and you

19   see it come down Rosalind Avenue, going up Nurton, and going

20   down Woodland.  That's 6:16 a.m.

21       Mr. Mercer concedes, tells you, as he must, that

22   that is Cliff Mosley in the Audi.  6:19, same car, turns back

23   around, comes down Woodland, goes down Nurton, and back up

24   Rosalind.  Mr. Mercer contends it's because Mr. Mosley came

25   down Greenspring Avenue, was cutting over to Wiley that

1    morning to do his hustling, and took a little shortcut through

2    Rosalind Avenue here, to avoid Cold Spring Avenue, which is

3    down here.

4           Ladies and gentlemen, you know how you know that's

5    wrong, because you never see the Audi turn on to Woodland

6    Avenue from Greenspring Avenue.  And you absolutely would have

7    seen that in camera angle -- from the other camera angle -- I

8    think it's camera 9, the one that shows you as it comes up to

9    Greenspring Avenue.

10          You never see that.  That wasn't the purpose of him

11   coming down Rosalind Avenue on the morning of May 27th.  He

12   was coming down this little teeny tiny street where only

13   people like Ms. Ashburne live and people like Ms. Murray live,

14   to make sure the cars are there.

15          There is absolutely no other reason for him to be

16   there.  Remember Ms. Melvin's testimony.  And it's Mr. Mercer

17   who actually elicited this at many times too.  How do you get

18   from Harness Court down to Wiley Avenue?  We see him there all

19   the time.  Absolutely no dispute that Mr. Mosley is a drug

20   dealer who hangs out on Wiley Avenue.  We embrace that.  He

21   says it.  It's a hundred percent true.

22          If you look on the map, Park Heights Avenue, which

23   goes all the way up to Harness Court, is how Mr. Mosley

24   usually got there, right?  All the way down Park Heights

25   Avenue from Harness Court.  You just take a straight shot

1    down.  I believe that's the phrase Ms. Melvin used.  Straight

2    shot down from Park Avenue.

3           What does that on earth have to do with him coming

4    off of Greenspring Avenue and taking a shortcut through

5    Rosalind Avenue where you don't even see his car doing that

6    that morning.

7           Because that's not what happened.  It's not what

8    happened.  And you would have to suspend belief to believe

9    that he just happened to be taking a shortcut that morning.

10   Not an hour before Ms. Ashburne is murdered, not 20 minutes

11   before Mr. Carter arrives in the other car, the Pontiac.  And

12   we know what happens from there.  Absolutely did not happen.

13   That is not why Mr. Mosley was on the road.

14           Now, Mr. -- let me just check my notes here.  I want

15   to make sure that I cover what I need to.

16           I'm not sure what Mr. Mosley's attorney, Mr. Mercer,

17   was talking about with regard to Sheldon Grant and following

18   the leads about drug dealers and his brother and his phone.  I

19   don't know, perhaps you did.  I really didn't follow it.

20           At the end of the day, Sheldon Grant is a drug

21   dealer.  He came in and told you he was a drug dealer.  The

22   defendants don't deny that they were both involved in drug

23   trafficking.  They're both conceding that in their arguments

24   to you, as they must, because the evidence is so powerful.

25           And they tell detectives that.  It's in their

1    statements.  Well, hey, you know, I don't know about this, but

2    yeah, I sell marijuana.  So I don't -- I'm not sure what the

3    purpose of the 20-minute diatribe was about it.  Maybe you

4    guys can figure it out when you go back there to deliberate

5    upon it, but I think Mr. Mercer was trying to suggest that we

6    needed to follow more leads in this case.

7             And frankly, ladies and gentlemen, as Mr. Davis told

8    you -- and I think as you can see by yourself, we left no

9    stone unturned.  And when Mr. Davis comes up here and says to

10   you that there's no physical evidence in the case, well,

11   that's just wrong.  We might not have a gun, but it cannot be.

12   It simply cannot be that we cannot solve a murder because we

13   can't find the gun.  That would absolve every shooter who's

14   thoughtful enough to throw it into the river before the police

15   find out who they are.

16            It cannot be that a victim who never gets touched by

17   the assailant -- and we don't get DNA because that doesn't

18   happen, this isn't a rape case, that we can't solve the murder

19   because we don't have DNA.  That is preposterous.

20            We take, as I told you at the beginning of this

21   case, we take the forensic direct evidence that we have, and

22   then we fill in the information with other powerful direct and

23   circumstantial evidence.  So what is the forensic evidence in

24   this case?

25            Start with square one, the Pontiac.  It is on

Government Closing in Rebuttal

1    camera, waiting for the shooter.  Eight seconds.  The tag

2    directs -- we cannot forget that, we get marred in all the

3    information that we have and the story, this horrible story

4    that resulted in Ms. Ashburne's murder.

5              But the most powerful direct evidence in this case

6    is Mr. Carter's car.  It's undeniable.  Undeniable.  The

7    second piece of a very powerful direct evidence is this.

8              Again, you would have to suspend belief to believe

9    that on the very morning that Ms. Edmonds's next door neighbor

10   is murdered, that a man that looks just like Davon Carter, who

11   three people have now told you their reaction was, it's him,

12   it looks like him, two of the women that he slept with, Deanna

13   Lawson and Ms. Lee, said looks like him, I can't say a hundred

14   percent sure -- a phrase, by the way, that Mr. Carter used

15   when he saw the video of his own car there too.  He wasn't a

16   hundred percent sure that was the Pontiac either.  And

17   Mr. Bailey.

18             At a time when Mr. Carter has a sore back -- and

19   there's no evidence he was wearing a back brace on May 27.

20   That's preposterous.  He was injured, and maybe when it first

21   happened.  But again, they're asking you to draw inferences of

22   absolutely no evidence in this case, that on May 27th, Davon

23   Carter, who was drunk and partying with his friends down in

24   Myrtle Beach, by the way, 12 hours later, was wearing a back

25   brace or a wrist brace.  No, there's no evidence of that.

1           But there is direct evidence that this man who was

2    running after he shot Ms. Ashburne was not running at full

3    speed, appeared to be galloping, as Ms. Murray told you, that

4    he's nursing his right hand.  And I submit, when you look at

5    that video, to hide the gun in his left thing of his hoodie.

6           When you're looking at it, you'll see in the sleeve

7    as he tries to keep it in as he pulls down over the tats of

8    his fully tatted sleeved arm, that he looks just like him, at

9    a time when the only person, the only person he's in

10   communication with is Mosley.  The only person.

11          Every single piece of evidence, every piece of

12   single evidence draws you to crystallize who the man is in

13   this photograph.  And I will harken back to that day, in

14   court, when we put this picture up on the screen on the door,

15   and the light was on it.  And for a moment everybody in this

16   room knew.  Knew that that is a photograph of Davon Carter.

17          Now, one of the things that Mr. Davis said is that

18   nobody wants anything to do with this case.  I think he was

19   referring to Mr. Carter, Mr. Mosley's friends, which is a

20   hundred percent probably true.  As well as people here who are

21   just too scared to come in and testify.

22          But there are people who want something to do with

23   this case, and you heard a number of very respected law

24   enforcement officers who came in to testify before you.  And

25   you heard from Detective Massey, and Sergeant Jones, and

1    Detective Hinton, to explain what happened in the Hightower

2    case.  And Sergeant Jones to explain the beginnings of the

3    investigation in this case.  And Detective Massey who did the

4    interview together with the federal health care fraud agents

5    of Mr. Mosley.  And you heard about them.  And you heard how

6    Agent Wilde, who reviewed enormous amount of cell site

7    location data so you would have every piece of information

8    that was available to you.

9           That, ladies and gentlemen, is another piece of

10   direct and forensic evidence that puts these defendants

11   exactly where we said they were, exactly where the video puts

12   them, and frankly, exactly where their own admissions put

13   them, only they want you to believe some ridiculous other

14   explanation for it.

15          And they are people that wanted to be here and come

16   here and testify before you.  Agent Meunier, who went out

17   while we were in trial to film, to give you a feeling for why

18   nobody would inadvertently drive down Rosalind Avenue, not

19   once, but twice.  And then the Pontiac do the exact same

20   thing.  And then -- and then, and I know as we talk about that

21   video and you go back and look at it and remember it, both --

22   both the Audi and the Pontiac, after the shooting, both of

23   them go down that little dead end on Nurton Avenue, I submit,

24   looking for each other.

25          Because they can't -- what possible other reason

1    would the Audi go down there, and what possible other reason

2    would that Pontiac go down there after the shooting when we

3    know that they had missed each other.  What possible other

4    explanation could there be?

5           Mr. Mercer suggested that none of the jail calls had

6    anything to do with Cliff Mosley.  And I don't know, ladies

7    and gentlemen, it's the same conversation where he told you

8    that the number of contacts wasn't 253, it was actually 150.

9    I think, you know -- the point is, is that, Mr. Mosley, is

10   there any dispute that he was a good friend to Mr. Hightower's

11   and that come May he began to have contact with Mr. Carter?

12   Can there be any dispute about that, whether it's 250 contacts

13   or 150, that jail call that you want to listen to where

14   Mr. Mercer contends there isn't any evidence of, is that May

15   16th call.

16          And what does Mr. Mosley say when he gets on the

17   phone?  Davon's talking to him and he goes, "pimpin, pimpin."

18   I don't know what that means, but he's clearly happy.  He's

19   not mad he's with Mr. Carter.  They're driving in the Audi.

20   They're getting ready for that next day meeting with Mr. Bird.

21   This is on May 16th.  And that's where he has that

22   conversation trying to -- what did Mr. Mercer call it, words

23   of encouragement, to his friend, not to get down because he

24   would handle things for him.

25          I don't know how he said it.  You can go back and

1   remember for yourself, but listen more for the tone, because

2   that is not the impression that Mr. Mosley wanted to leave

3   those law enforcement officers when they interviewed him in

4   December of 2016.

5          He wanted them to believe that he and Mr. Carter had

6   nothing to do with one another except, here's the keys to the

7   car, you take this one, I'll take that one.

8          On its face, preposterous.  On its face

9   preposterous.  But that's all he wanted the law enforcement

10   officers to believe had happened.  But you listen to that May

11   16th call.  The friendship, the context, this is literally,

12   literally -- what is that -- I'm not going to be able to do my

13   math, eight days, before the murder of Ms. Ashburne.

14          Eight days.  We never forget that timeline that I

15   told you about at the beginning, which is just so powerful in

16   this case, because their contacts with one another begin on

17   May 4th, and then they block the phones.  And then May 6th

18   they are in contact with each other.  That alone is a powerful

19   fact.

20          And three weeks later, Ms. Ashburne is dead when

21   they are in contact with one another.  People will say they're

22   not friends.  And who cares if they are friends.  They are

23   there, they are conspirators, they are there to plan and to

24   kill Ms. Edmonds.

25          I want to go a little bit through the timeline here

1    of the morning events just because, you know, it does get

2    confusing with all the different evidence that went on.

3              Can you hear me okay?

4              Just so we know what happened that morning.  So we

5    know at 6:15 a.m., the last contact between Mr. Mosley and

6    Mr. Carter happens, right, and we know at that point where

7    Mr. Carter is.  He's coming from the house that he shared with

8    Deanna Lawson.  He's right outside near Sinai Hospital, and at

9    that very time, 6:16, admittedly, concededly, by his attorney,

10   and by Mr. Mosley himself, arrives down Rosalind, takes a left

11   on Nurton and a left on Woodland.

12             MR. MERCER:  Object, Your Honor.

13             THE COURT:  Overruled.  It's argument.

14             MS. WILKINSON:  6:19, exact same thing.  Back down

15   Woodland, right on Nurton, left on Rosalind.  Actually, that's

16   a right on Rosalind.

17             Then at 6:39, Mr. Carter arrives.  He comes down

18   Rosalind too, takes that left on Nurton, left on Woodland.

19             Then we get an absence of either car for 40 minutes,

20   for 40 minutes.  What happens in that 40 minutes?  Mr. Carter

21   sets up outside the cut so he can watch to see when

22   Ms. Edmonds leaves for court that morning, because one of the

23   things we know a hundred percent for sure, is that she had to

24   be in court at 9:30 that morning.  We can get it in public

25   information on Maryland Judiciary Case Search.

1          And although counsel wants to contend that

2   Ms. Melvin is lying about that, of all the witnesses that

3   testified before you, the most professional, the most

4   articulate, the one that looked you in the eye, the one that

5   explained her testimony, even embarrassing, even embarrassing

6   personal facts about herself, told you what she remembered

7   about that day.

8          Now, what possible reason for a woman that loved

9   Mr. Mosley, would come in and lie about that?  It is

10  absolutely chilling.  And I will tell you one other thing,

11  when you consider the fact -- and Mr. Mercer picked it up on

12  the phone records, you'll see it there too, Mr. Mosley was

13  home getting a pizza around 10:00 p.m. that evening.

14         And that's just about when the contact is with

15  Mr. Carter on, by the way, the 7626 number, and you'll have it

16  back there with Government's Exhibit P-2i, and I'm looking at

17  it right here, 5/26, 10:04 p.m., Davon Carter to Cliff

18  Mosley -- right about the time, right about the time, right,

19  when he's home getting ready to meet him the next morning when

20  Ms. Melvin tells you about -- that she was sleeping, and that

21  Mr. Carter -- I mean, Mr. Mosley came in and wanted to figure

22  out how to do the Maryland Judiciary Case Search.

23         He gave her some false excuse for what it was.  We

24  have heard no evidence that it was something to do with his

25  child custody.  I can tell you counsel would be waiving that

1    in front of you if that's in fact what happened.  And of

2    course, it didn't because the only relevant evidence that's

3    before you about what that Maryland Judiciary Case Search was,

4    was Ms. Edmonds's court appearance the next morning.

5            So we know that.  So we come back to this timeline

6    at 6:39.  We have that 40-minute gap while Mr. Carter is set

7    up, looking down there while his getaway driver awaits the

8    gunshot, so he can come down Virginia Avenue in that Pontiac,

9    and be there in time for his colleague, his business person,

10   is the person that he planned to murder Edmonds with, can be

11   in that parking lot.

12           And you saw Agent Meunier's video, and you saw that

13   sidewalk, and you see how clear it is that that Pontiac was

14   there waiting or supposed to be there waiting for him.  And

15   Detective Brandt is the one that counted the seconds for you.

16           Eight seconds that they missed them by.  And the

17   next contact that we have that is so critical and relevant to

18   what happened that morning, because we know that they are

19   missing one another, is that they -- after the police arrive,

20   we see both cars going down that Nurton Avenue back way,

21   trying to find each other without using the phones.

22           And the first time they use the phones together is

23   at 8:26 a.m.  And Mr. Mercer wants you to think somehow that

24   the swap of the cars happened after Mr. Carter -- after

25   Mr. Carter went home to get his iPhone.

1          Where is the evidence of that?  Your recollection

2     controls.  That ain't what Mr. Mosley told the detectives.  He

3     told them he didn't remember anything about when he swapped or

4     the circumstances when he swapped.  He just was in the car

5     that morning.  He just did it.  He didn't tell you -- he

6     didn't tell them that.  Where is the evidence of that?

7          That's me, ladies and gentlemen.  It's counsel that

8     wants you to draw preposterous inferences from the evidence

9     that's before you.

10          Now it's getting late, and I told my colleagues I

11     would close up at 4:30, if you don't mind.  I will just check

12     my messages to make sure that there wasn't something I wanted

13     to make sure that I addressed.

14          Little things that I have to depend on you to go

15     back there and talk with each other about as you deliberate

16     about what happened the morning of May 27th.

17          I'll leave you with one further comment.  Judge

18     Hazel told you that there's two pieces of evidence that you

19     can only consider against the particular defendant.  One is

20     that Mr. Carter's statement, you can only consider against

21     Mr. Carter, meaning the one he made to law enforcement

22     officers on June 1st.  That's only evidence as to Mr. Carter.

23          Same thing with Mr. Mosley.  His interview, his

24     statement in the grand jury, you know, the one where he lied

25     about Matthew Hightower knowing Mr. Bird.  That one you can

1    only consider against Mr. Mosley.

2           But everything else, everything else is tied

3    together with one another.  And I suggest when you go back

4    there and you start your deliberations and you say -- I'm not

5    a member of the jury, this is for you, of course, to do --

6    that you start with the evidence of who the shooter is.

7           Because that evidence is equally powerful against

8    Mr. Mosley, right, because you would have to suspend belief

9    that he happened to be driving down Rosalind Avenue, happened

10   to look up Maryland Judiciary, happened to have his car that

11   he had been driving for a month or two, now in the hands of

12   Mr. Mosley -- Carter -- as he flees to Myrtle Beach, you would

13   have to suspend belief to think that is all a coincidence when

14   you know that Mr. Carter is the shooter.

15          It all ties in with one another.  If you determine

16   he's the shooter, you move to Mr. Mosley, you have that

17   evidence that Mr. Carter's the shooter, then what is

18   Mr. Mosley's role?

19          And we know what it is.  He looked it up on Maryland

20   Judiciary.  He arrived there and he switched cars with him to

21   be the getaway driver because there is nobody else in the

22   phone records, nobody else that they spoke to, only each

23   other.  And then we know how that Audi got to Myrtle Beach.

24          Ladies and gentlemen, thank you so much for paying

25   attention during these last three weeks.  I know how this is

1    an important case to the government.  It's obviously important

2    to the defense, important to the community, justice is

3    important.  Justice is important.

4           I mean, forgive us, the technical errors and some of

5    the delays, and sometimes we had to call witnesses out of

6    order.  And you know, it's not an easy process.  But you have

7    listened and you have looked and you have watched and you have

8    paid attention to these witnesses, and I know, I know you will

9    exercise your good judgment and your common sense and you will

10   determine that all of the evidence in this case is powerful,

11   it is compelling, it makes sense.

12          Davon Carter murdered Mrs. Ashburne on the morning

13   of May 27th.  Mr. Mosley helped him do it.  And they're both

14   drug dealers.  You should find them guilty of all counts of

15   the indictment.  Thank you, Your Honor.

16          THE COURT:  Thank you, Ms. Wilkinson.  All right,

17   ladies and gentlemen, now that you've heard the arguments of

18   all counsel, I do want to remind you again that it is the

19   jury's recollection of the evidence that controls.  Statements

20   that you've heard from all of the lawyers are not evidence.

21          Are you standing to address me or --

22          MR. MERCER:  Yes.  Before the jury is discharged,

23   Your Honor, we'd like to approach.

24          THE COURT:  Okay.  Sure.

25          (Bench conference on the record.)

1          THE COURT:  Sir.

2          MR. MERCER:  Thank you, Your Honor.  Your Honor, the

3    government stated in its rebuttal argument that referring to

4    the timeline of events on May 27th, and referring specifically

5    to the 6:16 a.m. portion of the video of the vehicle

6    turning -- coming off of Rosalind, taking a left onto Nurton,

7    and heading up to Woodland, the government stated that,

8    expressly, concededly, admitted that Mosley expressly,

9    concededly, admitted, through his attorney that Mosley drove

10   the Audi down Rosalind, left on Nurton, and then left on

11   Woodland.

12          That's incorrect.  That is not what I said.  Doesn't

13   even come close to it.  In fact, it was just to the opposite.

14   I spent quite a bit of time discussing how the vehicle that is

15   first seen at around 6:16 a.m., coming down Rosalind, taking a

16   left on Nurton, can only be seen from the back of the vehicle,

17   and that the front of that vehicle cannot be seen.  The

18   distinctive license plate cannot be seen.

19          And so under the standard of reasonable doubt, the

20   jury cannot conclude that that is the same Audi that is seen

21   going southbound on Nurton at 6:19.  So you know, it's just

22   flat out wrong for the government to assert that in its

23   rebuttal that Mosley expressly, concededly, admitted through

24   his attorney that it was Mosley driving down Rosalind, taking

25   a left on Nurton at 6:16.

1              And you know, this is a critical point because this

2    is the government's narrative about Mosley circling around the

3    neighborhood in the Audi.  And we directly addressed that and

4    has proved that through argument only to then be confronted in

5    rebuttal with this claim that is incorrect.

6              THE COURT:  Ms. Wilkinson.

7              MS. WILKINSON:  Well, that's not what I heard.  I

8    heard that he was contesting the 7:29 a.m. clip where he blew

9    it up in the enhancement, and I heard that he agreed that it

10   was Mr. Mosley who showed up in the morning at the time that I

11   indicated.  That's how I heard it.  I guess the jury will

12   remember --

13             THE COURT:  So let me ask first, what are you asking

14   me to do?

15             MR. TRAINOR:  You know, first, I think --

16             THE COURT:  I'm not saying I agree with you, but I'm

17   just asking what you're asking for.

18             MR. TRAINOR:  And she also said that counsel misled

19   the jury on that clip.  So we would ask for a mistrial

20   first.

21             THE COURT:  Okay.  Well, I'm denying that.

22             MR. TRAINOR:  We'd ask for a chance to argue in

23   surrebuttal.

24             THE COURT:  I'm going to deny that request as well.

25             All right.  Now, what I will do, and I was actually

1    in the middle of doing it when I saw you stand up, I wrote

2    myself a little note, I was trying to subtly slip it in so it

3    didn't look like it was in response to what you guys had just

4    objected to, just reminding them again that the jury's

5    recollection of the evidence controls and that none of the

6    statements they heard in argument by the lawyers should be

7    considered evidence.

8         I was not planning to remind them of that again.  I

9    was subtly slipping it in because this issue had been raised.

10   Beyond that, I don't think there's anything to be done.

11   There's -- this was argument.  Both sides argued very

12   vigorously and the jury can go back and decide whether things

13   you said were in error and there are some things you said that

14   Ms. Wilkinson took issue with, and you're now taking issue

15   with something she's saying.  She gets to go last.  That's --

16   you know, someone has to go last.

17        I'm going to instruct them that it's ultimately

18   their recollection that controls.

19        MR. MERCER:  I mean, I don't think it's a sort of

20   we're arguing two sides of the coin.  I mean, this was a

21   direct representation about counsel's position that's plainly

22   wrong.

23        THE COURT:  I could frankly -- I was listening to

24   both sides.  There are things that I could point out on both

25   sides where I was thinking to myself, gee, that's not what I

1   heard.  In a case like this, it happens.  And they heard your

2   argument just like I heard your argument.  And then they heard

3   Ms. Wilkinson's argument.

4          So if they're thinking to themselves, gee,

5   Ms. Wilkinson said something that Mr. Mercer didn't say, then

6   they'll hold that against Ms. Wilkinson when they get back

7   there.  But they heard both arguments.  So if they're back

8   there saying Ms. Wilkinson didn't say that or Ms. Wilkinson

9   said something that Mr. Mercer didn't say, you know, at some

10  point you've got to trust the jury that they heard you and

11  they heard her.  That's all I've got.

12          MR. TRAINOR:  We'll sit down then.

13          THE COURT:  Okay.

14          (The following proceedings were had in open court.)

15          THE COURT:  All right.  Ladies and gentlemen, let me

16  start over.

17          So again, now that you've heard argument, I do want

18  to remind you again that the jury's recollection of the

19  evidence is what controls.  None of the statements that you

20  heard in argument or at any time from the lawyers is actually

21  evidence.  The evidence is what you heard, how you recall it.

22          Now, when you get back to begin deliberations, the

23  first thing you should do is select a foreperson.  The

24  foreperson will be the person who will speak for you here in

25  court.  If it becomes necessary during your deliberations to

1   communicate with me, you may send a note by way of the court

2   security officer, signed by your foreperson, or by one or more

3   members of the jury.

4           No member of the jury should communicate with me by

5   any means other than a signed writing.  And I will not

6   communicate with any member of the jury on any subject

7   touching on the merits of the case other than in writing or

8   orally here in open court.

9           You will note from the oath that's about to be taken

10  by a courtroom security officer, that he too, as well as all

11  other persons, are absolutely forbidden from communicating in

12  any way or any manner with any member of the jury on any

13  subject touching the merits of the case.

14          Please bear in mind that you may not reveal to any

15  person, not even me, how the jury stands numerically or

16  otherwise on the question of guilt or innocence of the accused

17  until after you have reached a unanimous verdict.

18          Now, I do want to mention a verdict form has been

19  prepared for your convenience.  I mentioned earlier that I'm

20  going to send back copies of the jury instructions.  I send

21  back 12 copies of the jury instructions, one for each

22  deliberating juror.  I send back 13 copies of the verdict

23  form.  The reason I do that is because everyone can have one

24  to mark on, to take notes on, to do whatever you want with,

25  but you should take that extra one, put it to the side

1    somewhere where no food's going to get on it, no one's going

2    to mark on it, no coffee will get spilled on it, and that will

3    be the original verdict form.

4            You will take that form to the jury room and when

5    you have reached unanimous agreement as to your verdict, your

6    foreperson will take that original jury form, fill it in, date

7    and sign the form.

8            After you have completed the verdict form.  Please

9    let the Court know by sending a note through the courtroom

10   security officer that you have received or reached a verdict.

11   When I've received that note, I shall have you return with

12   your verdict to the courtroom.

13           Let me emphasize that again, because I've had this

14   issue with a couple of jurors now.  I don't want you to send

15   me the verdict form.  The first time I see the verdict form

16   will be here in open court.  I've had juries do that.  I don't

17   want you to send the verdict form back to me.  When you reach

18   a verdict, just send me a note that just says we have reached

19   a verdict.

20           And then the foreperson, whoever that is, will bring

21   that with them back into court.

22           At this point, I'll ask the court security officer

23   to come forward so that we could give him the oath.

24           THE CLERK:  Good afternoon, sir.  Please raise your

25   right hand.

1        (Bailiff sworn.)

2        MS. OLDHAM:  I do.

3        THE CLERK:  Please state your full name for the

4    record.

5        MS. OLDHAM:  Court Security Officer Frank Olson.

6        THE CLERK:  Thank you.

7        THE COURT:  All right.  Thank you, sir.

8        All right.  Now this is one of my least favorite

9    parts of the trial.  It's when I have to discharge our three

10    alternate jurors.  I want to thank you for your service here.

11    You know, you have paid every bit as much attention and been

12    as prompt as all of the serving jurors, and so I thank you for

13    that.  But all 12 of our original jurors have made it through

14    the trial intact.

15        I am going to say this though, please continue to

16    follow my instructions until you find out that there's been a

17    verdict in this case.  So you should still continue not to

18    discuss the case with anyone.  You should still continue not

19    to seek any information about it.  If it's on the news, push

20    it away, follow all my instructions.

21        And the reason is, there's still the possibility

22    that we could lose a juror.  And in that case we would

23    actually have to call one of the alternates back, and I would

24    have the jury deliberation start over with you serving as a

25    juror.

1        So for now, I need you to continue to follow my

2   instructions.  At the end of every day you can call Ms. Smith,

3   she'll let you know whether or not a verdict has been reached.

4   Once you find out a verdict has been reached, then you're free

5   to talk about the case as you wish.

6        Now, ladies and gentlemen, it is now 4:45.  Even

7   when you're deliberating, I still excuse you at 5:00 o'clock.

8   So I'm not going to have you start deliberations today.  I'm

9   going to ask you to come back at 9:30 a.m., just the 12 of

10  you.  I'll let you sit there for now because we're all going

11  to leave together.  But just the 12 of you can come back

12  tomorrow at 9:30 and begin your deliberations.

13       I'm not going to bring you here into court, so you

14  don't have to wait to hear from us.  When all 12 of you are in

15  the jury room -- and just the 12 of you are in the jury room

16  with the CSO guarding the door, you can begin your

17  deliberations, and they will let me know that you have arrived

18  and have begun.

19       So again, to our alternates, I thank you, but you

20  are discharged.

21       To the ladies and gentlemen who will make up our

22  deliberating jury, I'll see you when you tell me you're ready

23  for us to see you again.

24       But I discharge you to begin your deliberations

25  beginning tomorrow at 9:30.  Remember for now, you're still

not able to discuss the case among yourselves except for when

you're in that room deliberating with the CSO guarding the

door.

I will see you all soon.

You can bring those with you now, yes.  You can

leave those in the jury room.  The notebooks, you should leave

here.  You should not bring the notebooks with you -- the

notebooks with the transcripts.  The transcripts are not

evidence.  The Government will collect those.

(Jury left the courtroom.)

THE COURT:  All right.  So I think -- at least --

you can be seated unless addressing the Court.  At least I

know this is true in Greenbelt, I'm going to assume it's true

here that we probably have a laptop we could give the jurors

for the purpose of viewing videos and listening to CDs.  But I

mean, that only works if the government has a CD or CDs that

they are absolutely 100 percent positive only contains

admitted evidence.

MS. WILKINSON:  Yes, Your Honor.  We've been through

it with counsel as well too, but we'll obviously do it again

before it goes back, but yes, we are prepared to represent

that it's absolutely only the evidence that was introduced.

All the jail calls have been redacted.  The

interviews of the defendants have been redacted.  The grand

jury excerpts have been redacted.

1          THE COURT:  Okay.

2          MS. WILKINSON:  But I'll, you know, invite counsel,

3     of course, to confirm that as well.

4          THE COURT:  Sure.  All right.  And so you'll work

5     together to gather the evidence or the exhibits to get back

6     there.  There's no gun, there's no drugs, there's nothing, so

7     I think everything can go back there.

8          I think we already have copies of the instructions

9     for them.  So it will all be waiting for them in the morning.

10          You don't have to come here at 9:30 tomorrow

11     morning.  Just -- I mean, if you're really curious, you can

12     call and we'll let you know when they got here, but you don't

13     have to come here.  As soon as they get here, we'll just let

14     them start deliberating.

15          MR. DAVIS:  How much advance notice do you want us

16     to have to be in the courthouse?

17          THE COURT:  Try not to be more than 10 to 15 minutes

18     away.  That would be helpful.  I'd appreciate that.  Make sure

19     Ms. Smith has a cell phone number for at least one

20     representative of every side.  Probably helpful -- just has

21     all your cell phone numbers.  Anything else we need to talk

22     about this evening?

23          MS. WILKINSON:  No, sir.

24          THE COURT:  Thank you all for a well-tried case, and

25     we'll see what we hear from the jury.  Take care.

1          (The proceedings were concluded.)

2

3          I, Christine Asif, RPR, FCRR, do hereby certify that
the foregoing is a correct transcript from the stenographic
record of proceedings in the above-entitled matter.

4

5          _____/s/_____
               Christine T. Asif
             Official Court Reporter

6

7

8                        INDEX

9   Witness Name                                        Page

10     Government Closing Argument By Ms. Oldham................ 2

11     Defendant Mosley Closing Argument By Mr. Mercer......... 42

12     Defendant Carter Closing Argument By Mr. Davis.......... 91

13     Government Closing Argument in Rebuttal
       By Ms. Wilkinson.......................................... 129

14

15

16

17

18

19

20

21

22

23

24

25

< Dates >
2019, March 46:22.
5/23/2016 106:11.
5/23/2016. 106:23.
April 15th, 2016
 125:18.
January 28th, 2020
 1:19.
June 1st 30:17,
 31:3, 93:23,
 93:25, 107:3,
 109:1, 133:8,
 133:19, 135:9,
 137:13, 153:22.
June 1st, 2016
 13:22, 14:8,
 29:25, 32:21.
June 2015 138:22.
June 21st 109:21.
June 2nd 31:1.
June 4th 62:14,
 62:24, 78:9.
May 16, 2016 18:5.
May 16, 2017
 17:15.
May 16th 49:20,
 51:4, 148:14,
 148:21, 149:10.
May 16th, 2016
 10:23.
May 18th, 2016
 23:21.
May 21st 12:15.
May 23rd, 2016
 13:3.
May 25th 82:12,
 82:14.
May 25th, 2016
 13:12, 14:19.
May 26th 42:13,
 48:6.
May 26th, 2016
 14:23, 46:24.
May 26th, 2017
 48:4.
May 27 145:19.
May 27, 2016
 18:16.
May 27th 63:14,
 94:10, 134:10,

142:11, 145:22,
 153:16, 155:13,
 156:4.
May 27th, 2016 2:25,
 14:6, 15:3, 16:24,
 26:4, 39:17.
May 28th 82:14.
May 2nd 79:19,
 79:21, 80:5,
 80:18, 81:13.
May 4th 9:12, 48:10,
 149:17.
May 4th, 2016
 9:22.
May 6th 10:1, 10:2,
 149:17.
May 9th, six
 71:13.
"one 85:12.
$1,100 96:8.
$10 123:18.
$10. 123:19.
$15,000 30:10.
$15,000. 5:6.
$50 11:17, 50:18,
 80:22.
$7,000 30:23,
 101:22.
.
.
< 0 >.
0 71:2, 71:3, 71:9,
 71:18.
.
.
< 1 >.
1,012 61:18.
1.5 93:21, 94:23.
10 66:21, 165:17.
100 12:9, 39:3,
 91:20, 91:25,
 104:22, 140:16,
 164:17.
101 1:48.
10:00 14:25, 27:4,
 47:18, 60:24,
 151:13.
10:04 151:17.
10:30 81:6, 81:13.
10:44 64:2.

11 66:20.
11. 65:16.
11:25. 41:15.
11:30 29:3.
12 54:23, 145:24,
 160:21, 162:13,
 163:9, 163:11,
 163:14, 163:15.
12/16/2017. 98:16.
129 166:23.
12:13 43:22, 56:20,
 56:23.
12:33 29:6.
12th 32:20.
13 160:22.
14 83:12.
14. 83:18, 113:8.
140 139:14.
140-page 139:13.
148 69:16, 70:24.
15 41:15, 41:17,
 73:22, 165:17.
150 148:13.
150-page 138:7.
150. 148:8.
1533 18:22, 18:23,
 36:19, 36:20,
 57:5, 57:12,
 57:21, 60:3,
 60:18, 61:9,
 61:16, 69:1, 75:5,
 75:18, 75:24,
 76:15.
1533. 36:19, 57:12,
 75:9.
15:28 82:13.
15:55 71:4.
15:56 71:4.
16 31:4.
18 63:12.
19-second 26:8.
.
.
< 2 >.
2 71:9, 71:19,
 81:22, 82:11,
 166:16.
2/13 119:1.
20 63:12, 70:20,
 129:5, 131:5,

138:14, 139:19,
143:10.
20-minute 144:3.
2005 15:9, 108:3.
2013 4:9, 48:24,
79:12, 94:15.
2013. 5:9, 118:10.
2014 5:23, 6:3,
6:6.
2015 6:9, 7:23,
8:1.
2015. 6:22.
2016 8:25, 36:18,
37:23, 52:11,
93:23, 93:25,
107:3, 122:22.
2016. 10:5, 32:20,
75:16, 94:10,
106:9, 109:21,
149:4.
2017. 93:24.
2019 46:22.
2027 81:14, 81:15.
2027. 81:21.
21201 1:49.
21:12 56:5.
22:30. 120:18.
23 136:4.
2399 14:2, 16:5,
20:23, 21:1,
21:10, 42:20,
50:20, 56:6.
2399. 14:9, 26:25.
24 65:5.
250 148:12.
2513 81:9.
253 68:23, 69:6,
69:10, 74:21,
148:8.
25th 83:4.
264 81:23.
2650 36:19, 39:16,
57:7, 61:10,
61:16, 61:18,
75:23.
2650. 18:23, 61:9,
75:22.
2670 80:14.
26th 47:16.
27th 64:9, 121:15,

121:24, 122:7.
28th 83:5.
29 140:21.
2900 33:7.
2917 16:23.
2919 19:1, 21:25.
2922 23:8.
2:00 86:8.
.
.
< 3 >.
3 65:15, 66:20,
71:9, 71:19,
74:2.
30 73:21, 73:22,
92:11.
30-year 99:7,
99:10.
30. 112:4.
34 84:1.
34. 83:23.
36 29:7.
37. 84:9.
3:45 36:2.
.
.
< 4 >.
4 15:20, 66:20,
71:2, 71:9, 71:19,
74:2.
40 63:15, 128:5,
150:19, 150:20.
40-minute 63:18,
152:6.
40s 22:5.
41 41:2.
42 166:18.
45 92:11.
46 84:18.
46. 84:15.
4:00 36:2.
4:30 153:11.
4:45. 163:6.
4th 1:48, 89:14.
.
.
< 5 >.
5/1. 69:2.
5/19 120:17.
5/23 106:9.

5/26 151:17.
5/26. 56:4.
5/27 57:3, 57:25,
58:15.
50 49:25, 50:3,
50:7, 71:18.
5008 75:18, 76:17.
50s 40:15.
51 100:16.
5150 11:22, 13:20,
13:22, 30:15,
50:12, 80:9,
80:11, 80:19,
80:24, 81:16,
81:18, 82:6,
83:2.
5150. 11:18, 45:7,
50:19.
5151 80:9, 82:7,
82:10, 82:14.
5151. 80:14.
53 100:14.
5:00 129:6, 163:7.
5:30 28:17.
.
.
< 6 >.
6 68:8, 71:8.
60. 85:5.
619. 141:1.
6448 81:9.
6:00 15:1, 15:6,
16:3, 18:18,
20:6.
6:05 57:3, 58:2.
6:15 15:13, 19:22,
43:9, 150:5.
6:16 19:4, 19:14,
65:1, 68:2,
140:17, 141:1,
141:4, 141:15,
141:20, 150:9,
156:5, 156:15.
6:16. 156:25.
6:19 140:17, 141:4,
141:22, 150:14.
6:19. 156:21.
6:39 19:19, 63:18,
150:17.
6:39. 152:6.

.
.
< 7 >.
7 71:8, 71:19,
  75:14, 140:21.
7-11 11:17, 49:25.
7-11. 50:9.
7626 13:14, 14:4,
  14:6, 14:7, 18:19,
  26:8, 49:21,
  50:10, 62:9,
  62:16, 63:15,
  151:15.
7626. 50:19, 62:8.
7:15 47:24, 56:12.
7:21 24:2.
7:29 65:2, 66:9,
  66:18, 67:3, 67:6,
  67:16, 68:1,
  139:25, 140:13,
  141:2, 157:8.
7:35 25:12.
7:44 58:14.
7:45 20:17.
7:55 65:3, 140:22.
7:59 67:1.
7:59. 67:7, 67:11,
  67:17.
.
.
< 8 >.
8 68:8, 68:14.
8:24 58:23.
8:26 26:7, 26:13,
  44:1, 59:16,
  152:23.
8:26. 59:7.
8th 30:15.
.
.
< 9 >.
9 65:10, 66:20,
  68:15, 142:8.
91 166:20.
9:00 14:25.
9:12 56:6.
9:30 16:24, 47:22,
  63:5, 150:24,
  163:9, 163:12,
  165:10.

9:30. 163:25.
9:46 27:14.
_____/s/_____
    _____ 166:7.
.
.
< A >.
a-ha 121:20.
A. 132:5.
a.m. 15:1, 15:6,
  15:13, 16:3,
  16:24, 19:4,
  19:14, 19:19,
  20:17, 24:2, 26:7,
  26:13, 27:4,
  27:14, 29:6,
  56:20, 60:24,
  64:2, 65:1, 65:2,
  65:3, 68:2,
  141:15, 141:20,
  150:5, 152:23,
  156:5, 156:15,
  157:8, 163:9.
abetting 17:5,
  53:24, 85:11.
abettor 38:23,
  85:15, 85:19.
ability 12:23.
able 27:15, 49:4,
  86:12, 87:4,
  90:12, 110:20,
  149:12, 164:1.
above-entitled
  166:5.
abrupt 114:15,
  114:16.
absence 68:12,
  136:6, 136:11,
  150:19.
absolute 138:21.
Absolutely 64:10,
  76:24, 88:4,
  93:13, 96:3,
  96:25, 97:25,
  98:1, 105:10,
  107:25, 113:7,
  120:23, 122:11,
  124:17, 126:21,
  127:18, 127:24,
  140:17, 142:6,

142:15, 142:19,
  143:12, 145:22,
  151:10, 160:11,
  164:17, 164:22.
absolve 144:13.
absurd 99:2.
accept 47:9, 78:22,
  90:16, 90:19,
  129:21, 138:2.
access 81:19,
  140:9.
accommodation
  51:21.
according 83:10,
  93:22, 107:16,
  110:8, 115:9,
  118:21, 124:23.
accountable 3:14,
  41:10.
accurate 77:20,
  78:5, 88:15,
  88:16.
accusation 70:19.
accused 160:16.
acknowledged 52:8,
  52:10.
across 60:11.
act 85:16.
activated 14:5,
  14:12, 14:19.
activates 13:13.
activating 58:4.
activation 60:18,
  62:7, 71:12.
activations 56:4,
  57:10, 60:3,
  60:25, 61:7,
  61:19, 61:23,
  62:1, 62:5,
  64:7.
actively 55:16.
activities 56:3.
Actually 20:25,
  21:18, 21:22,
  27:20, 30:5, 34:4,
  34:12, 48:5, 48:6,
  50:20, 73:20,
  80:1, 91:17,
  93:24, 94:12,
  106:11, 114:10,

121:5, 140:11,
142:17, 148:8,
150:15, 157:25,
159:20, 162:23.
add 48:12, 56:13,
71:17, 73:23.
added 51:7.
addict 99:7,
99:10.
addicts 99:15.
addition 105:9.
additional 17:13.
address 14:16, 19:1,
56:10, 129:15,
130:11, 155:21.
addressed 153:13,
157:3.
addresses 16:20,
52:18.
addressing 86:22,
129:18, 131:10,
164:12.
Administration
15:12.
admissions 139:1,
147:12.
admit 34:9, 70:2.
admits 19:10,
34:1.
admitted 156:8,
156:9, 156:23,
164:18.
admittedly 19:9,
19:17, 28:7,
39:19, 39:22,
130:18, 150:9.
advance 62:19,
97:13, 134:13,
165:15.
Advanced 136:18.
advantage 103:7.
aerial 60:7.
affect 136:11.
affirmatively 46:5,
70:5.
African-american
22:5.
afternoon 36:2,
42:15, 44:10,
55:22, 64:10,

79:23, 80:3,
82:13, 90:25,
91:5, 91:6,
129:14, 161:24.
Agent 25:13, 25:15,
25:16, 47:14,
70:3, 79:21,
80:24, 96:3, 96:4,
96:15, 97:11,
134:25, 135:19,
135:22, 138:5,
138:7, 139:14,
139:21, 141:15,
147:6, 147:16,
152:12.
agents 6:2, 19:10,
25:15, 41:6,
72:13, 76:12,
96:18, 105:17,
130:15, 147:4.
aggressively 95:3,
95:5, 95:6.
ago 47:7.
agree 42:25, 45:5,
76:23, 79:13,
96:25, 130:19,
139:18, 157:16.
agreed 116:20,
157:9.
agreeing 12:6.
agreement 10:21,
38:16, 102:4,
116:15, 116:19,
161:5.
agrees 32:16, 43:6,
96:12.
ahead 137:19.
aide 3:8, 3:17.
aider 38:23, 85:15,
85:18.
aiding 17:5, 53:24,
85:11.
aids 85:14.
ain't 33:20,
153:2.
air 28:24.
Alero 114:4,
114:5.
alert 25:19.
Alex 18:1, 43:21,

56:21.
alibi 29:5.
alleged 84:21.
allowed 118:3.
almost 30:20,
106:15, 106:18.
alone 66:4, 89:23,
111:23, 149:18.
already 30:6,
132:15, 135:22,
165:8.
alternate 162:10.
alternates 162:23,
163:19.
Although 32:4, 39:7,
82:8, 121:1,
126:22, 151:1.
amazing 98:1.
America 1:5,
129:20.
among 6:1, 41:17,
54:24, 86:12,
86:13, 89:15,
164:1.
amount 5:6, 37:25,
38:20, 63:21,
127:2, 147:6.
analysis 47:15.
Anderson 78:3.
Andre 32:3, 32:4,
32:13, 34:25,
35:3, 114:18,
135:16.
angle 65:8, 142:7.
angles 65:18.
angry 104:18,
112:18, 116:17.
answer 25:5, 51:6,
53:6, 55:18,
92:22, 96:13,
97:3, 100:11,
108:21.
answered 79:16,
100:14, 102:12.
answering 99:22,
99:24.
answers 100:17,
103:16, 131:3.
Anthony 135:15,
135:18.

anticipating
   129:4.
Antonio 105:11,
   135:10.
anybody 36:7,
   112:21, 123:11,
   127:6.
anything. 12:16.
anyway 48:8, 56:15,
   129:7.
anyways 125:12,
   126:5.
apart 21:24,
   92:11.
apartment 15:8,
   15:10, 26:24,
   27:20, 29:15,
   30:1, 30:3, 36:5,
   111:11, 113:23,
   125:23.
Apartments 19:5.
apologies 41:20.
apparent 124:5.
apparently 78:8,
   109:7, 110:7,
   115:8, 118:11.
appear 136:5.
appearance 27:6,
   152:4.
appeared 146:3.
appointment 135:6.
appreciate 2:13,
   67:17, 165:18.
appreciative 49:3.
approach 155:23.
approached 95:3,
   95:5.
appropriate 87:23.
approximately
   61:18.
Aquanna 23:6,
   23:7.
Arbor 44:3, 59:16,
   59:20, 63:6,
   63:11, 63:16,
   63:20, 64:11.
archived 48:5.
area 26:14, 26:20,
   26:22, 27:22,
   31:23, 32:12,

33:8, 33:12,
   43:16, 44:4,
   47:25, 59:16,
   60:6, 60:8, 61:21,
   64:8, 66:16,
   79:23, 81:12,
   81:25, 82:10,
   105:19, 140:18.
argue 90:20, 92:7,
   157:22.
argued 49:2,
   158:11.
argues 92:8.
arguing 72:3, 90:19,
   158:20.
Argument 45:9, 87:1,
   87:11, 87:20,
   87:22, 88:12,
   88:25, 90:8, 91:3,
   102:23, 128:21,
   130:7, 130:12,
   134:13, 141:7,
   150:13, 156:3,
   157:4, 158:6,
   158:11, 159:2,
   159:3, 159:17,
   159:20, 166:16,
   166:18, 166:20,
   166:22.
Arguments 2:14,
   9:25, 87:6, 90:14,
   91:9, 91:12,
   129:18, 143:23,
   155:17, 159:7.
Arielle 40:7,
   103:22, 104:24.
arm 23:25, 146:8.
armed 24:9.
array 109:8, 109:9,
   109:23, 112:22,
   113:12.
arrays 109:25.
arrest 63:1.
arrested 31:10,
   92:4, 103:3,
   117:4, 118:11,
   118:20, 138:22.
arrive 112:3,
   112:21, 152:19.
arrived 20:16,

22:18, 154:20,
   163:17.
arrives 143:11,
   150:10, 150:17.
arriving 140:17.
articulate 151:4.
artists 82:4.
Ashley 48:21.
aside 53:17, 88:1,
   98:13.
Asif 1:46, 166:3,
   166:8.
asks 36:8, 45:25,
   137:1, 137:19.
asleep 27:17,
   106:19.
aspect 39:4,
   93:12.
assailant 144:17.
assembled 85:1.
assert 156:22.
assessment 58:17.
asset 111:17.
assist 42:12,
   45:23.
assistance 4:22,
   40:25.
assistant 3:7,
   3:16.
associate 5:5,
   52:20.
associated 26:10,
   85:10.
associates 78:15.
association 12:8,
   84:22.
assume 164:13.
assuming 136:12.
attack 116:3.
attacking 116:3.
attempt 47:12.
attempting 99:21.
attempts 21:12,
   27:2.
attention 3:11,
   23:5, 113:4,
   154:25, 155:8,
   162:11.
attentive 129:24.
attentiveness

86:3.
Attorney 6:17, 6:21,
  7:1, 7:4, 7:6,
  7:18, 70:9, 70:11,
  130:15, 136:6,
  143:16, 150:9,
  156:9, 156:24.
attorneys 44:18,
  95:23.
auctions 121:6.
audio 96:20, 99:20,
  99:23, 103:23.
Audis 64:22, 66:2,
  113:25.
auditory 46:16.
August 32:20.
aunt 29:10.
Aurielle 9:1, 10:8,
  12:10, 12:22,
  28:18, 31:7,
  32:15, 32:17,
  72:4, 97:14,
  97:20, 102:16,
  117:4, 117:11,
  119:21, 119:24.
AUSA 1:25, 1:27.
authorities 94:2,
  122:22, 122:25.
Auto 106:25,
  136:18.
automatically
  84:23.
AV 52:17.
available 45:1,
  48:3, 91:22,
  147:8.
avalanche 8:18.
Ave 106:1.
avoid 60:15, 73:3,
  142:2.
avoided 122:16.
awaiting 63:4.
awaits 152:7.
awards 42:17.
aware 39:4.
away 23:13, 30:4,
  32:19, 39:2, 49:7,
  54:9, 130:3,
  162:20, 165:18.
awkwardness 24:16.

.
.
< B >.
B. 1:39.
babe 27:17.
baby 103:14, 131:7,
  132:23.
backup 53:8.
bad 18:12, 52:19,
  100:5, 108:17,
  117:8, 119:15,
  119:19.
bag 72:22, 101:22.
Bailey 40:6, 106:3,
  106:6, 107:17,
  108:11, 108:14,
  108:17, 145:17.
Bailiff 162:1.
balance 104:20.
balanced 92:14.
ballcap 111:2.
Baltimore 1:20,
  1:49, 5:8, 5:10,
  7:19, 10:25,
  32:23, 63:2,
  81:12, 81:24,
  103:11, 103:12.
bank 96:5, 96:7,
  137:5.
Bardos 70:8, 70:14,
  74:9.
base 127:22.
based 35:8, 35:13,
  53:22, 67:13,
  69:22, 85:21,
  86:25, 87:6,
  113:6, 122:18.
basically 117:23,
  119:23.
basing 98:25.
basis 61:22.
bat 71:21.
Bay 140:7.
beach. 31:24.
bear 106:20,
  160:14.
beard 27:6, 109:5,
  111:5, 113:10,
  113:11, 113:18,
  113:20, 113:21,

115:17.
beat 51:12, 51:16,
  51:17, 51:22.
becomes 159:25.
bed 72:25, 73:9.
bedrock 54:3.
began 5:17, 5:20,
  148:11.
begin 80:3, 149:16,
  159:22, 163:12,
  163:16, 163:24.
beginning 4:3, 4:4,
  44:17, 57:17,
  65:7, 86:2,
  133:21, 144:20,
  149:15, 163:25.
beginnings 147:2.
begins 79:24.
begun 163:18.
behalf 41:8, 90:8.
behind 4:2, 19:6,
  111:19, 125:23.
beings 138:1,
  138:3.
belief 143:8, 145:8,
  154:8, 154:13.
Believe 16:3, 16:25,
  43:8, 52:13, 87:2,
  87:3, 88:3, 88:18,
  89:21, 90:12,
  90:13, 90:16,
  91:2, 92:14,
  98:21, 109:21,
  114:9, 134:18,
  136:25, 140:1,
  143:1, 143:8,
  145:8, 147:13,
  149:5, 149:10.
believed 78:25.
believes 96:10.
Belinda 48:20.
belonged 13:19,
  101:17.
belonging 24:25,
  36:12, 39:20.
belongs 21:22.
below 27:22,
  60:12.
Bench 155:25.
bend 117:20.

Best 28:11, 112:1,
   112:3, 112:21,
   116:19, 117:2,
   125:7, 136:20,
   138:3.
better 21:1.
Beyond 54:18, 69:12,
   84:3, 92:9, 127:2,
   127:16, 158:10.
bias 102:11.
biased 99:7,
   101:24.
big 67:18, 74:8,
   104:10, 109:16,
   113:11, 113:19,
   121:10, 130:5,
   130:6.
bill 4:23, 11:16,
   57:13, 80:23.
billed 4:16.
Bird 17:19, 17:22,
   17:24, 18:2, 18:3,
   18:4, 18:8, 18:12,
   37:6, 37:10, 72:2,
   72:24, 72:25,
   73:6, 73:7,
   148:20, 153:25.
birthday 116:22.
bit 55:22, 106:21,
   109:6, 109:23,
   109:24, 114:19,
   121:8, 123:4,
   123:11, 129:17,
   131:22, 131:23,
   134:11, 134:16,
   149:25, 156:14,
   162:11.
black 29:17, 29:20,
   73:4, 73:10,
   109:5, 137:13,
   137:16, 140:8.
blah 97:7.
blame 126:13.
Blanding 15:16,
   15:22, 15:24,
   79:3.
blend 21:23.
blessing 29:19.
blew 140:2, 157:8.
blind 109:10.

block 26:12, 33:7,
   45:14, 65:6,
   149:17.
blow 105:5, 111:1,
   111:4.
blower 45:6.
blowing 20:22,
   79:6.
blue 7:23, 18:25,
   21:24, 62:3, 65:1,
   65:2, 93:6.
BMW 29:18, 29:20,
   30:2, 30:3, 30:21,
   33:24, 36:15,
   44:5, 59:21, 63:1,
   101:20, 108:9,
   118:15, 118:18,
   137:13, 137:16,
   140:8.
board 127:4.
body 45:2.
boil 39:13.
bond 4:6.
book 108:13.
bookends 74:12.
books 53:14,
   74:12.
boss 5:3, 119:2,
   119:6.
bottom 57:2,
   124:3.
bought 11:20, 108:1,
   108:7, 108:8.
bound 38:16,
   38:17.
boundaries 4:7.
box 61:24.
boxes 65:2.
boxing 97:12.
Boy 116:22.
brace 111:14,
   125:15, 126:1,
   145:19, 145:25.
braced 23:25.
brake 107:11,
   107:13, 107:16,
   107:19, 108:1,
   108:3, 108:6,
   114:4, 114:5,
   122:16.

brakes 106:7,
   106:24, 107:2,
   107:13, 122:13,
   134:23, 136:22.
Brandt 65:16, 66:24,
   152:15.
break 37:19, 41:14,
   70:24, 86:7, 89:7,
   128:20.
breakfast 11:4,
   11:11, 17:16,
   37:1.
breaking 123:6.
brief 14:24,
   14:25.
Bring 41:24, 42:2,
   85:17, 100:10,
   105:21, 106:14,
   116:2, 127:5,
   128:10, 134:7,
   161:20, 163:13,
   164:5, 164:7.
bringing 96:19.
bro 82:9, 83:4.
broad 3:17, 24:9.
broke 64:25.
brother 80:13,
   80:14, 82:7, 88:4,
   102:24, 102:25,
   143:18.
Brought 6:8, 8:18,
   66:10, 67:25,
   72:8, 92:4, 92:6,
   94:12, 95:20,
   97:16, 105:11,
   117:7, 134:17,
   135:11.
browbeating
   130:24.
bucks 49:25,
   121:8.
build 5:19.
building 7:2, 7:3.
buildings 111:19.
bullshit 6:4.
bumped 6:25.
burden 2:18, 54:17,
   84:3, 91:20,
   91:24, 91:25,
   92:1, 92:9, 92:13,

105:22, 105:23,
122:19, 129:20,
129:21, 136:14.
burdens 127:8.
burn 104:19.
Burner 13:13, 13:14,
14:4, 14:12,
14:14, 18:19,
19:23, 26:8, 26:9,
36:23, 39:16,
42:21, 45:7,
49:21, 50:12,
50:17, 80:19,
124:22, 124:23.
bus 87:2, 91:8.
busier 43:14.
business 11:19,
57:22, 61:12,
78:6, 78:9, 81:5,
101:25, 122:24,
152:9.
businesses 20:9.
businessman 102:9.
buy 14:17, 56:25,
78:7, 93:14,
93:15, 93:19,
112:6.
buying 56:22,
97:22.
buys 96:11, 121:6.
.
.
< C >.
C19 105:5.
caliper 107:21,
107:23.
called 4:10, 11:5,
43:22, 69:4,
99:16, 117:6,
118:6, 130:13,
136:11, 140:4,
141:11.
calling 16:5, 20:24,
21:4, 25:9, 42:20,
56:7, 56:14,
58:21, 59:13,
115:6, 119:19,
120:3.
Calm 27:17.
Camera 19:4, 19:19,

24:13, 29:23,
31:22, 64:17,
65:10, 65:15,
65:16, 66:20,
66:21, 68:8,
68:14, 68:15,
141:18, 142:7,
142:8, 145:1.
cameras 19:7, 64:16,
65:15, 68:8,
68:14.
candid 52:13.
Captain 115:12,
115:16.
capture 125:6.
care 5:15, 6:11,
6:24, 7:12, 8:11,
8:18, 8:19, 9:10,
25:17, 25:20,
25:24, 48:20,
98:10, 98:12,
99:4, 124:25,
137:1, 147:4,
165:25.
cares 149:22.
Carolina 29:1,
114:15, 114:17,
115:18.
carried 112:14,
112:15.
carriers 75:16.
carrying 104:7,
105:1.
cartridge 92:17,
92:23.
cases 5:18, 16:18,
89:13, 117:17.
cash 30:23, 96:8,
96:10, 101:13.
casing 20:6.
cast 111:14,
125:25.
casting 117:7.
catching 22:11.
category 95:20.
caught 14:13, 44:15,
62:25, 132:6.
caused 8:24.
causing 6:4, 21:5.
caution 84:19.

CD 164:16.
Cds 164:15,
164:16.
cell 10:11, 15:23,
18:21, 21:10,
27:1, 28:2, 28:18,
35:10, 35:11,
39:18, 56:1, 60:3,
90:5, 94:21,
105:12, 106:15,
106:16, 122:2,
124:12, 133:13,
133:25, 134:4,
135:18, 147:6,
165:19, 165:21.
centered 41:4.
central 70:9.
ceremony 42:17.
certain 6:13, 23:25,
90:5, 130:9.
certainly 38:20,
88:22, 140:2.
certainty 55:8.
certify 166:3.
challenges 47:5.
chance 30:19, 89:12,
129:15, 133:25,
157:22.
change 27:5, 93:22,
109:18, 109:19,
113:5.
changed 94:14.
changes 66:15.
character 120:24.
characterize
116:5.
characterized
98:4.
charge 30:16, 85:5,
101:10, 101:11.
charged 25:25, 26:2,
31:11, 131:22.
charges 6:11, 7:4,
8:11, 10:17,
38:8.
charismatic 93:17.
chart 13:15.
chase 23:13.
chatter 6:1.
chatting 22:9.

check 29:6, 62:19,
 99:18, 105:24,
 143:14, 153:11.
checked 83:8, 108:6,
 108:10.
checks 28:11.
cheddar 7:20.
Chesapeake 140:7.
chick 6:5.
child 104:7, 104:9,
 105:1, 112:20,
 151:25.
children 72:21.
chilling 151:10.
Christine 1:46,
 166:3, 166:8.
Christopher 1:33.
church 41:4.
circle 20:5.
circling 20:2,
 20:19, 65:6,
 67:12, 67:23,
 157:2.
Circuit 89:14.
circumstance
 133:5.
circumstances 87:23,
 93:23, 137:11,
 153:4.
circumstantial
 83:12, 144:23.
citation 17:17,
 37:4.
City 31:16.
civil 16:18.
claim 157:5.
claimed 7:20,
 105:13, 113:1.
claiming 47:6.
claims 62:9.
Clarence 40:13,
 40:14, 40:22,
 98:1.
Claus 111:5.
clean 28:13, 52:2.
clear 47:10, 53:19,
 53:20, 55:15,
 63:3, 66:5, 68:3,
 76:23, 82:2,
 84:16, 87:8,

88:18, 91:11,
 99:22, 136:24,
 152:13.
clearly 130:6,
 133:9, 135:25,
 148:18.
CLERK 161:24,
 162:6.
client 90:11,
 140:15.
Cliff. 9:2.
clip 33:2, 34:11,
 34:14, 35:8,
 126:16, 139:25,
 140:12, 140:19,
 141:3, 141:14,
 157:8, 157:19.
clips 32:24.
clock 106:17.
close 3:3, 5:21,
 9:14, 45:8, 60:4,
 71:24, 71:25,
 72:6, 86:17,
 86:22, 91:13,
 113:10, 125:1,
 139:2, 153:11,
 156:13.
close-up 70:25.
closer 63:23.
closest 78:15,
 138:25.
Closing 2:14, 63:8,
 87:1, 87:6, 87:20,
 89:5, 89:14,
 91:12, 101:16,
 102:23, 118:5,
 119:14, 130:7,
 141:7, 166:16,
 166:18, 166:20,
 166:22.
closings 90:1.
closure 128:10.
clothes 27:11,
 72:21, 119:23,
 120:5, 120:8,
 120:12, 128:6.
clothing 105:9.
cloud 23:16.
co-conspirator
 36:16, 38:2, 39:3,

137:17.
co-conspirators
 41:1.
co-counsel 3:10.
co-defendant 6:23.
code 137:17.
coded 51:6, 52:4,
 64:25.
coffee 161:2.
coin 158:20.
coincidence 19:24,
 154:13.
Cold 43:14, 60:15,
 141:11, 142:2.
colleague 102:22,
 152:9.
colleagues 87:1,
 128:1, 153:10.
collect 123:19,
 123:21, 164:9.
collecting 120:24.
color 64:25.
colors 110:14.
combed 135:4.
comes 33:8, 33:14,
 42:17, 44:4, 44:9,
 59:17, 72:25,
 82:2, 95:8, 99:8,
 104:11, 141:23,
 142:8, 144:9,
 150:17.
coming 15:7, 15:9,
 19:15, 60:15,
 61:2, 67:17,
 80:16, 82:10,
 87:20, 103:16,
 132:19, 140:23,
 141:17, 142:11,
 142:12, 143:3,
 150:7, 156:6,
 156:15.
comment 153:17.
comments 96:9,
 118:10, 130:12.
commercial 20:8.
commission 85:14.
committed 69:23,
 84:6, 84:7, 85:7,
 85:8, 85:13,
 85:16.

committing 85:10,
  112:17.
common 47:4, 62:17,
  68:5, 85:2,
  155:9.
communicate 14:22,
  18:24, 160:1,
  160:4, 160:6.
communicated
  36:22.
communicating 12:21,
  39:16, 160:11.
communication 12:24,
  135:7, 146:10.
communications
  135:9, 135:13,
  139:22.
community 155:2.
comp 110:9.
companion 82:6.
company 4:9, 4:10,
  4:12, 4:14, 4:20,
  5:4.
compare 66:24.
compel 92:5.
compelled 92:4.
compelling 123:23,
  155:11.
competition 105:2.
compilation 68:7,
  111:16, 114:7,
  140:1.
compiled 94:11.
complaining 6:7.
complete 125:14.
completed 161:8.
completely 7:23,
  18:20, 75:11,
  88:15, 103:25.
complex 111:11,
  113:24, 125:23.
computer 48:2.
concealed 24:17.
concede 101:10.
conceded 76:18.
concededly 150:9,
  156:8, 156:9,
  156:23.
concedes 140:12,
  140:15, 140:25,

141:21.
conceding 138:16,
  143:23.
concept 85:6.
concern 89:14.
concerned 31:9,
  123:7.
concerns 4:25.
conclude 69:23,
  78:21, 156:20.
concluded. 166:1.
conclusion 112:3,
  112:21, 126:12.
conclusions 121:2,
  136:10.
conditions 6:13,
  8:14.
conduct 85:1.
conference 155:25.
confess 93:8.
confessions 93:7.
confided 40:21.
confident 97:13,
  101:6.
confirm 165:3.
conflict 89:23.
confronted 116:6,
  157:4.
confuse 124:18.
confused 106:21.
confusing 23:10,
  150:2.
conjecture 127:20.
connect 82:19,
  103:8, 103:17.
connecting 81:15,
  81:21, 81:23,
  82:11, 82:15.
connection 49:12,
  71:9, 131:16.
connections 63:14,
  73:13.
connects 46:8.
consented 76:7,
  77:7.
conservatively
  73:22.
consider 45:24,
  52:24, 60:19,
  74:3, 83:14,

88:24, 151:11,
  153:19, 153:20,
  154:1.
consideration 53:18,
  92:8, 109:17.
considered 158:7.
Considering 84:9.
Consistent 47:2,
  56:2, 56:17,
  56:24, 58:4, 58:6,
  59:12, 61:1, 61:7,
  61:21, 62:5, 64:4,
  64:5, 64:7, 81:4,
  81:7, 81:9, 82:1,
  89:24, 95:2.
consists 92:15.
conspiracy 4:3,
  10:6, 38:10,
  38:13, 38:19,
  39:5, 40:9, 49:22,
  50:16, 52:5, 52:6,
  53:24, 61:14,
  62:10, 79:24,
  84:19, 84:22,
  84:23.
conspiracy. 85:3.
conspirators
  149:23.
conspire 42:8.
conspiring 127:25.
consulting 7:3.
consumers 43:21.
contact 6:14, 9:24,
  11:21, 18:14,
  37:25, 40:1, 56:7,
  57:18, 98:21,
  139:6, 148:11,
  149:18, 149:21,
  150:5, 151:14,
  152:17.
contacted 26:7.
contacts 10:14,
  10:15, 68:24,
  69:10, 69:16,
  70:8, 70:18,
  70:24, 71:1, 71:6,
  71:13, 71:14,
  71:16, 71:18,
  73:20, 73:23,
  74:6, 74:9, 74:22,

82:9, 98:6, 148:8,
148:12, 149:16.
contains 164:17.
contend 88:21,
151:1.
contends 137:25,
140:13, 141:24,
148:14.
contested 126:21,
127:1.
contesting 157:8.
context 51:9, 69:6,
75:1, 76:5, 80:4,
119:9, 120:2,
120:9, 121:20,
130:4, 139:15,
139:21, 149:11.
continue 20:5,
20:18, 37:17,
89:7, 126:11,
162:15, 162:17,
162:18, 163:1.
continued 4:23,
41:6.
continues 35:21.
contrary 122:14.
contrast 89:19,
90:15.
control 32:17,
127:11.
controls 100:13,
114:3, 153:2,
155:19, 158:5,
158:18, 159:19.
convenience
160:19.
conveniently 47:7.
conversation 11:15,
50:18, 51:4, 52:4,
72:16, 148:7,
148:22.
conversations 5:11,
14:25, 51:6,
119:12, 138:24.
convey 116:5.
convict 54:12,
127:4, 127:16.
convicted 25:25,
26:3, 52:12,
52:21.

convicting 53:23.
convince 87:12,
131:6.
convincing 64:18.
cooperating 72:9.
copies 6:18, 160:20,
160:21, 160:22,
165:8.
core 89:21, 90:18.
corner 45:14, 135:1,
141:9.
corralled 49:6.
corralling 78:11.
correct 58:14,
78:17, 166:4.
corroborate 47:12.
corroborated
103:7.
corroborates
74:24.
couch 27:18.
counsel 2:22, 38:24,
87:7, 87:21, 89:1,
106:19, 129:18,
134:13, 134:15,
134:17, 151:1,
151:25, 153:7,
155:18, 157:18,
158:21, 164:20,
165:2.
count 68:25.
counted 152:15.
counts 55:11,
155:14.
County 5:9, 5:10,
7:19, 10:25,
63:2.
couple 3:23, 22:11,
26:24, 32:24,
33:1, 38:5, 42:18,
96:1, 116:12,
116:20, 161:14.
coupled 85:7.
course 8:2, 9:20,
13:4, 13:15,
25:17, 52:17,
87:18, 114:1,
133:19, 136:5,
139:12, 152:2,
154:5, 165:3.

court-appointed
49:7.
court. 159:14.
courthouse 47:25,
165:16.
courtroom 95:8,
95:16, 160:10,
161:9, 161:12.
courtroom. 2:6,
41:19, 42:3,
86:16, 90:24,
128:23, 129:9,
164:10.
cousin 98:18,
119:19.
cover 49:19, 50:22,
61:19, 69:17,
121:21, 143:15.
covered 79:9.
covering 64:3.
covers 60:6, 62:2.
crack 15:4.
crashes 52:17.
Crawford 4:10, 4:21,
5:4, 5:25, 6:10,
48:20.
crazy 77:9,
129:16.
create 29:5.
credence 98:3.
credible 128:15.
credit 62:18, 95:12,
95:13, 95:14,
95:16, 100:11,
102:10, 104:14,
107:17.
crime 17:13, 21:15,
38:2, 38:24,
40:25, 45:3,
52:21, 54:13,
78:14, 84:5, 84:7,
84:21, 85:7, 85:8,
85:10, 85:12,
85:14, 85:16,
92:17.
crimes 52:12,
53:25.
CRIMINAL 1:9, 16:18,
38:4, 53:14,
84:25, 85:17,

91:15, 92:9.
critical 49:21,
152:17, 157:1.
cropped 113:10.
cross 69:2, 74:8,
133:17.
cross-examination
58:11, 70:17,
89:25.
crying 132:6.
cryptic 12:19, 13:5,
51:6, 52:4.
crystallize
146:12.
CSO 163:16, 164:2.
Cuff 126:8.
cull 138:8.
culled 139:12.
curious 165:11.
current 76:17.
custody 151:25.
cut 17:25, 20:7,
27:8, 150:21.
cut-through 21:15.
Cuts 113:18.
cutting 102:9,
141:8, 141:25.
.
.
< D >.
daily 43:21, 56:21,
61:22.
damning 40:12.
dangle 136:16,
136:18.
dark 82:14, 83:5,
128:11.
darn 134:3.
data 147:7.
database 16:15.
date 9:22, 10:23,
13:13, 14:20,
138:11, 161:6.
dated 98:16,
106:22.
dates 82:12,
106:21.
dating 113:8.
daughter 15:15,
15:17, 15:18,

15:22, 15:25,
23:7, 77:5,
79:1.
David 5:5, 5:6, 5:8,
5:13, 7:14, 7:21,
8:6, 8:20, 9:8,
21:3, 25:21, 26:1,
48:20.
Davis 1:33, 88:11,
89:14, 90:19,
91:3, 105:20,
128:18, 129:18,
129:25, 130:12,
130:23, 131:9,
132:13, 133:6,
134:24, 144:7,
144:9, 146:17,
166:20.
Davo 14:21.
dawn 15:4.
daylight 3:17,
24:9.
days 12:10, 12:14,
13:12, 32:22,
62:1, 74:10,
94:22, 130:10,
149:13, 149:14.
dead 140:24, 147:23,
149:20.
deal 38:13, 87:19,
88:3, 102:5,
111:22, 113:11,
120:8, 121:10.
dealer 11:20, 13:23,
30:8, 142:20,
143:21.
dealers 143:18,
155:14.
dealing 72:18,
73:14, 82:25,
83:4, 103:19.
dealings 103:18.
deals 99:15.
dealt 3:5, 102:20.
Deanna 9:18, 14:7,
14:9, 16:1, 16:3,
18:21, 21:12,
27:2, 27:7, 29:9,
29:24, 31:16,
31:25, 32:11,

35:2, 35:12,
35:25, 40:5,
104:8, 105:2,
110:4, 111:21,
113:7, 114:24,
121:11, 121:14,
121:17, 145:12,
150:8.
death 94:18.
decades 113:20.
deceased 57:8.
December 36:18,
37:23, 52:11,
75:14, 93:24,
115:25, 149:4.
deception 70:23.
decide 95:19,
158:12.
decides 10:3.
decision 9:25,
114:15, 114:16.
decisions 53:22,
104:21.
decline 89:5.
decoration 21:25.
deed 28:25.
Defendant 1:29,
1:35, 84:7, 84:9,
84:11, 84:20,
84:24, 85:7, 85:8,
88:24, 102:18,
102:19, 109:12,
133:14, 153:19,
166:18, 166:20.
Defendants 1:12,
19:7, 55:5, 89:15,
139:17, 140:9,
143:22, 147:10,
164:24.
defense 41:22,
66:10, 67:25,
80:4, 85:20,
89:21, 92:7,
95:17, 124:1,
136:14, 155:2.
defenses 86:25,
89:20.
definitely 95:24.
delay 91:1.
delays 155:5.

deleted 77:8, 77:14, 77:16.
deletes 77:12.
deliberate 144:4, 153:15.
deliberating 160:22, 163:7, 163:22, 164:2, 165:14.
deliberation 162:24.
deliberations 77:2, 154:4, 159:22, 159:25, 163:8, 163:12, 163:17, 163:24.
deliver 4:14.
delivered 4:24.
delivery 4:14, 4:15, 4:18, 4:21.
demonstrate 119:3.
demonstrates 55:9, 89:23.
denied 36:24, 89:2, 103:13, 103:14.
denies 104:2.
deny 89:3, 90:22, 117:24, 143:22, 157:24.
denying 157:21.
Department 5:1, 32:23, 72:11.
depend 153:14.
deposit 96:8, 96:11.
described 21:16, 50:24, 130:7.
description 20:3, 46:18, 77:20, 124:16.
designed 127:7.
designs 110:13, 128:6.
desire 89:16.
desk 115:8.
desperately 12:3.
Despite 39:12.
details 17:6, 17:10, 52:7, 57:4.
detain 30:20.
Detective 5:10,

33:14, 33:15, 33:16, 65:16, 66:24, 70:19, 70:22, 70:23, 71:23, 72:11, 72:12, 105:16, 105:17, 107:9, 113:3, 126:14, 146:25, 147:1, 147:3, 152:15.
detectives 43:18, 52:8, 56:18, 57:8, 57:16, 63:10, 64:6, 65:19, 72:11, 73:25, 74:24, 75:4, 75:13, 76:12, 94:8, 143:25, 153:2.
detention 8:3, 8:4, 8:7, 8:9, 8:22, 9:6, 9:12, 9:23, 10:2.
determine 38:25, 135:20, 154:15, 155:10.
determined 84:11.
devious 118:9, 119:7, 120:10, 120:17, 120:22, 120:23, 124:4.
devised 119:18.
diatribe 144:3.
died 106:15.
difference 66:14, 117:15.
Different 55:11, 62:12, 64:16, 64:22, 65:15, 66:13, 67:3, 67:7, 68:1, 94:24, 94:25, 95:1, 101:9, 102:11, 103:25, 104:1, 113:25, 123:22, 124:10, 140:13, 150:2.
difficult 24:15, 111:5, 137:25.
difficulties

41:21.
digits 13:17.
dignity 131:2.
diligently 41:6.
dinner 29:9, 29:13, 29:14, 44:12.
direct 61:6, 70:3, 83:12, 100:2, 101:1, 138:12, 144:21, 144:22, 145:5, 145:7, 146:1, 147:10, 158:21.
directions 12:25.
directly 3:25, 19:6, 22:1, 99:9, 129:16, 131:21, 157:3.
directs 10:3, 145:2.
disbelieve 89:21.
discernible 125:21.
discharge 162:9, 163:24.
discharged 155:22, 163:20.
discovery 6:16, 7:7, 7:18.
discuss 10:16, 41:16, 86:11, 86:13, 89:6, 127:25, 162:18, 164:1.
discussed 80:12, 85:2.
discussing 49:20, 156:14.
disingenuous 117:21, 117:22.
disliked 123:13.
dispassionate 54:2, 85:21.
dispassionately 54:19.
disprove 133:15.
disproven 32:12.
dispute 88:15, 88:17, 142:19, 148:10, 148:12.

disputing 90:9.
distance 37:24,
  38:15.
distinctive 65:20,
  77:19, 156:18.
distort 111:1.
distorted 111:8.
distortion 111:6.
distorts 111:4.
distressing 50:23.
distribute 127:24.
DISTRICT 1:1, 1:2.
disturbing 93:12,
  123:25.
DNA 46:4, 92:16,
  107:8, 144:17,
  144:19.
do. 6:6.
document 138:7.
documents 6:18,
  138:8.
doing 2:12, 6:5,
  14:13, 19:21,
  29:25, 30:7,
  39:25, 47:23,
  56:10, 78:6, 78:9,
  81:4, 90:18, 96:2,
  96:3, 110:8,
  112:13, 116:12,
  116:20, 118:12,
  143:5, 158:1.
dollars 116:13,
  116:21, 116:23.
done 16:21, 28:25,
  54:5, 93:3,
  107:24, 108:6,
  126:25, 127:9,
  129:5, 133:15,
  134:3, 158:10.
door 3:7, 15:1,
  15:5, 15:6, 15:14,
  16:2, 21:22,
  21:25, 22:2,
  22:20, 22:23,
  23:1, 46:5, 86:17,
  86:22, 102:8,
  103:10, 145:9,
  146:14, 163:16,
  164:3.
doors 21:23.

dot 133:17.
dots 19:1.
double 109:9,
  109:10.
doubt 20:13, 20:18,
  47:11, 53:20,
  54:18, 54:21,
  55:9, 66:5, 68:4,
  69:12, 84:6,
  84:17, 92:9,
  127:2, 127:16,
  133:10, 156:19.
doubt. 84:3.
downtown 7:2.
dragged 103:2,
  103:5.
drama 53:13.
dramatic 46:10,
  46:11, 53:11.
draw 83:20, 118:16,
  121:2, 127:21,
  136:9, 145:21,
  153:8.
drawing 118:6.
drawn 49:14,
  118:3.
draws 146:12.
Dre 31:24, 31:25,
  32:4, 35:2,
  35:4.
drive 18:9, 29:20,
  30:4, 45:20, 49:4,
  55:18, 147:18.
driven 19:9, 29:24,
  37:3.
driver 4:14, 17:20,
  24:23, 34:14,
  44:23, 44:24,
  45:11, 45:18,
  53:8, 54:16,
  83:24, 152:7,
  154:21.
Drives 41:21,
  43:13.
drop 20:17.
dropped 23:7, 33:11,
  102:17, 107:12,
  108:5, 126:10.
drove 11:11, 11:12,
  15:17, 29:11,

36:11, 53:7, 55:1,
  55:15, 55:17,
  98:23, 156:9.
drug 11:18, 11:19,
  11:20, 13:23,
  30:8, 30:11,
  31:11, 31:14,
  45:7, 50:12, 88:3,
  141:9, 142:19,
  143:18, 143:20,
  143:21, 143:22,
  155:14.
drugs 31:14, 94:16,
  99:16, 100:19,
  112:14, 165:6.
drunk 145:23.
due 11:16, 50:14.
duffel 101:22.
dumb 36:18.
dumpster 65:11.
duplicate 70:1,
  70:13, 70:16.
duplicates 70:6,
  70:7, 70:8, 71:1,
  138:7, 138:9.
duplication
  139:20.
durable 4:12.
dust 107:6,
  107:10.
duty 129:22.
.
.
< E >.
e-mail 7:24.
earlier 12:13,
  30:14, 61:1, 62:7,
  80:20, 115:22,
  120:15, 131:8,
  160:19.
early 5:25, 6:2,
  6:3, 6:6, 8:2,
  15:14, 16:2,
  19:25, 39:17,
  43:3, 43:6, 59:3,
  60:22, 61:15.
earth 143:3.
easier 13:18.
easily 95:22,
  96:9.

eastbound 60:16, 66:17, 66:18, 66:21, 67:2.
easy 122:12, 124:18, 132:1, 155:6.
economy 106:4.
Edmond 3:6.
educated 97:23.
effectively 90:9.
effort 3:13, 13:17, 17:1, 29:5, 38:24, 105:24, 128:12.
efforts 25:7.
Eight 24:20, 71:16, 145:1, 149:13, 149:14, 152:16.
Either 12:21, 89:1, 90:15, 90:21, 104:18, 111:5, 111:12, 111:13, 111:14, 114:4, 125:20, 125:21, 131:24, 135:21, 145:16, 150:19.
electronic 81:2, 94:22.
element 84:19, 97:5.
elementary 20:16.
elements 38:10.
elicited 47:2, 142:17.
Elma 4:22, 5:25, 6:10, 6:24, 7:3, 7:5, 7:9, 7:10, 7:16, 116:9, 116:10, 116:16.
else. 84:14.
embarrassing 114:1, 151:5.
embrace 88:19, 142:20.
emerged 23:2.
emotion 53:17, 53:22.
emotional 53:11.
emphasize 54:8, 161:13.
emphasizes 52:19.
emphasizing 83:13.

employed 73:7.
employee 4:22.
employees 4:11, 6:1.
encouragement 51:20, 51:21, 148:23.
end 22:14, 43:23, 44:11, 52:17, 54:7, 55:12, 60:20, 61:2, 87:3, 92:22, 117:24, 140:24, 143:20, 147:23, 163:2.
end. 12:5.
ended 112:16.
ending 80:9.
ends 11:18, 33:16.
enforcement 5:3, 5:23, 7:14, 29:21, 29:25, 30:19, 35:19, 41:5, 69:22, 75:6, 76:7, 112:23, 116:7, 117:16, 146:24, 149:3, 149:9, 153:21.
enforcer 119:3.
enhancement 157:9.
enhancements 105:5.
Enjoy 86:15.
enormous 147:6.
enough 4:11, 14:25, 97:13, 119:10, 144:14.
entered 2:6, 42:3, 90:24, 129:9.
enters 9:23.
entire 30:22, 33:13.
entirely 13:5, 56:2, 61:21, 62:5.
entirety 32:25.
entries 70:1, 70:14, 70:16, 123:6.
environments 134:8.
envisioning 134:24.
equally 53:25,

154:7.
equipment 4:12, 4:15, 4:16, 4:23.
equivalent 73:24.
Erica 15:16, 15:22, 15:24, 79:3.
Erin 25:13.
error 158:13.
error-free 70:6.
errors 155:4.
escapade 124:12.
escaped 128:13.
especially 83:16.
Esquire 1:31, 1:33, 1:37, 1:39.
Essentially 6:15, 37:22, 37:24.
establish 3:19, 85:3, 85:11, 115:3.
establishing 87:15.
establishments 20:8.
estimating 73:19.
European 11:1, 65:20, 66:1, 67:1, 77:19.
evaluate 47:3, 83:10.
evaluation 49:13, 55:6, 85:22, 107:6.
evening 28:17, 47:16, 56:5, 115:15, 129:5, 151:13, 165:22.
event 18:4, 104:13.
events 48:21, 53:11, 79:12, 134:2, 150:1, 156:4.
Eventually 10:11, 27:4.
Everybody 34:8, 77:10, 93:15, 93:19, 95:16, 101:21, 103:5, 103:15, 105:24,

112:7, 115:13,
122:23, 122:24,
123:12, 124:19,
146:15.
everyday 14:3,
26:25, 47:4.
Everyone 2:2, 2:10,
6:15, 47:8, 95:19,
101:4, 108:13,
122:16, 160:23.
Everything 5:17,
9:1, 12:3, 28:21,
32:11, 92:12,
94:22, 111:4,
121:18, 121:19,
126:20, 127:19,
128:12, 133:25,
154:2, 165:7.
evidentiary 87:20.
evidently 77:10,
81:18.
evil 120:17.
evolution 139:8.
evolving 61:14.
ex-romantic
121:15.
exact 21:18, 147:19,
150:14.
exactly 79:2, 79:4,
137:4, 147:11,
147:12.
exaggerated 74:6.
exaggerating
70:22.
exaggeration 69:14,
71:21.
examining 54:18,
84:5.
except 137:8, 149:6,
164:1.
excerpts 51:3,
164:25.
exchange 51:10.
excluded 46:5.
excludes 46:6.
exculpate 89:16.
excuse 67:21,
151:23, 163:7.
execute 3:2.
executed 5:23,

94:1.
exemplifies 92:25.
exercise 155:9.
exert 117:13.
Exhibit 68:23,
119:11, 132:5,
135:8, 151:16.
exhibits 165:5.
exist 46:17, 117:22,
117:23, 137:23.
exists 83:21,
136:13, 137:11.
exit 115:2.
expanded 61:24.
expect 56:13.
expensive 116:25.
experience 47:5,
62:17, 94:6,
96:2.
experienced 95:23,
95:25.
expert 48:2, 67:5,
67:18, 92:20,
94:11, 106:16,
114:1, 114:2.
experts 92:19.
explain 36:14, 48:2,
130:3, 134:9,
141:7, 147:1,
147:2.
explained 16:15,
38:8, 73:2,
131:22, 135:13,
151:5.
explaining 73:25,
75:23, 76:11.
explanation 15:11,
15:14, 27:15,
33:11, 61:7,
147:14, 148:4.
expressing 5:12.
expressly 156:8,
156:23.
external 118:1.
extortion 9:8.
extra 121:8,
160:25.
Extremely 95:22,
126:18, 126:19.
eye 128:14, 151:4.

eye-catching
24:24.
eyes 5:18, 47:10,
53:19, 53:20,
53:25, 55:15,
66:5, 68:3, 76:23,
84:16.
eyewitness 109:22.
.
.
< F >.
face 27:9, 109:15,
113:5, 132:20,
149:8.
facial 109:14,
109:16, 110:24,
112:25, 113:2,
113:5, 113:13,
113:15.
fact 7:16, 17:12,
19:11, 23:4,
48:15, 48:16,
54:12, 57:15,
70:13, 74:1, 85:1,
92:8, 110:11,
131:14, 139:18,
149:19, 151:11,
152:1, 156:13.
facts 64:15, 68:21,
75:2, 104:22,
116:16, 118:3,
118:6, 132:2,
151:6.
fair 85:21, 87:4,
138:5.
fairly 133:7.
fall 8:2, 23:23,
99:15.
falls 95:20.
Fallstaff 81:1,
81:10.
false 75:6, 76:2,
78:20, 151:23.
falsifying 4:20.
familiar 26:20,
107:21, 107:22.
familiarize 13:18.
family 4:5, 22:12,
41:4, 43:12,
60:13, 77:9,

77:10, 98:19,
139:1.
fancy 11:1.
far 12:12, 47:25,
114:25, 118:4,
120:15, 122:15.
Farell 32:3, 32:4,
32:13, 114:18,
135:16.
fashion 100:11.
fast 23:18.
father 98:5.
favorite 162:8.
FCRR 1:46, 166:3.
fear 53:17,
131:22.
features 110:24,
110:25, 113:5,
114:4.
February 5:23.
Federal 1:47, 3:3,
5:23, 6:2, 6:9,
8:19, 9:7, 19:10,
41:6, 96:15,
96:18, 97:11,
133:11, 147:4.
feel 59:2, 100:21,
116:2, 123:3.
feeling 147:17.
feet 21:24.
fell 23:20,
106:18.
fellow 114:20.
felt 95:5.
few 13:7, 14:24,
38:6, 54:8, 65:24,
98:6, 121:8.
fiber 46:3.
fiction 48:15,
48:16.
fictional 53:13.
fifth 115:13.
Fight 104:10,
104:11.
figure 17:6, 17:9,
25:8, 56:11, 67:5,
70:9, 103:24,
144:4, 151:21.
fill 144:22,
161:6.

film 147:17.
final 2:18, 9:5,
9:9, 9:12, 9:25,
10:2.
finally 28:11.
finding 56:10.
finds 104:8.
fine 37:20.
finger 89:18.
fingerprint 46:3.
finish 76:3.
finished 7:3.
fire 20:23.
fit 109:6, 130:9.
five 102:2, 106:16,
109:7.
five- 92:21.
fixed 52:3, 122:13,
122:15, 134:23,
136:22.
fixes 106:6.
flashes 47:19.
flat 72:24, 73:9,
156:22.
fled 23:16.
fleeing 23:24,
44:8.
flees 154:12.
Fleming 110:2.
flight 64:12.
flip 13:21, 14:4,
14:6, 14:10,
82:24, 102:13.
Floor 1:48, 42:6,
129:12.
flustered 116:16.
Focus 5:20, 23:3,
109:14, 109:15,
113:13.
focused 23:4.
folks 127:22.
follow 45:1, 82:16,
82:17, 143:19,
144:6, 162:16,
162:20, 163:1.
followed 82:18.
following 74:13,
83:7, 143:17,
159:14.
Fone 80:25.

food 161:1.
footage 19:4, 19:13,
19:19, 24:13,
29:23, 31:22,
34:5, 35:18, 40:8,
64:17, 68:7.
forbidden 160:11.
forces 118:1.
foregoing 166:4.
forensic 46:4,
92:16, 107:5,
144:21, 144:23,
147:10.
foreperson 159:23,
159:24, 160:2,
161:6, 161:20.
forever 38:16,
38:17.
forget 130:5, 145:2,
149:14.
forging 4:20.
forgive 129:17,
155:4.
forgot 121:24.
form 160:18, 160:23,
161:3, 161:4,
161:6, 161:7,
161:8, 161:15,
161:17.
formal 134:8.
formality 130:22.
formally 10:3.
forms 85:24.
Forsythe 33:15,
33:16, 105:17,
126:14.
forth 109:3, 112:16,
135:13.
forward 91:2,
125:23, 161:23.
found 60:9, 104:25,
105:8, 112:18,
112:19, 127:1,
135:7, 140:8.
Four 13:16, 69:18,
71:16, 102:2,
115:15.
four-wheel 73:1.
framework 54:6.
Francis 20:15.

Frank 162:5.
frankly 60:14,
  61:13, 88:25,
  136:16, 144:7,
  147:12, 158:23.
fraud 4:19, 5:16,
  6:11, 6:24, 7:12,
  8:19, 8:20, 9:10,
  25:17, 25:21,
  25:24, 48:12,
  48:20, 147:4.
free 163:4.
freedom 8:8.
freely 10:16.
Friday 2:25, 15:3,
  16:24, 22:21,
  26:4, 29:3, 32:7,
  33:7, 36:1, 39:17,
  42:25, 43:7.
friend 3:3, 5:4,
  9:14, 32:3, 33:25,
  51:19, 93:21,
  112:4, 132:8,
  148:10, 148:23.
friendly 84:24.
friends 37:9, 49:2,
  52:9, 52:15,
  73:15, 77:17,
  91:14, 93:10,
  145:23, 146:19,
  149:22.
friendship 37:7,
  128:8, 149:11.
front 21:25, 22:2,
  22:23, 22:25,
  23:1, 23:8, 65:19,
  66:6, 66:16,
  66:25, 75:5,
  76:14, 77:2,
  77:16, 78:23,
  79:10, 83:24,
  102:8, 106:8,
  107:1, 108:1,
  131:7, 136:18,
  140:4, 152:1,
  156:17.
frustration 5:12.
Fuchs 25:13,
  25:15.
full 146:2, 162:3.

fully 146:8.
funny 124:10.
furthering 17:5.
FYI 129:7.
.
.
< G >.
gallop 24:15.
galloped 23:16,
  23:17.
galloping 146:3.
gap 74:8, 152:6.
gaps 74:20.
garage 32:19.
gather 165:5.
gathered 6:19,
  128:13.
gathering 118:17.
gave 57:15, 57:16,
  76:1, 76:12,
  76:20, 77:20,
  78:20, 92:21,
  151:23.
gee 158:25, 159:4.
generally 37:25.
generation 66:13,
  67:16.
gentleman 40:15.
George 1:18, 38:7.
Gerald 1:31.
getaway 24:23,
  26:17, 34:14,
  44:24, 45:18,
  53:8, 68:9, 152:7,
  154:21.
gets 27:10, 42:19,
  43:8, 44:1, 44:5,
  60:24, 80:8,
  103:24, 114:22,
  115:11, 115:16,
  118:11, 144:16,
  148:16, 158:15.
Getting 5:13, 20:13,
  20:20, 22:25,
  32:14, 32:17,
  52:2, 59:3, 62:18,
  77:9, 102:9,
  106:12, 119:4,
  148:20, 151:13,
  151:19, 153:10.

ghosts 46:16.
giggled 137:14.
giggles 34:12.
giggling 103:23.
girlfriend 4:22,
  9:1, 9:18, 10:8,
  12:11, 14:7, 15:9,
  15:11, 16:1,
  16:12, 20:22,
  21:4, 24:25, 25:2,
  28:17, 29:9, 33:9,
  35:4, 42:16,
  57:12, 58:9,
  75:20, 76:16,
  76:18, 93:10,
  105:2, 112:5,
  128:5.
girlfriends 39:24,
  40:2.
Give 12:25, 16:19,
  33:18, 49:9, 50:7,
  61:16, 74:12,
  77:22, 87:11,
  89:4, 96:14, 97:3,
  98:3, 118:5,
  139:15, 147:17,
  161:23, 164:14.
given 17:10, 25:20,
  29:20, 74:14,
  76:19, 87:22,
  87:23, 107:4,
  118:2.
gives 27:14, 57:20,
  57:21, 80:10.
giving 33:20, 47:17,
  53:5, 75:6,
  77:25.
GJH-17-0667 1:9.
goal 12:6.
gold 46:6.
gold-colored 22:6.
gonna 12:4.
good. 28:21.
gotcha. 51:13.
gotta 9:1.
gotten 31:9, 40:22,
  62:25, 75:15.
grab 9:19, 27:10.
grabs 128:10,
  128:11.

grain 93:16.
grammar 132:13.
granddaughter
  116:23, 116:25.
Grant 11:20, 13:24,
  30:8, 30:9, 30:10,
  30:13, 30:14,
  30:17, 80:7,
  81:15, 81:21,
  81:22, 82:2, 82:7,
  82:8, 88:4, 101:9,
  101:24, 102:24,
  102:25, 103:1,
  103:6, 103:18,
  103:19, 143:17,
  143:20.
granted 126:4.
gray 95:24.
Great 2:11, 2:12,
  111:17, 111:22.
greatest 60:5.
Greenbelt 164:13.
Greenspring 66:22,
  141:25, 142:6,
  142:9, 143:4.
gregarious 69:9.
grew 43:11, 60:12,
  77:4.
grounds 88:22,
  89:17.
guarding 163:16,
  164:2.
guess 56:13, 58:19,
  59:7, 62:24, 63:3,
  66:15, 79:24,
  81:19, 83:19,
  83:22, 91:10,
  92:22, 99:21,
  102:13, 102:19,
  107:7, 119:2,
  123:11, 157:11.
guilt 12:7, 84:13,
  160:16.
guilty 41:11, 54:13,
  54:22, 55:3, 83:9,
  85:24, 89:23,
  91:17, 127:23,
  128:16, 155:14.
guilty. 84:8.
gun 24:9, 24:16,

27:25, 92:20,
  92:24, 105:3,
  105:6, 105:7,
  105:8, 111:12,
  112:14, 125:10,
  125:20, 125:25,
  144:11, 144:13,
  146:5, 165:6.
gunshot 22:17,
  23:15, 152:8.
guy 93:16, 108:17,
  114:19, 126:7,
  136:18.
guys 12:12, 114:22,
  115:15, 120:15,
  120:20, 120:21,
  144:4, 158:3.
.
.
< H >.
hair 18:1, 27:8,
  92:17, 109:14,
  109:16, 112:25,
  113:2, 113:5,
  113:14.
half 27:16, 27:19,
  119:4, 125:16,
  129:25.
hallucinations
  46:16.
hand 83:17, 95:9,
  111:8, 111:13,
  111:14, 111:15,
  125:20, 125:21,
  125:24, 125:25,
  126:1, 146:4,
  161:25.
handed 6:9.
handle 40:23,
  132:12, 148:24.
handled 40:24.
hands 111:12,
  111:20, 119:23,
  125:22, 127:19,
  132:16, 154:11.
hanging 81:20.
hangs 142:20.
happen 3:21, 21:8,
  26:11, 26:18,
  43:18, 43:24,

100:7, 143:12,
  144:18.
happening 64:5,
  82:15.
happens 10:1, 11:14,
  11:25, 97:2,
  130:20, 143:12,
  150:6, 150:20,
  159:1.
happiest 116:11.
happy 28:14, 28:15,
  42:22, 46:20,
  72:4, 77:23, 78:1,
  106:14, 116:13,
  148:18.
harangued 59:3,
  79:7.
hard 21:21, 92:11,
  123:10.
Hardworking 3:7,
  128:3, 128:4.
harken 146:13.
harm 119:18.
Harness 15:20, 44:9,
  81:8, 142:18,
  142:23, 142:25.
Harry 1:37, 4:10,
  4:21, 5:4, 5:24,
  6:10, 48:20.
Hart 135:16,
  135:18.
hash 17:10.
hat 93:6, 110:11,
  110:12, 110:13,
  125:8.
hate 117:21.
hats 128:6.
Hays 137:12,
  137:16.
Hazel 1:18, 38:7,
  54:6, 153:18.
HD 125:6, 125:7,
  125:8.
head 22:20, 26:23,
  27:11, 66:12,
  66:14, 67:1, 67:3,
  106:5, 132:7.
headed 134:23.
heading 16:8, 18:17,
  22:23, 59:22,

156:7.
headlight 66:16,
140:4.
headquarters 30:24,
31:17, 31:19.
heads 29:14, 83:4.
Health 5:1, 5:15,
6:11, 6:24, 7:12,
8:11, 8:18, 8:19,
9:10, 25:17,
25:20, 25:24,
48:19, 72:12,
147:4.
hear 2:15, 2:16,
12:3, 22:16,
28:24, 46:4,
48:25, 50:2,
52:25, 54:9,
58:24, 86:9, 94:7,
94:8, 97:8, 102:4,
109:22, 128:20,
130:20, 133:14,
134:18, 150:3,
163:14, 165:25.
hearing 8:4, 8:9,
9:6, 9:12, 9:23,
10:2, 133:18.
hearings 8:3, 8:7,
8:13.
hears 46:17.
heart 38:10.
heck 25:8, 116:22,
130:3.
hefty 109:6.
Heights 16:8, 18:17,
26:23, 27:22,
42:14, 43:10,
44:4, 44:6, 44:10,
54:11, 59:16,
59:17, 60:6,
60:18, 60:21,
61:19, 63:12,
63:21, 64:3, 64:8,
77:4, 79:23, 80:2,
105:19, 142:22,
142:24.
held 127:14.
help 4:8, 17:13,
33:19, 39:2,
42:10, 46:25,

57:20, 63:23.
helped 38:23, 38:24,
38:25, 39:5,
139:2, 155:13.
helpful 47:8,
165:18, 165:20.
helping 17:5.
hereby 166:3.
heroin 99:7, 99:10,
99:15.
herring 137:7.
herself 7:4, 131:6,
151:6.
hide 52:9, 76:14,
110:22, 115:18,
146:5.
hiding 21:14, 22:7,
52:15.
high 25:19, 95:4,
99:10, 99:11,
99:12, 99:13,
100:10, 108:18.
high-risk 111:21.
high. 62:15.
highlight 13:7,
33:1, 51:3, 65:4,
83:11.
highlighted 60:8,
60:10.
highlighting
83:16.
highlights 89:13,
89:25.
highly 97:23.
hint 118:9.
Hinton 5:10,
147:1.
hire 49:6.
hit 26:4, 77:25.
hits 18:21, 27:20,
60:5.
hitting 64:3,
81:6.
hold 3:14, 12:4,
31:9, 41:9, 51:24,
159:6.
holding 77:21,
127:13.
Holiday 25:16,
43:19, 56:19,

56:25, 61:3,
134:25.
holler 119:2,
119:7.
home 5:9, 5:24,
8:21, 21:1, 21:9,
25:12, 27:5,
27:10, 29:8,
29:14, 36:1,
42:15, 42:17,
44:11, 64:8, 64:9,
81:2, 81:7,
108:15, 108:16,
121:24, 122:1,
122:6, 129:4,
129:7, 151:13,
151:19, 152:25.
homicide 72:12,
95:4, 100:3,
101:2.
honed 29:22.
honest 108:21.
Honor 2:21, 3:12,
37:16, 37:21,
38:7, 86:19, 87:6,
87:8, 87:21,
88:10, 91:4,
95:18, 129:13,
129:22, 150:12,
155:15, 155:23,
156:2, 164:19.
Honorable 1:18.
hood 125:23.
hoodie 24:10, 61:11,
93:5, 146:5.
hook 135:17,
140:3.
Hopefully 75:11,
107:22.
hopes 102:10.
hopped 11:10.
hormonal 111:23.
horrible 106:19,
145:3.
Hospital 61:25,
150:8.
hostility 89:15.
hotel 29:2, 29:6.
hotline 5:1, 8:17.
hour 18:19, 59:9,

86:7, 86:15,
86:18, 89:8,
143:10.
hours 27:16, 27:17,
27:19, 29:7,
39:17, 61:5,
64:17, 68:7,
106:16, 128:5,
129:25, 145:24.
house 21:20, 105:8,
108:9, 123:2,
123:7, 150:7.
Human 5:1, 72:12,
138:1, 138:3.
hundred 96:1,
132:24, 132:25,
140:25, 141:13,
142:21, 145:13,
145:16, 146:20,
150:23.
hundreds 138:8.
hung 27:23.
hunt 20:11, 26:11,
46:11, 58:18,
65:6, 67:12,
67:22.
hurt 23:23.
hurting 104:25.
hustling 20:1,
142:1.
.
.
< I >.
Iber 67:17.
ice 23:20.
idea 14:10, 69:11,
69:21, 70:10,
71:22, 73:2, 73:5,
74:16, 78:20,
79:24, 90:2.
Identification
54:16, 67:14,
83:23, 83:24,
109:11.
identified 77:5,
109:20, 109:21,
110:3, 112:24.
identify 92:24,
110:23, 113:1,
113:12.

identifying 135:3.
identity 84:3.
idiot 126:15.
idling 22:13,
45:14.
ignores 25:6.
ignoring 18:20,
58:9, 58:25.
IHOP 11:4, 17:16,
37:1.
image 3:23, 23:24,
38:21, 40:4, 40:6,
65:12.
images 65:1, 65:2,
65:3, 139:25.
imagine 72:9,
107:8.
immediately 16:4.
impartial 53:18,
54:2.
impeach 99:21.
implicate 36:7.
implicated 7:14.
implication
101:17.
implied 84:18.
important 6:20,
11:13, 12:2, 45:6,
53:16, 54:15,
60:19, 64:22,
64:24, 65:5,
65:22, 68:15,
83:25, 84:10,
109:17, 136:2,
155:1, 155:2,
155:3.
importantly 7:10,
11:25, 76:11,
136:23.
impression 149:2.
impromptu 29:5.
improper 97:18,
117:18.
in. 12:9, 14:21,
39:4, 92:4, 94:12,
103:5, 103:9,
105:21, 126:8.
inaccurate 74:5.
inadvertently 85:13,
147:18.

incapable 125:4.
incarcerate 9:10.
incarcerated 10:4,
10:8, 18:7,
94:16.
incarceration
8:23.
incident 94:18,
104:5.
inclined 89:3.
include 69:1.
included 13:14,
32:17, 90:1,
109:8.
includes 53:1, 53:2,
71:12.
including 41:17,
86:12, 131:5.
income 110:9.
inconsistent 64:10,
64:11, 64:12,
86:25, 95:11.
incontinence 4:12.
incorrect 64:15,
156:12, 157:5.
inculpating 89:16.
INDEX 166:12.
indicate 19:1.
indicated 2:14,
112:14, 125:18,
157:11.
indicates 87:16,
126:17.
indicating 137:22.
indicating. 99:18.
indict 93:21.
indicted 91:16,
91:18, 93:24,
108:24.
indictment 8:19,
8:21, 9:7,
155:15.
indictments 6:9.
indisputable
122:8.
indisputably
138:21.
individual 17:19,
18:1, 105:9,
111:10, 111:11,

111:19, 113:12,
116:6, 125:6,
125:22.
individually
57:20.
individuals 96:23,
106:5, 112:8,
125:1.
indulgence 87:24.
Inexcusable 70:14,
70:17.
infer 69:8, 69:11,
89:22.
inference 83:20,
118:16.
inferences 49:14,
53:2, 68:16,
69:20, 83:20,
118:3, 118:7,
127:21, 136:9,
145:21, 153:8.
informant 7:8,
7:12.
information 5:2,
6:21, 7:22, 25:20,
33:22, 35:9,
35:11, 35:12,
35:13, 39:18,
48:4, 68:20,
74:14, 82:20,
90:5, 122:2,
133:22, 134:1,
134:7, 135:3,
135:20, 144:22,
145:3, 147:7,
150:25, 162:19.
initial 33:9.
initially 110:6.
injured 125:16,
145:20.
injuries 24:16.
injury 23:19,
57:23.
innocence 53:21,
55:2, 84:14,
84:17, 160:16.
innocent 42:7,
45:19, 53:9,
54:24, 83:9.
innocuous 64:14,

64:21, 64:22.
innuendos 128:10.
inquired 72:15.
instances 58:11.
instead 136:16.
instincts 25:23,
25:25, 26:3.
instruct 87:21,
88:23, 136:7,
158:17.
instructed 88:24.
Instruction 52:18,
52:22, 83:12,
83:15, 83:18,
83:23, 84:1, 84:9,
84:15, 84:18,
85:5, 86:14,
136:2, 136:4.
instructions 12:25,
52:16, 54:6,
54:10, 55:11,
83:11, 83:15,
84:16, 160:20,
160:21, 162:16,
162:20, 163:2,
165:8.
insufficient
89:17.
insurance 52:3,
78:1, 120:20,
120:21, 120:22.
intact 162:14.
intelligent 125:3.
intend 30:5.
intended 55:16,
85:16, 88:19,
131:18.
intending 114:24.
intent 23:3, 55:17,
127:23.
interaction 78:4,
78:10.
interest 37:21,
102:6, 104:25,
121:15.
interesting 82:5,
92:20, 102:3,
113:24, 121:12,
121:25.
interests 85:2.

interrogated 95:6.
interview 30:24,
33:6, 33:13, 34:1,
34:3, 34:21, 36:4,
37:8, 37:23, 57:5,
134:5, 147:4,
153:23.
interviewed 5:10,
32:22, 36:18,
52:11, 72:10,
76:6, 94:24,
99:11, 105:15,
107:4, 131:11,
131:16, 140:16,
149:3.
interviewee
109:12.
interviewer
109:11.
interviewing
25:17.
interviews 33:4,
164:24.
intricate 39:10.
introduced 99:1,
138:16, 164:22.
investigated 8:5,
25:24, 26:2.
investigation 5:16,
6:19, 7:14, 8:19,
8:20, 25:18,
25:21, 35:20,
39:8, 39:10,
39:12, 50:24,
51:1, 67:20, 70:1,
131:11, 133:7,
133:10, 134:3,
137:20, 137:21,
138:1, 147:3.
investigations
5:20.
investigatory
45:2.
invite 165:2.
involve 48:21,
49:11, 79:13,
90:4.
involved 16:20,
33:17, 54:20,
64:1, 87:17,

90:10, 90:11,
  90:13, 117:19,
  123:15, 143:22.
involvement 132:2.
involves 79:15.
involving 50:25,
  88:3, 124:4,
  131:14.
iphone 14:2, 14:9,
  16:5, 57:12,
  75:13, 75:14,
  152:25.
ironic 137:11.
irritated 116:17.
irritates 108:20.
issue 8:7, 87:7,
  158:9, 158:14,
  161:14.
issues 54:15,
  83:25.
it. 50:7.
itself 84:21.
.
.
< J >.
J-17 106:9, 106:11,
  106:22.
J. 1:18, 1:37.
jacket 125:9.
job 4:14, 53:16,
  83:15, 126:21.
joint 38:4, 41:1.
joke 115:9.
joking 119:5,
  119:6.
Jones 14:11, 32:23,
  33:2, 33:6, 33:14,
  34:4, 35:8, 35:14,
  36:3, 36:8,
  105:17, 133:20,
  137:18, 146:25,
  147:2.
Joppatowne 81:12,
  81:25.
Jr 1:37.
Judge 10:1, 38:7,
  54:6, 104:22,
  129:19, 153:17.
judgment 133:8,
  133:19, 136:12,

155:9.
Judiciary 16:14,
  16:16, 16:22,
  47:20, 150:25,
  151:22, 152:3,
  154:10, 154:20.
July 6:22, 7:22,
  75:16.
June 6:9.
junkier 26:16.
juries 97:5,
  161:16.
juror 160:22,
  162:22, 162:25.
JURORS 2:9, 2:11,
  2:24, 91:6,
  161:14, 162:10,
  162:12, 162:13,
  164:14.
Justice 41:8, 53:15,
  127:6, 155:2,
  155:3.
.
.
< K >.
Keep 11:21, 23:25,
  24:16, 35:7,
  37:21, 39:14,
  97:4, 102:7,
  105:3, 105:4,
  107:25, 118:10,
  122:19, 146:7.
keeping 52:2.
keeps 24:11, 26:18,
  36:4, 80:11.
kept 8:22, 13:9,
  82:22, 116:14.
Key 20:15, 21:3,
  21:7, 85:6.
keys 149:6.
Kill 23:4, 93:13,
  93:20, 112:8,
  123:18, 124:19,
  124:20, 149:24.
killed 5:8, 24:8,
  123:20, 131:17.
killer 3:25.
killers 41:7,
  41:10.
killing 124:4,

132:3.
Kim 1:27, 3:9,
  15:12, 15:19,
  16:13, 16:25,
  42:16, 46:15,
  47:9, 58:9, 58:12,
  58:15, 58:21,
  58:22, 58:25,
  60:23, 75:15,
  77:2, 78:18,
  78:20, 78:22,
  78:24.
kind 23:18, 30:6,
  34:11, 49:8, 53:8,
  65:14, 71:19,
  80:3, 92:20,
  92:25, 95:24,
  99:16, 99:18,
  101:9, 105:19,
  106:4, 109:2,
  113:25, 118:22,
  121:7, 123:9.
kinds 110:15.
know. 51:15.
knowing 37:6, 38:12,
  83:1, 115:18,
  137:20, 153:25.
Knowingly 10:19,
  12:5, 38:3, 42:12,
  45:23, 55:20.
knowledge 43:5,
  45:21, 60:1, 85:8,
  85:12, 88:21,
  90:2.
known 8:4, 40:8,
  56:11, 113:9,
  113:20.
knows 16:5, 21:1,
  21:2, 33:19, 34:8,
  83:3, 104:18,
  118:12, 119:20,
  123:23, 136:20,
  137:22, 138:17.
.
.
< L >.
lack 46:1, 49:14,
  52:25, 53:2,
  53:18, 68:10,
  84:12, 85:22,

130:1, 136:7.
lady 6:4, 110:4,
   110:5.
laid 38:8.
lamp 66:12, 66:14,
   67:2, 67:3.
laptop 164:14.
large 5:6.
Last 13:10, 13:16,
   24:12, 32:1,
   33:18, 35:23,
   38:5, 84:4, 120:2,
   129:24, 150:5,
   154:25, 158:15,
   158:16.
Lastly 40:4.
late 14:24, 23:21,
   24:21, 27:21,
   28:11, 36:1,
   88:11, 115:15,
   153:10.
later 11:13, 12:10,
   12:14, 19:10,
   32:19, 33:25,
   34:3, 64:5, 65:24,
   104:12, 137:6,
   145:24, 149:20.
latest 120:14.
Latrina 3:14, 10:12,
   19:1, 20:12,
   20:15, 20:20,
   21:25, 22:8,
   22:11, 22:19,
   22:22, 23:11,
   38:22, 39:9, 41:2,
   41:5, 41:8.
laughing 126:24.
laughs 105:25,
   137:20, 137:21.
Laurel 22:14.
law 5:3, 5:23, 7:13,
   29:21, 29:25,
   30:19, 35:19,
   38:6, 41:5, 69:22,
   75:6, 76:7,
   112:23, 116:6,
   117:15, 146:23,
   149:3, 149:9,
   153:21.
lawyer 49:6, 49:7,

68:5.
lawyers 155:20,
   158:6, 159:20.
lead 82:17.
leading 94:17,
   130:10.
leads 3:25, 45:1,
   45:6, 48:17,
   74:13, 82:16,
   82:17, 83:7,
   143:18, 144:6.
learn 7:12.
learned 6:20, 7:6,
   7:13, 7:17,
   124:11.
learning 7:22.
learns 98:24.
leasing 66:25,
   140:22.
least 112:18,
   122:17, 124:1,
   130:17, 162:8,
   164:11, 164:12,
   165:19.
leave 37:18, 81:2,
   149:2, 153:17,
   163:11, 164:6.
leaves 15:13, 27:4,
   27:20, 113:21,
   150:22.
leaving 63:16,
   64:19.
led 4:25, 95:22,
   96:10.
Lee 40:7, 103:22,
   104:25, 110:6,
   112:15, 131:5,
   145:13.
leg 23:22.
legal 6:16, 54:6.
legit 57:14, 57:16,
   57:18, 57:21,
   61:10, 75:19,
   75:25, 76:13,
   76:20, 76:21.
legitimate 57:24.
length 58:6.
lengthy 87:11.
lent 5:5.
Less 24:24, 29:7.

lesser 76:16.
letters 12:23.
letting 76:8,
   139:22.
level 79:1.
license 65:21,
   140:6, 140:7,
   156:18.
lie 35:1, 39:23,
   69:23, 126:2,
   132:9, 151:9.
lied 37:5, 121:20,
   153:24.
life 22:22, 41:3,
   44:14, 59:4, 60:2,
   64:6, 79:8,
   108:19, 116:8,
   117:5, 124:3,
   132:8, 139:16.
light 13:9, 47:4,
   105:25, 113:21,
   146:15.
likely 22:14, 26:19,
   89:5.
likes 93:20.
limited 35:9, 72:25,
   133:21.
line 81:19.
lines 13:7.
linked 29:23.
lips 109:17,
   113:15.
list 115:13.
listed 85:24.
Listen 28:23, 50:1,
   51:9, 75:8, 89:5,
   89:13, 112:23,
   112:24, 119:5,
   131:3, 132:17,
   132:19, 134:13,
   136:23, 148:13,
   149:1, 149:10.
listened 155:7.
listening 63:7,
   91:9, 93:1,
   126:13, 133:1,
   133:16, 158:23,
   164:15.
Literally 6:25,
   21:19, 21:23,

25:1, 25:10,
95:21, 105:14,
119:6, 149:11,
149:12.
live 106:6,
142:13.
lived 16:10, 16:12,
16:23, 17:2, 48:9,
77:18, 81:1.
lives 15:18, 63:23,
63:24, 81:10,
121:19.
living 15:20,
43:12.
locate 102:14.
location 21:10,
24:8, 26:14,
35:11, 39:18,
47:15, 56:1,
122:2, 135:19,
147:7.
Lock 14:21, 23:1,
100:9.
locked 48:10, 49:5,
51:19, 57:19,
80:17, 100:8,
101:19, 112:12,
115:24, 117:7.
logical 83:20.
Lombard 1:48.
long 29:20, 48:9,
63:20, 113:9,
114:22, 122:22,
129:16.
longer 61:4.
looked 23:9, 23:12,
106:2, 126:23,
131:21, 135:7,
151:4, 154:19,
155:7.
looking 20:2, 30:10,
61:4, 65:11,
65:12, 66:5,
68:14, 71:7,
95:24, 103:12,
106:5, 112:1,
119:10, 132:21,
141:18, 146:6,
147:24, 151:16,
152:7.

Looks 23:24, 44:11,
58:22, 63:15,
65:10, 80:5,
107:9, 108:14,
108:16, 109:2,
111:8, 112:23,
119:15, 119:18,
140:25, 141:16,
145:10, 145:12,
145:13, 146:8.
loop 19:22.
lose 162:22.
losses 102:9.
lost 109:24.
lot 24:5, 24:7,
24:14, 36:3, 38:6,
55:23, 69:9,
92:25, 108:20,
110:5, 112:11,
114:8, 114:11,
116:8, 116:24,
116:25, 117:25,
118:21, 119:9,
119:10, 123:5,
130:3, 131:13,
138:23, 140:22,
152:11.
loud 88:18.
loved 151:8.
loves 93:15, 93:19,
112:7, 124:20.
loyalty 4:7, 38:17,
40:10, 40:11.
lucrative 121:9.
lunch 44:10, 64:9,
86:7, 86:15.
Lunchtime 44:9.
lungs 126:15.
lying 21:19, 69:22,
70:21, 104:20,
151:2.

.

.

< M >.
M. 1:33.
mad 148:19.
made-for-tv 53:14.
magnificent
126:21.
main 20:7.

manner 160:12.
map 60:7, 65:9,
141:12, 142:22.
mapping 60:4.
March 6:3, 6:6,
8:25, 46:22,
80:8.
marijuana 18:3,
20:1, 30:21,
31:11, 42:14,
101:10, 101:11,
101:12, 110:7,
110:17, 144:2.
mark 160:24,
161:2.
marked 68:22.
marred 145:2.
Marsh 81:12,
81:24.
Maryland 1:2, 1:20,
1:49, 16:14,
16:16, 16:19,
16:22, 46:25,
47:20, 48:3, 82:3,
82:10, 150:25,
151:22, 152:3,
154:10, 154:19.
Massey 146:25,
147:3.
massive 39:12,
50:24, 69:25.
material 3:3,
5:15.
math 149:13.
Matt 9:19, 77:17,
77:21, 119:20,
132:10.
matter 22:3, 34:24,
83:19, 83:21,
83:22, 87:20,
100:18, 110:10,
137:2, 141:2,
166:5.
matters 137:3,
140:14, 141:3.
me. 25:14.
mean. 51:18.
meaning 7:21, 14:12,
51:23, 153:21.
means 12:24, 55:1,

68:2, 91:19,
92:23, 118:23,
118:24, 137:8,
148:18, 160:5.
meant 25:14, 26:4,
119:3.
Meanwhile 20:22,
22:13.
mechanic 20:2,
105:13, 135:5.
Medicaid 4:16,
4:23.
medical 4:12.
meet 18:10, 24:5,
26:13, 26:19,
30:18, 32:6, 32:7,
58:5, 59:8, 59:14,
79:21, 98:23,
151:19.
meeting 6:21, 6:23,
7:1, 10:20, 17:22,
18:5, 18:9, 18:11,
18:13, 27:22,
38:11, 40:15,
82:1, 120:23,
122:7, 148:20.
Melody 22:9,
22:18.
melted 111:9.
Melvin 15:12, 15:20,
16:13, 16:25,
42:16, 46:15,
47:2, 47:9, 47:17,
58:9, 78:18,
78:22, 78:25,
142:16, 143:1,
151:2, 151:20.
member 84:21, 84:24,
154:5, 160:4,
160:6, 160:12.
members 84:23,
160:3.
membership 84:19,
85:3.
memo 62:24.
Memorial 15:3,
22:21, 43:1,
43:3.
memory 47:6.
men 10:14, 18:16,

19:22, 69:13,
74:17, 131:21.
mention 36:17,
160:18.
mentioned 160:19.
Mercer 1:39, 42:6,
86:3, 86:5, 89:13,
90:1, 90:8, 90:19,
129:25, 137:24,
138:14, 139:19,
139:24, 140:11,
140:14, 141:6,
141:21, 141:24,
142:16, 143:16,
144:5, 148:5,
148:14, 148:22,
151:11, 152:23,
159:5, 159:9,
166:18.
Mere 54:11, 54:12,
84:20, 84:22,
84:25, 85:6,
89:15.
merely 85:9.
merits 160:7,
160:13.
mesh 118:23.
mess 75:11.
message 30:19,
62:23, 98:14,
98:16, 99:1,
115:10.
messages 62:12,
153:12.
messaging 12:18.
met 10:15, 10:19,
10:20, 10:23,
11:3, 17:15,
17:18, 17:20,
40:16, 40:18,
132:7, 136:21.
methodology 54:7.
Meunier 96:4,
141:15, 147:16,
152:12.
Meyers 116:10.
Miami 44:8, 82:16,
83:5, 83:6.
Michael 40:6, 78:3,
106:3, 107:16,

110:2.
Michelle 119:20,
119:21, 119:22,
119:23, 120:6.
middle 20:16, 30:6,
82:25, 139:11,
158:1.
midst 59:6.
military 56:5.
million 116:13,
116:21, 116:23,
139:14.
mind 3:1, 8:17,
8:23, 39:14,
89:14, 97:4,
102:7, 105:3,
105:4, 107:25,
118:10, 122:19,
139:9, 153:11,
160:14.
minds 10:21,
38:12.
mindset 116:6.
minimize 37:24.
minute 13:11, 16:4,
22:22, 78:18,
94:23, 99:19,
108:25, 120:18,
139:10.
minutes 14:17,
22:11, 37:16,
41:15, 41:18,
63:12, 63:16,
65:24, 92:11,
128:22, 128:25,
129:5, 138:14,
139:19, 143:10,
150:19, 150:20,
165:17.
mirror 140:3.
misinterpretation
49:15, 53:3,
68:18, 68:20,
69:21, 75:1.
misinterpreted
87:1.
misleading 49:13,
51:2, 53:2, 68:16,
68:20, 69:20,
74:4, 74:25.

misled 141:13,
157:18.
missed 24:20, 67:18,
67:19, 148:3,
152:16.
missing 64:19, 83:3,
152:19.
mission 3:1, 12:6,
46:11, 65:7,
67:12, 67:23.
Mistake 3:7, 49:25,
50:21, 67:13,
88:14, 114:1,
138:6, 141:6.
mistakes 49:13,
49:18, 50:22,
53:1, 58:16,
68:16, 68:20,
69:20, 69:25,
74:25, 137:25,
138:2.
mistrial 86:25,
88:23, 89:2,
90:22, 157:19.
mix 124:6.
molded 100:20.
mom 20:17.
moment 5:17, 30:25,
98:14, 103:20,
146:15.
money 5:6, 5:7,
5:13, 7:21, 30:11,
30:12, 31:11,
31:14, 103:13,
103:15, 103:17,
116:24, 117:1,
120:24, 123:20,
123:22, 124:5.
monitor 41:22.
monitoring 8:21,
81:2.
monitors 37:12,
37:14.
month 43:23, 60:20,
61:1, 61:2, 71:5,
101:19, 114:18,
114:23, 125:16,
154:11.
months 8:2, 72:7,
73:18, 74:3,

76:15, 125:16.
Mooch 31:24, 32:1,
35:2.
mortar 74:11.
mostly 79:10.
mother 15:17, 20:12,
22:20, 22:24,
72:21, 77:4,
103:14, 109:25,
113:4, 113:11.
motion 10:6, 88:22,
89:2, 89:4, 89:6,
90:22, 90:23.
motive 3:19, 3:22,
4:2, 79:14, 87:15,
93:13, 100:3,
124:4, 128:9,
132:9.
motives 79:12.
mountain 3:19,
79:14.
move 43:18, 55:23,
86:24, 103:21,
154:16.
moved 125:14.
movement 5:21.
moves 125:23,
125:24.
movies 53:14.
moving 13:9, 73:1.
MR. DAVIS 86:19,
86:24, 87:14,
88:1, 88:8, 89:9,
91:4, 91:7,
165:15.
MR. MERCER 41:23,
42:7, 150:12,
155:22, 156:2,
158:19.
MR. TRAINOR 157:15,
157:18, 157:22,
159:12.
MS. OLDHAM 2:21,
2:25, 37:16,
37:20, 162:2,
162:5.
MS. WILKINSON 2:4,
37:12, 88:10,
129:13, 150:14,
157:7, 164:19,

165:2, 165:23.
multiple 46:18,
55:10.
murdered 3:6, 55:16,
78:21, 132:22,
143:10, 145:10,
155:12.
murdering 93:9.
Murray 23:6, 23:7,
142:13, 146:3.
music 101:25.
mutual 10:21.
Myles 4:23, 5:25,
6:10, 6:24, 7:3,
7:5, 7:9, 7:11,
7:16, 48:21,
116:9.
Myrtle 16:2, 27:12,
27:21, 28:3, 28:5,
28:9, 28:13,
28:15, 32:5, 36:8,
43:1, 44:5, 44:8,
83:5, 114:21,
134:23, 135:17,
135:21, 135:22,
137:1, 137:5,
145:24, 154:12,
154:23.
myself 86:2, 158:2,
158:25.
mysterious 62:21.
mystery 123:17.
.
.
< N >.
nagging 35:23.
Name 3:9, 14:16,
16:17, 33:18,
33:23, 57:7, 96:4,
105:12, 115:12,
115:13, 137:12,
162:3, 166:14.
named 5:5, 17:19,
18:1, 33:12,
134:22, 135:25,
136:12, 136:22,
137:10.
Namely 138:17.
names 16:19, 32:1,
85:2, 136:4.

narrative 45:10,
   46:9, 46:14,
   49:15, 52:25,
   53:5, 67:11,
   67:22, 68:11,
   75:2, 78:14,
   78:19, 157:2.
narrow 3:24,
   47:16.
natural 6:16,
   138:24.
naturally 7:4.
nature 76:10, 87:23,
   89:24, 109:18,
   121:4, 123:6,
   124:13.
near 15:24, 69:10,
   150:8.
nearby 21:6, 22:14,
   30:2.
nearly 46:23, 47:7,
   63:21.
necessarily 85:2.
necessary 159:25.
need 9:3, 17:13,
   41:23, 67:5,
   106:24, 110:23,
   127:16, 134:2,
   138:3, 143:15,
   163:1, 165:21.
needed 3:4, 10:22,
   22:4, 22:6, 23:20,
   125:19, 130:3,
   144:6.
needs 12:3, 28:22,
   83:8, 91:24.
nefarious 131:12.
neighbor 3:7, 23:6,
   23:11, 25:13,
   145:9.
neighborhood 16:9,
   19:8, 42:14,
   43:11, 44:7,
   54:11, 60:10,
   60:21, 61:20,
   62:6, 64:4, 123:4,
   123:6, 141:9,
   157:3.
Neither 110:3.
nervous 76:6.

New 11:20, 13:23,
   30:8, 49:19,
   75:15, 80:8,
   81:19, 94:17.
newer 67:16.
news 40:7, 162:19.
next 3:6, 12:14,
   15:2, 17:17,
   24:14, 27:7,
   29:20, 31:1, 31:3,
   34:11, 35:8,
   42:25, 71:9,
   71:18, 100:15,
   120:1, 139:23,
   140:20, 145:9,
   148:20, 151:19,
   152:4, 152:17.
nice 100:22.
nick 91:8.
nickname 12:15.
night 9:25, 10:6,
   14:23, 28:12,
   29:3, 29:8, 29:12,
   29:14, 30:25,
   46:21, 46:24,
   124:16, 124:17.
Nissan 22:6,
   22:24.
No. 1:9, 18:13,
   47:18, 55:18,
   69:23, 70:22,
   71:11, 77:25,
   79:4, 83:12,
   83:18, 83:23,
   84:1, 84:9, 84:18,
   85:5, 103:18,
   113:20, 126:6,
   136:4.
Nobody 17:8, 31:8,
   72:5, 73:16,
   105:13, 108:6,
   108:10, 109:4,
   113:14, 113:15,
   113:16, 121:1,
   122:18, 122:25,
   123:1, 128:13,
   146:18, 147:18,
   154:21, 154:22.
nodding 99:16.
None 45:15, 48:21,

65:21, 79:14,
   79:15, 93:14,
   105:9, 105:10,
   148:5, 158:5,
   159:19.
nonetheless 117:1.
nonsense 51:9,
   51:25.
nonsensical 101:3,
   127:19.
noon 28:4.
Nope 135:12,
   135:20.
nor 125:20.
normal 100:11.
normally 20:21,
   60:23.
Norman 57:8.
Norris 10:24,
   37:4.
north 65:11, 65:23,
   66:7, 81:11,
   81:24.
northerly 65:12.
NORTHERN 1:2.
nose 109:15, 109:17,
   113:14, 113:15.
note 83:18, 83:2,
   160:1, 160:9,
   161:9, 161:11,
   161:18.
notebooks 164:6,
   164:7, 164:8.
notes 143:14,
   160:24.
notice 23:5, 67:2,
   98:20, 111:9,
   165:15.
now. 30:16.
nowhere 15:24,
   69:10.
nuggets 127:21.
numbers 10:9, 13:16,
   13:17, 13:19,
   28:19, 77:8,
   77:13, 77:14,
   77:16, 165:21.
numerically
   160:15.
nursing 146:4.

Nurton 43:15, 60:16,
  65:11, 65:12,
  65:13, 65:23,
  65:25, 66:7, 67:9,
  140:24, 141:19,
  141:23, 147:23,
  150:11, 150:15,
  150:18, 152:20,
  156:6, 156:10,
  156:16, 156:21,
  156:25.
nuts 41:21.
.
.
< O >.
o'clock 18:19, 20:6,
  86:8, 129:6,
  163:7.
oath 95:1, 104:14,
  160:9, 161:23.
Object 150:12.
objected 158:4.
objective 85:22.
obligation 91:21.
observations
  133:3.
observed 94:7.
obsession 138:21.
obtain 6:17.
obtained 9:7.
obviously 18:12,
  54:21, 70:21,
  76:6, 122:16,
  155:1, 164:20.
occasion 9:16.
occasional 139:20.
occasions 123:3.
occurred 9:12, 33:6,
  94:19, 111:22.
Ocean 31:16.
odd 105:19.
offense 126:19.
offenses 91:18.
offer 103:9, 108:11,
  108:14.
offered 112:1.
offering 102:19.
offers 68:10.
Office 5:25, 7:2,
  66:25, 130:15.

Officer 10:24, 37:4,
  94:16, 115:3,
  115:6, 115:9,
  115:22, 128:4,
  137:12, 137:15,
  160:2, 160:10,
  161:10, 161:22,
  162:5.
officers 136:25,
  137:9, 146:24,
  149:3, 149:10,
  153:22.
offices 66:25.
Official 1:47,
  166:9.
officially 10:3.
old 41:3, 100:15,
  100:16.
older 24:24, 40:14,
  95:24.
Oldham 1:27, 2:19,
  3:10, 37:12,
  37:15, 41:12,
  129:21, 130:6,
  166:16.
Olson 162:5.
ominous 13:6.
omitted 56:20.
on-the-job 57:23.
Once 31:16, 58:22,
  147:19, 163:4.
one-second 140:12.
one-sided 127:10.
one. 50:10, 66:15,
  88:12, 93:11,
  110:3, 149:7.
ones 106:8.
ongoing 67:20.
online 48:3.
open 159:14, 160:8,
  161:16.
open-ended 131:2.
opened 89:24.
opening 42:12,
  44:19, 44:21,
  51:6, 51:7, 55:5,
  88:13, 88:18,
  118:4.
operating 118:1,
  134:1.

operation 59:18,
  80:13.
opportunities
  10:18.
opportunity 16:10,
  17:4, 87:12,
  92:12, 130:17,
  136:7, 136:8.
opposite 156:13.
option 116:19,
  117:2.
orally 160:8.
ordeal 121:14.
order 155:6.
orders 4:18,
  42:18.
ordinary 43:25,
  47:4, 68:5.
original 161:3,
  161:6, 162:13.
originally 75:18,
  114:24, 115:12.
Oriole 110:13.
others 48:18,
  85:10.
Otherwise 122:13,
  137:24, 139:4,
  139:13, 160:16.
ourselves 13:18,
  13:19.
outset 33:5.
outside 12:19, 30:1,
  123:7, 150:8,
  150:21.
overall 13:14.
overcounting
  71:22.
overheard 5:11,
  7:20.
overpowering
  101:21.
Overruled 150:13.
overwhelming
  38:20.
owe 117:1.
owed 30:10,
  123:17.
owes 116:12,
  116:23.
own 7:4, 34:4,

35:18, 46:18,
62:17, 70:15,
90:18, 115:16,
121:19, 131:23,
135:14, 138:18,
139:1, 145:15,
147:12.
owned 4:10, 29:24,
33:8.
owner 5:4.
.
.
< P >.
P-2 119:11, 135:8.
P-2i 151:16.
p.m. 14:25, 29:3,
36:2, 47:18, 56:6,
151:13, 151:17.
P2 125:17.
pads 107:11, 107:14,
107:16, 107:19,
107:20, 108:1,
108:3, 108:6,
114:5.
Page 58:2, 166:14.
pages 68:22,
139:14.
paid 78:1, 108:19,
115:23, 120:22,
155:8, 162:11.
pain 23:22, 24:15.
pair 80:8.
pants 93:6,
125:10.
paper 10:10,
28:19.
papers 106:14.
paranoid 59:2,
123:9, 123:12.
Park 16:8, 18:17,
26:23, 27:22,
32:16, 42:14,
43:10, 44:4, 44:6,
44:10, 54:11,
59:15, 59:17,
60:6, 60:18,
60:21, 61:19,
63:12, 63:21,
64:3, 64:8, 77:4,
79:23, 80:2,

105:19, 142:22,
142:24, 143:2.
parked 22:24, 23:9,
30:2, 59:9.
parking 23:8, 24:5,
24:7, 24:14, 36:3,
68:11, 114:8,
114:11, 140:22,
152:11.
Parkville 15:10,
30:1.
parole 63:4, 94:16,
112:13, 115:3,
115:6, 115:9,
115:22, 128:4.
part 9:11, 9:22,
10:2, 46:13,
49:22, 50:15,
59:4, 59:25, 75:3,
78:19, 83:16.
participants
38:12.
participate 42:9,
44:16, 55:19.
participated 38:3.
particular 153:19.
particularly
129:22.
parties 16:19.
Partners 38:2,
40:25, 78:14.
parts 9:5, 64:23,
74:23, 121:3,
162:9.
party 57:1, 116:22,
116:25, 136:7.
partying 145:23.
pass 28:8, 71:18.
passed 19:11.
passenger 46:5.
past 3:11, 99:5,
112:11.
Pastor 3:7, 3:16.
path 24:4.
pathway 21:14,
22:7.
patients 4:13,
4:15.
pattern 59:4, 60:21,
61:20, 64:6,

79:8.
patterns 44:14,
60:2, 64:8.
pay 23:4, 43:24,
49:25, 61:3,
80:22, 113:4,
116:20.
paying 52:3, 62:19,
154:24.
payment 77:24.
pays 57:13.
Payton 22:9, 22:10,
22:18.
pending 6:11, 8:11,
9:10.
per 80:24.
perceived 131:20.
perceives 46:17.
perceiving 47:6.
percent 12:9, 39:4,
91:20, 92:1,
104:22, 132:24,
133:1, 140:16,
140:25, 141:3,
141:13, 142:21,
145:14, 145:16,
146:20, 150:23,
164:17.
perhaps 15:1, 93:12,
130:24, 133:22,
143:19.
period 98:6, 112:19,
140:16.
periods 74:19.
Perjury 100:19,
104:16, 112:17.
permeated 130:12.
permitted 6:12,
8:12.
personal 62:23,
78:7, 151:6.
personalities
46:18.
persons 136:3,
160:11.
perspective 8:15,
95:5, 117:10,
121:22.
pertinent 35:20.
pesky 38:13.

phones 13:21, 14:10,
25:3, 31:2, 34:17,
34:20, 34:22,
36:19, 50:13,
50:17, 57:6,
75:13, 76:8, 77:7,
77:8, 80:5, 80:10,
105:14, 122:1,
122:2, 124:12,
124:22, 124:23,
137:1, 149:17,
152:21, 152:22.
photo 21:18, 40:5,
109:8, 109:9,
109:23, 109:25,
112:22.
photograph 111:2,
111:3, 111:4,
112:1, 113:2,
133:19, 133:24,
146:13, 146:16.
phrase 143:1,
145:14.
phrased 51:5.
physical 23:21,
93:5, 125:13,
144:10.
physically 29:5,
39:1.
pick 15:25, 26:17,
26:24, 31:23,
62:23, 78:25,
79:2, 79:3, 92:11,
141:17.
pick-up 24:8.
picked 36:4, 36:13,
56:8, 58:12,
151:11.
picking 24:12,
58:25, 63:23,
90:6.
picture 18:2, 93:6,
112:22, 124:1,
130:5, 130:6,
146:14.
pictures 64:21,
64:22, 65:6, 77:5,
109:13.
piece 6:21, 10:10,
21:3, 21:7, 28:19,

82:19, 100:24,
135:2, 145:7,
146:11, 147:7,
147:9.
pieces 130:8, 134:8,
153:18.
Pikesville 15:8,
15:21.
Pimlico 60:17,
61:25.
pimpin 148:17.
pimpin. 148:17.
Pinchuk 18:1, 43:21,
56:21.
ping 21:6.
pings 27:2.
Pinkerton 85:5.
Pizza 42:18,
151:13.
place 6:13, 15:24,
21:13, 21:16,
22:18, 32:8, 34:9,
105:6, 106:4,
122:3, 122:5.
placed 39:1.
places 39:18, 79:12,
122:2, 122:5.
plainly 158:21.
Plaintiff 1:7,
1:23.
plan 3:2, 3:5,
10:20, 14:5,
14:15, 17:4,
24:22, 38:24,
39:5, 50:16,
57:13, 59:8,
75:15, 75:20,
76:17, 76:18,
100:2, 149:23.
planned 29:4, 39:5,
114:23, 115:20,
152:10.
planning 41:22,
61:15, 87:15,
114:17, 158:8.
plans 32:5, 32:6.
plate 11:2, 65:22,
140:6, 140:7,
140:8, 156:18.
Play 24:7, 32:25,

110:20, 112:22.
played 33:13, 99:20,
118:6.
played. 33:10, 34:7,
34:16, 34:19,
35:16, 35:24,
75:10, 76:4.
playing 13:9, 24:18,
82:24, 96:20,
99:23.
plays 34:5, 36:17.
plea 102:4, 116:15,
116:18.
Please 2:21, 41:16,
83:18, 86:11,
128:21, 129:17,
160:14, 161:8,
161:24, 162:3,
162:15.
pleasing 102:6.
plenty 58:12.
plot 17:5, 38:13,
87:15, 119:18,
120:10, 120:17,
120:22, 120:23,
124:4.
plural 41:10.
plus 39:9, 125:12,
128:5.
point. 17:9, 41:14,
52:23, 87:19.
pointed 70:16, 90:3,
96:7, 116:15,
129:19.
pointing 48:17,
50:15, 85:9,
89:18.
points 19:7, 33:1,
39:13, 54:8,
76:25, 82:21,
138:16.
Police 5:10, 7:19,
30:24, 31:3,
31:17, 32:19,
32:23, 63:2, 72:8,
144:14, 152:19.
pool 3:24.
pop 107:19.
portion 83:13,
156:5.

position 8:9, 8:12,
24:1, 45:16, 88:9,
117:14, 158:21.
positive 164:17.
possession 127:23.
possibility 88:6,
162:21.
possible 8:21,
126:22, 128:3,
128:12, 138:9,
141:2, 147:25,
148:1, 148:3,
151:8.
Possibly 8:21, 8:22,
18:11, 27:24,
108:10, 126:20.
poster 127:3.
potential 6:14.
pounds 30:21,
101:13, 101:20,
102:2.
Powell 57:8.
power 54:23,
116:8.
powerful 112:8,
143:24, 144:22,
145:5, 145:7,
149:15, 149:18,
154:7, 155:10.
powerless 117:19,
130:25.
powerlessness
130:14, 131:10.
preceded 76:9.
pregnancy 111:21,
111:23, 115:1.
pregnant 104:9,
112:19, 121:16,
121:17.
prejudice 53:17.
prepaid. 50:3.
prepared 63:8, 89:7,
111:17, 134:12,
160:19, 164:21.
preposterous 144:19,
145:20, 149:8,
149:9, 153:8.
presence 54:11,
84:20, 85:6,
89:15.

present 54:13,
67:21, 90:14,
91:17, 91:21,
92:7.
presented 3:18,
70:5, 84:13,
89:19, 89:20,
96:6, 109:13,
119:9, 120:13,
122:19.
pressed 117:20.
Pressure 116:1,
116:4, 117:5,
117:10, 117:12,
117:13, 117:19,
117:24, 126:4.
Presumably 21:1,
30:21, 90:20,
118:18, 121:1.
presumption 53:21,
55:2, 84:17.
pretty 72:10, 72:14,
82:2, 91:11,
108:15.
preview 127:11.
primarily 18:24,
38:10.
principal 38:22.
prints 92:16.
prior 47:1, 95:6.
private 49:6.
Probably 13:8,
26:14, 59:20,
72:14, 92:21,
93:3, 96:1, 100:5,
103:9, 115:6,
115:21, 121:9,
123:18, 129:4,
129:6, 129:23,
132:6, 137:17,
138:14, 146:20,
164:14, 165:20.
probably. 51:14.
problem 76:15.
problems 6:7, 8:18,
66:9, 98:13,
114:25.
Proceedings 1:17,
159:14, 166:1,
166:5.

process 6:16, 6:17,
97:14, 109:11,
155:6.
processed 4:17,
4:18, 107:7.
produced 98:7.
professional
151:3.
professionalism
130:22.
profile 95:4.
promise 106:20.
promoting 82:4.
prompt 162:12.
proof 2:18, 68:13,
69:14, 91:17,
91:20, 91:24,
91:25, 105:23,
122:20, 129:20.
property 49:5,
73:14, 77:11,
78:11.
proposition 89:20.
prosecution 3:13.
prosecutor 95:15,
97:6, 117:16,
130:24.
prosecutors 41:6,
95:18, 116:2,
116:7.
prove 92:9, 133:11,
138:14.
proved 157:4.
provide 12:25,
135:2, 136:15.
provided 4:12, 5:2,
7:7, 33:22, 38:25,
130:21, 131:1.
provides 100:2.
providing 17:3.
proving 54:17,
84:3.
proxy 74:3.
public 16:15,
150:24.
pull 3:18, 107:23,
126:7.
pulled 10:24, 64:16,
115:4.
pulling 114:8,

140:22.
pulls 34:4, 114:11,
    125:24, 146:7.
purchase 107:1.
purchased 13:24,
    62:9.
purchases 107:1.
purports 67:22.
purpose 14:5, 17:25,
    18:4, 18:8, 18:11,
    38:17, 142:10,
    144:3, 164:15.
purposefully
    20:25.
purposes 122:17.
push 162:19.
pushes 46:19.
puts 45:17, 46:19,
    53:1, 80:1, 95:9,
    120:1, 121:7,
    122:3, 137:4,
    147:10, 147:11.
putty 100:20,
    127:19, 132:16.
.
.
< Q >.
quaint 20:4.
quality 125:6,
    125:7, 125:8.
qualms 101:11.
Quarters 115:12,
    115:16.
Quattro 73:1.
queen 100:4.
question 35:23,
    36:3, 55:12, 66:2,
    79:17, 91:14,
    92:21, 93:17,
    97:2, 97:10,
    97:18, 99:14,
    100:14, 100:15,
    100:20, 101:13,
    107:25, 108:2,
    108:4, 113:7,
    115:14, 115:20,
    122:9, 122:10,
    122:11, 126:8,
    160:16.
questioned 31:19,

33:4, 73:17,
    130:14.
questioning 76:9,
    94:3, 127:9.
questions 51:7,
    99:22, 99:24,
    100:11, 131:2,
    131:3.
quick 66:19,
    129:2.
quickly 13:20,
    22:25, 51:7.
quiet 20:4.
quite 25:19,
    156:14.
quote 7:16, 7:19,
    78:6.
quoting 84:1.
.
.
< R >.
racetrack 61:25.
raise 161:24.
raised 87:7,
    158:9.
ran 91:8, 97:10,
    115:17.
range 73:22.
rank 69:10.
rape 144:18.
Rapid 20:23.
rate 110:16.
rather 43:13.
raw 64:17.
re-upping 49:24,
    50:17.
reach 25:7, 73:24,
    136:10, 161:17.
reached 30:14,
    160:17, 161:5,
    161:10, 161:18,
    163:3, 163:4.
reaches 7:23,
    14:20.
reaction 33:9,
    145:11.
read 84:2.
reading 96:20.
ready 2:14, 2:20,
    20:13, 20:21,

22:20, 22:25,
    41:15, 42:6, 91:1,
    91:2, 91:3,
    148:20, 151:19,
    163:22.
real 13:10.
real. 13:11.
reality 46:17,
    47:6.
realize 13:10,
    31:15.
rear 106:7,
    106:23.
rear-view 140:3.
reason 3:21, 37:9,
    41:9, 59:1, 78:16,
    80:8, 112:17,
    113:7, 113:16,
    124:5, 128:3,
    128:8, 131:13,
    142:15, 147:25,
    148:1, 151:8,
    160:23, 162:21.
reasonable 47:11,
    53:20, 54:18,
    54:21, 66:5, 68:4,
    69:12, 84:3, 84:6,
    84:17, 92:9,
    127:2, 127:16,
    127:21, 156:19.
reasonably 69:8.
reasons 26:24,
    63:2.
rebut 134:14.
Rebuttal 2:19,
    86:10, 128:21,
    134:14, 156:3,
    156:23, 157:5,
    166:22.
recall 19:5, 106:7,
    130:9, 159:21.
recap 13:20.
receipt 136:16,
    136:17.
received 161:10,
    161:11.
recently 82:12.
recess 42:1, 89:10,
    129:1.
recognize 54:24,

54:25, 117:13,
117:15, 117:18.
recollection 100:13,
114:2, 114:3,
153:1, 155:19,
158:5, 158:18,
159:18.
record 87:10, 87:12,
137:5, 139:20,
162:4, 166:5.
record. 155:25.
recorded 51:8.
records 15:23,
21:11, 28:3,
35:10, 43:8,
44:12, 69:2, 69:4,
69:5, 71:6, 74:21,
96:6, 96:7,
106:15, 106:16,
115:5, 125:13,
125:15, 133:13,
134:4, 135:5,
135:18, 139:5,
151:12, 154:22.
recovered 32:19,
92:18, 103:2,
105:3, 125:8,
125:9, 125:10,
125:11.
rectangular 66:12,
67:1.
red 18:25, 21:24,
137:7.
redacted 164:23,
164:24, 164:25.
refer 13:23,
136:6.
reference 8:3,
11:12, 50:2,
50:17, 54:10,
88:2.
referenced 48:25,
62:7, 128:16.
references 75:25.
referencing 80:22.
referred 6:4,
13:16.
referring 9:2,
11:24, 87:13,
146:19, 156:3,

156:4.
refuse 40:1.
refused 135:2.
regard 84:13,
141:13, 143:17.
registers 28:10.
regular 15:13,
50:21, 56:7,
61:22.
rehear 130:17.
reintroduce 86:2.
related 90:5.
relationship 37:10,
71:25, 72:6,
72:15, 72:17,
73:15, 74:1, 74:4,
76:10, 77:20,
98:4, 135:14.
relationships
131:23, 138:18.
relayed 7:16.
released 30:24,
31:12, 31:16,
100:7.
relevant 83:17,
139:18, 152:2,
152:17.
reliable 100:9,
100:23.
relief 28:24.
reluctance 131:13,
131:19.
reluctant 130:19.
rely 62:17, 66:8.
relying 75:4.
remain 6:12, 8:12.
remembered 46:22,
151:6.
remembers 75:23,
75:24.
remind 13:15,
155:18, 158:8,
159:18.
reminder 88:10.
reminding 158:4.
reminds 52:18.
render 45:25.
rent 43:24, 61:3.
rents 115:14.
repaid 5:7, 30:12.

repair 108:5.
repaired 118:19.
repeated 84:15.
repeatedly 25:3,
54:10, 71:5.
replaced 106:24,
107:2, 107:11,
107:13.
replacing 121:3.
repo 73:6, 73:11.
Reporter 1:47,
130:25, 166:9.
repossession 73:3.
represent 3:12,
129:19, 164:21.
representation
158:21.
representations
86:20.
representative 2:16,
2:17, 86:9,
165:20.
represents 120:16.
request 17:23,
157:24.
requests 10:7.
require 62:18,
89:17, 139:19.
requires 4:3, 4:4,
89:18.
rescue 72:20.
research 56:10.
reservation 29:3,
47:10, 55:14,
78:23.
residence 15:24,
17:3, 20:6, 22:1,
23:8, 81:3,
81:17.
resident 20:7.
respect 48:11, 49:1,
49:16, 50:14,
55:24, 72:18,
79:9, 84:12, 85:4,
87:2, 131:2.
respected 146:23.
respond 134:12.
responding 130:4.
response 7:9, 12:14,
34:23, 36:10,

158:3.
responsible 115:23,
  127:13, 127:14.
rest 26:21, 27:24,
  55:21.
restaurant 17:21,
  18:10.
restriction 8:8.
result 68:17,
  68:20.
resulted 94:18,
  145:4.
resulting 69:21.
results 49:15, 53:3,
  68:18, 75:1.
retake 63:4.
retaliation 3:20,
  3:22, 133:12.
retelling 53:11.
return 25:5, 55:3,
  85:21, 85:23,
  128:16, 161:11.
reveal 160:14.
review 55:7,
  133:25.
reviewed 147:6.
reviewing 7:17.
Richard 70:8.
rid 27:6, 28:1,
  124:12, 124:20.
Ridge 19:5.
ridiculous 98:5,
  99:4, 99:6,
  115:19, 124:8,
  139:3, 147:13.
right-hand 9:2,
  9:14, 69:12,
  70:12, 74:17.
rights 130:20,
  131:1.
rims 72:20,
  118:21.
ring 71:12.
ripping 77:10.
river 144:14.
Road 27:21, 28:13,
  28:15, 30:6,
  32:16, 60:17,
  143:13.
roaming 113:23.

rock 127:15.
rode 36:10.
rods 118:19.
role 45:4, 154:18.
roll 30:20, 59:13.
rolled 22:15.
rolling 58:5,
  60:24.
room 41:14, 94:3,
  94:4, 94:5, 94:6,
  94:13, 95:13,
  96:22, 97:10,
  97:17, 97:21,
  101:5, 109:4,
  115:11, 115:14,
  115:15, 115:16,
  117:12, 130:13,
  132:17, 146:16,
  161:4, 163:15,
  164:2, 164:6.
rooms 94:9.
rounding 72:19.
route 19:20.
routine 20:18.
routines 44:13.
RPR 1:46, 166:3.
rule 89:17.
ruled 87:8.
rumor 6:2.
run 3:18, 23:19,
  24:3, 27:3, 96:11,
  114:15, 114:16,
  125:12, 126:1.
running 23:17,
  23:18, 24:11,
  26:18, 44:3,
  111:10, 111:19,
  125:22, 125:23,
  133:23, 146:2.
runs 101:25.
rushed 133:8,
  133:18.
RXRS 4:10, 4:17,
  5:24, 6:15, 17:8,
  48:12, 48:19.
.
.
< S >.
S6 11:1, 15:7, 19:9,
  19:14, 24:24,

39:20.
sad 100:21, 111:22,
  127:12.
Sadly 100:20.
safety 25:18.
Sampson 40:13,
  40:14, 40:22,
  98:1, 98:2, 99:17,
  100:4, 101:6,
  104:17, 108:19,
  116:9, 131:4,
  132:4, 132:7.
Sandra 1:25.
sandwich. 9:20.
sandwiched 74:15.
Sandy 3:10.
Santa 111:5.
sat 72:10, 92:3,
  100:6, 102:1,
  110:17, 133:1,
  133:16.
Saturday 29:6.
Saturns 114:4.
Save 124:21.
saved 52:16.
saw 4:7, 9:17, 13:8,
  23:10, 23:11,
  23:16, 31:22,
  32:24, 40:5, 40:6,
  43:21, 62:14,
  62:22, 72:2, 72:3,
  119:13, 139:20,
  140:3, 145:15,
  152:12, 158:1.
saying 6:5, 7:20,
  47:13, 50:11,
  51:10, 51:11,
  51:12, 51:20,
  58:19, 59:13,
  63:11, 71:1, 72:5,
  80:15, 90:11,
  92:23, 93:9,
  98:15, 102:16,
  109:14, 117:8,
  157:16, 158:15,
  159:8.
scanning 71:7.
scared 146:21.
scattered 134:11.
scene 19:2, 21:5,

schedule 15:13, 17:9.
scheduled 9:11.
scheme 4:19.
school 15:15, 15:18, 15:23, 20:16, 23:8, 42:17.
scoop 39:1.
scooped 96:23.
Scot 20:15.
Screaming 94:8, 126:14, 126:16.
screen 24:3, 47:19, 47:20, 146:14.
scrub 70:4.
scrubbed 70:6.
Sean 32:23.
Search 5:24, 16:14, 16:16, 16:21, 16:22, 17:1, 20:11, 41:7, 46:25, 47:20, 48:3, 76:8, 94:1, 105:19, 107:6, 107:14, 150:25, 151:22, 152:3.
searched 77:7, 105:7, 105:8, 107:7, 108:4.
Seasons 42:18.
seated 2:7, 42:4, 86:22, 91:2, 94:13, 129:10, 164:12.
second 54:15, 71:9, 71:19, 84:2, 84:18, 87:24, 131:6, 141:5, 145:7.
seconds 24:20, 71:2, 71:3, 73:21, 145:1, 152:15, 152:16.
secretarial 115:8.

21:15, 31:20, 33:3, 34:9, 35:19, 39:19, 39:21, 39:23, 54:11, 64:19, 84:20, 92:17.

secrets 121:13.
section 60:11.
sector 62:2.
Security 15:12, 64:16, 160:2, 160:10, 161:10, 161:22, 162:5.
seeing 48:4.
seek 41:8, 110:22, 162:19.
seeking 112:24.
seem 74:15.
seemed 107:18.
seems 46:20, 100:22, 123:17.
seen 16:22, 17:24, 33:8, 39:23, 48:6, 59:4, 63:17, 66:3, 110:12, 116:11, 133:25, 142:7, 156:15, 156:16, 156:17, 156:18, 156:20.
sees 46:15, 107:10.
seize 107:5, 118:15.
seized 10:11, 13:21, 14:8, 31:2, 34:21.
seizure 5:24, 63:1.
Sekou 5:10.
select 159:23.
selfies 27:8, 28:14.
sell 43:19, 62:13, 103:11, 118:18, 121:1, 144:2.
selling 57:10, 62:22, 102:2, 110:7, 110:10, 121:17.
sells 42:14.
send 30:19, 129:4, 129:7, 160:1, 160:20, 160:22, 161:14, 161:17, 161:18.
sending 27:8,

161:9.
sends 25:13, 62:12, 106:11, 106:12.
sense 47:4, 48:1, 48:8, 49:3, 57:24, 59:10, 59:24, 68:5, 101:18, 123:19, 124:18, 124:25, 138:15, 155:9, 155:11.
sensitive 116:1.
sent 9:18, 27:7, 98:14, 98:16.
sentence 84:2, 84:4, 120:1.
sentences 84:2.
separate 48:14, 48:16, 55:7, 88:2, 89:17.
separately 55:6, 84:10, 84:11, 88:25.
September 5:9, 8:1, 8:3, 9:11, 10:5.
Sergeant 14:11, 32:23, 33:2, 33:6, 33:14, 34:3, 35:8, 35:14, 36:3, 36:8, 133:20, 137:18, 146:25, 147:2.
serious 47:12, 52:12, 53:23, 53:25, 100:24, 127:12, 141:6.
seriously 71:11.
service 86:1, 162:10.
Services 5:1, 72:12.
serving 162:12, 162:24.
set 33:2, 125:14, 127:8, 152:6.
sets 35:14, 150:21.
setting 75:12.
Seven 50:25.
seven-year 39:10.
several 3:11, 74:2, 83:11, 95:1,

136:3.
severance 87:6,
   90:23.
shacking 119:24.
shaken 28:18.
Shall 86:20,
   161:11.
share 121:19.
shared 150:7.
shave 27:5, 27:10.
shaved 115:17.
shaven 28:14.
shaves 113:21.
Shayne 17:19, 17:22,
   17:24, 18:2, 18:4,
   18:8, 18:12, 37:6,
   37:10.
she'll 163:3.
sheet 56:4, 85:25.
Sheldon 11:20,
   13:24, 30:8,
   30:10, 30:12,
   30:14, 30:17,
   80:7, 80:12,
   80:13, 80:15,
   81:15, 81:21,
   81:22, 82:2, 82:7,
   82:8, 88:3, 101:9,
   101:24, 102:24,
   102:25, 103:1,
   103:6, 103:18,
   103:19, 143:17,
   143:20.
Shell 81:14, 82:9,
   83:4.
shifting 101:10.
shirt 125:9.
Shit 13:10, 13:11,
   51:15, 51:17,
   51:23.
shit. 51:16.
shocking 3:14.
shoes 110:14,
   125:10.
shoot 3:16, 65:16,
   124:9, 124:15.
shooter 3:23, 23:24,
   38:22, 64:18,
   64:19, 87:16,
   144:13, 145:1,

154:6, 154:14,
   154:16, 154:17.
shooting 59:25,
   88:14, 125:7,
   147:22, 148:2.
Short 53:6, 87:5,
   111:17.
shortcut 142:1,
   143:4, 143:9.
shorter 129:3.
shortly 109:20,
   115:24.
shot 5:8, 24:8,
   25:14, 47:20,
   65:15, 66:19,
   92:24, 124:9,
   142:25, 143:2,
   146:2.
shots 66:19.
shouldn't 98:3,
   127:4.
show 16:17, 43:5,
   43:9, 44:20,
   44:22, 64:23,
   79:18, 99:23,
   124:1, 136:17,
   141:12.
showed 29:12, 77:6,
   94:12, 141:15,
   157:10.
showing 34:14, 69:3,
   96:5.
shown 18:2, 35:18,
   40:7, 109:23,
   109:25.
shows 60:20, 61:20,
   62:1, 64:17,
   64:18, 142:8.
shred 46:7, 79:15,
   102:24, 134:7,
   136:15, 136:21.
side 23:11, 23:12,
   24:4, 121:16,
   121:17, 160:25,
   165:20.
sides 82:24, 158:11,
   158:20, 158:24,
   158:25.
sidewalk 152:13.
sighting 19:13,

19:16, 19:18.
sign 4:15, 116:18,
   161:7.
signal 22:17.
signatures 4:21.
signed 160:2,
   160:5.
significant 61:17.
signs 115:11,
   115:13.
silence 131:6,
   133:2.
silent 21:1.
silly 139:21.
Silver 11:1, 15:7,
   17:20, 18:10,
   19:9, 19:14,
   24:24, 26:15,
   28:6, 29:11,
   32:18, 36:12,
   39:20, 114:12.
similar 124:7,
   133:5.
similarity 84:25.
Similarly 84:22.
simple 8:16, 61:6.
simplify 13:17.
simply 48:14, 58:4,
   144:12.
Sinai 19:5, 61:25,
   150:8.
single 8:9, 18:20,
   25:5, 146:11,
   146:12.
single-digit 71:8.
sinister 4:2, 51:23,
   62:6, 62:20, 73:5,
   73:12, 74:15,
   79:8, 120:10,
   120:24, 131:12.
Sir 2:4, 156:1,
   161:24, 162:7,
   165:23.
sister 22:9, 22:11,
   22:19.
sit 92:10, 93:8,
   111:18, 159:12,
   163:10.
site 15:23, 21:10,
   35:11, 39:18,

90:5, 122:2,
133:13, 133:25,
135:18, 147:6.
sits 95:9.
sitting 27:3, 45:14,
96:5, 97:6, 97:11,
99:17, 100:14,
108:23, 110:21,
116:10, 116:14,
123:7, 127:2.
situation 114:14,
130:22.
six 71:6, 71:13,
72:7, 73:18,
76:15, 109:7.
Skinny 12:15, 72:4,
119:15, 119:25,
120:7.
skipped 58:2.
skulking 19:20.
sleeker 66:15.
sleep 46:23, 47:7.
sleeping 151:20.
sleepy. 27:18.
sleeve 146:6.
sleeved 146:8.
slept 145:12.
slide 60:6, 63:8.
slides 38:5, 55:22,
97:2.
slip 158:2.
slipped 23:20.
slipping 158:9.
slowly 20:19.
small 4:10, 4:11,
5:25.
smell 101:21.
Smith 163:2,
165:19.
smoke 23:16.
smoothing 31:17.
sneakers 128:6.
snip 10:10, 57:4,
75:8.
snitched 3:4.
snitching 31:14.
Social 15:12.
sold 77:3, 103:12.
solely 84:12.
solid 93:2,

127:15.
Solutions 48:12,
48:19.
solve 45:1, 45:3,
144:12, 144:18.
somebody 23:19,
33:4, 36:10,
52:19, 59:24,
63:23, 73:7,
93:20, 96:11,
112:8, 123:17,
123:20, 124:9,
124:15, 132:11,
133:23.
somehow 133:8,
136:19, 152:23.
Someone 16:14,
16:17, 33:11,
33:19, 40:23,
56:24, 63:25,
87:17, 90:6, 92:5,
93:20, 96:10,
98:19, 100:21,
107:12, 107:22,
112:24, 117:1,
123:19, 124:5,
124:9, 124:14,
124:15, 126:23,
126:25, 127:13,
127:16, 127:25,
128:7, 158:16.
sometime 27:4.
Sometimes 113:21,
115:23, 138:11,
155:5.
somewhere 22:13,
26:15, 68:11,
130:24, 161:1.
son 42:16, 98:5,
98:22, 135:25.
Soon 16:4, 25:9,
25:10, 86:12,
164:4, 165:13.
sophisticated 96:15,
96:18, 97:23,
101:6, 101:25.
sore 145:18.
Sorry 24:2, 58:1,
91:1, 100:21,
120:14.

sort 49:15, 50:16,
52:4, 52:25,
53:10, 57:23,
58:6, 58:17,
59:23, 62:4,
64:25, 65:1,
72:16, 73:13,
74:5, 74:16,
75:22, 78:12,
79:23, 81:18,
101:17, 158:19.
sound 51:4, 52:3,
77:24.
sounds 13:6.
South 29:1, 59:22,
114:15, 114:17,
115:18.
southbound 156:21.
Southland 15:19.
spaceship 52:2.
span 63:13.
speaking 2:19,
92:19, 126:4,
132:20.
speaks 26:9.
Special 70:3, 72:13,
76:12, 79:21,
80:24.
specific 7:16,
33:22, 52:18,
54:10.
specifically 16:9,
18:17, 37:7, 70:4,
87:10, 113:13,
156:4.
specifics 87:13.
speculation 83:19,
83:21, 83:22.
speed 146:3.
speeding 10:24.
spend 55:21,
129:17.
spent 129:25,
137:24, 138:14,
138:23, 139:24,
156:14.
spilled 161:2.
splice 65:14.
spoke 77:2, 94:2,
154:22.

sponsor 46:15.
spot 74:1.
spotlight 46:19.
spread 63:18.
Spring 17:20, 18:10,
    43:14, 60:15,
    141:11, 142:2.
spruces 121:7.
square 144:25.
squeaking 106:24.
stack 106:14.
staff 117:16.
stand 46:20, 70:2,
    95:9, 100:6,
    102:1, 103:25,
    134:25, 158:1.
standard 46:6,
    53:20, 55:2, 66:4,
    68:4, 84:17,
    156:19.
standing 21:21,
    53:5, 155:21.
stands 160:15.
staring 133:1.
stark 89:19.
Start 4:3, 4:4,
    20:13, 25:9, 30:4,
    43:3, 56:1, 70:7,
    70:13, 70:24,
    99:15, 100:19,
    144:25, 154:4,
    154:6, 159:16,
    162:24, 163:8,
    165:14.
started 4:19, 5:19,
    5:21, 6:1, 7:5,
    8:17, 16:4, 22:23,
    99:22, 110:8,
    129:6.
Starting 4:4, 8:1,
    8:3.
starts 76:11,
    99:24.
state 16:18,
    162:3.
stated 156:3,
    156:7.
statement 28:10,
    30:25, 40:12,
    42:12, 44:22,

47:2, 52:8, 55:5,
    57:16, 63:10,
    69:17, 70:20,
    74:19, 75:3, 75:6,
    75:9, 76:2, 76:23,
    77:1, 78:20,
    88:19, 107:5,
    116:16, 136:24,
    153:20, 153:24.
Statements 32:21,
    44:19, 88:13,
    90:1, 104:14,
    133:14, 144:1,
    155:19, 158:6,
    159:19.
States 1:1, 1:5,
    3:12, 49:16, 53:4,
    54:1, 91:17,
    91:20, 96:6, 96:7,
    98:7, 99:1, 99:12,
    101:15, 102:7,
    114:14, 116:21,
    118:2, 119:17,
    124:11, 125:2,
    127:20, 129:19.
Station 44:3, 59:16,
    59:20, 63:6,
    63:11, 63:16,
    63:21, 64:11,
    72:8.
stay 16:7, 18:18,
    32:8, 81:3,
    141:5.
stayed 22:10.
staying 64:12,
    81:10.
stays 26:22, 44:6,
    77:3.
stenographic
    166:4.
Stephen 1:39.
steps 22:25.
Steve 86:3.
stipulation
    109:10.
stone 127:5,
    144:9.
stood 44:18,
    96:14.
stop 30:5, 33:24,

111:18.
stopped 30:6,
    30:7.
store 107:1.
stories 95:1, 95:11,
    117:25.
story 45:10, 46:10,
    53:11, 68:13,
    70:9, 103:25,
    104:1, 109:3,
    112:7, 121:21,
    145:3.
Straight 35:7,
    142:25, 143:1.
straightforward
    67:6.
strange 23:10.
Street 1:48, 6:12,
    8:10, 8:12, 20:4,
    20:5, 20:20,
    22:24, 23:6,
    40:16, 40:19,
    43:14, 43:16,
    57:6, 60:12,
    61:11, 72:22,
    75:22, 106:6,
    120:25, 142:12.
streets 96:23,
    106:3.
stress 111:23.
stressful 9:16,
    72:10, 72:14.
stretch 80:3,
    128:20.
stricter 8:13.
structure 109:15,
    113:16.
structured 127:9.
stuff 18:7, 57:23.
style 65:21, 66:1,
    66:13, 67:1.
subject 160:6,
    160:13.
submit 63:22, 66:3,
    93:2, 113:6,
    119:17, 126:22,
    128:1, 128:11,
    131:19, 132:4,
    146:4, 147:23.
subpoena 91:22,

91:23, 97:18,
109:4, 117:6.
subpoenaed 97:16,
97:20, 97:21,
117:11.
subscribe 14:15.
substance 93:4.
subtly 158:2,
158:9.
succeed 38:25.
success 85:17.
sudden 62:3.
suddenly 28:22.
suffering 23:19.
Suffice 100:4.
sufficient 85:11.
suggest 90:6,
104:21, 104:24,
130:23, 131:12,
133:7, 136:18,
137:10, 144:5,
154:3.
suggested 148:5.
suggesting 83:14,
118:25, 139:10.
suggests 20:1,
63:25.
suitable 53:13.
summaries 125:18.
summarizing 38:6.
summary 42:19, 56:3,
56:20, 68:19,
69:5, 69:11, 70:1,
71:7, 71:15,
74:24, 74:25,
119:11, 138:6,
138:13, 139:13.
Summer 96:4.
summing 33:16.
summonsed 17:22.
sums 33:21.
Sunday 29:8,
29:12.
sunroof 114:12,
114:13.
supplement 110:9.
supplier 80:7,
81:14, 81:19,
82:25.
suppliers 18:3.

supplies 4:13.
supply 82:3,
106:25.
support 67:22,
74:16, 75:2.
supposed 6:6, 16:23,
24:5, 24:11,
24:22, 26:17,
124:4, 152:14.
supposedly 20:2,
58:17, 59:5.
surgery 125:19.
surprise 99:8,
113:19, 115:1.
surprised 109:23,
109:24.
surrebuttal
157:23.
surveillance 19:3,
30:1, 34:5,
35:18.
suspect 4:19.
suspects 3:25.
suspend 143:8,
145:8, 154:8,
154:13.
suspicion 53:17,
79:1.
suspicious 59:2,
74:15.
swap 43:6, 44:2,
45:22, 56:18,
58:7, 64:4,
152:24.
swapped 153:3,
153:4.
swapping 42:22,
68:12, 72:5,
73:14, 78:5.
swears 95:9.
sweeped 22:25.
sweet 110:4,
110:5.
switch 42:25, 81:22,
81:23, 82:11,
82:15.
switched 75:15,
154:20.
switcheroo 29:15.
sworn. 162:1.

symbol 65:17.
system 52:17, 53:15,
54:4, 127:7.
.
.
< T >.
T-mobile 50:6, 50:8,
50:18, 50:20,
80:21, 80:23,
T-mobile. 50:5.
T. 1:31, 1:46,
166:8.
table 102:23,
106:19.
tables 96:2.
tag 29:22, 29:23,
65:21, 66:1, 67:1,
145:1.
tags 77:19,
114:10.
taken. 42:1, 89:10,
129:1.
talked 7:13, 37:1,
55:4, 70:20,
101:3, 102:18,
113:2, 115:4,
126:9.
talks 71:11,
73:19.
tall 114:20.
tampering 3:20,
3:22, 133:12.
tape 99:23,
112:22.
tapes 93:18.
target 131:18.
task 83:17.
tasked 53:16.
tats 146:7.
tatted 146:8.
tattoos 125:21,
128:6.
taxes 108:19.
teacher 3:8, 3:16.
tear 132:19.
technical 41:21,
155:4.
technician 21:16.
teeny 142:12.
tellingly 46:14.

tells 11:9, 11:15,
  11:16, 12:1, 18:4,
  33:6, 77:2, 77:13,
  77:16, 97:7,
  103:25, 104:1,
  113:3, 119:25,
  124:11, 137:18,
  141:21, 151:20.
ten 37:16, 57:11,
  128:21, 128:24.
ten-minute 92:22,
  128:19.
tennis 110:14.
tense 99:5.
term 99:14.
terms 58:7, 60:2,
  73:25, 132:14,
  134:2.
terribly 121:9.
terrified 132:19.
terror 131:23.
testified 98:17,
  98:25, 99:12,
  99:13, 100:6,
  101:21, 103:10,
  103:22, 105:23,
  109:9, 121:1,
  123:3, 132:4,
  132:17, 136:10,
  151:3.
testify 60:23, 92:5,
  92:6, 92:20, 93:2,
  97:22, 130:19,
  132:2, 133:4,
  134:7, 135:12,
  136:5, 146:21,
  146:24, 147:16.
testifying 96:5,
  99:17, 104:5.
testimony 46:2,
  46:22, 47:4, 47:9,
  73:3, 79:25,
  83:23, 96:19,
  98:11, 105:18,
  106:8, 113:6,
  113:22, 114:2,
  118:21, 121:5,
  124:7, 131:4,
  131:20, 132:18,
  137:5, 142:16,

  151:5.
text 9:18, 12:10,
  12:18, 18:21,
  20:23, 25:6,
  25:13, 27:7,
  30:19, 62:12,
  62:14, 62:22,
  98:14, 98:15,
  98:16, 99:1,
  106:10, 106:11,
  106:22, 120:1,
  125:17.
texted 30:9.
texting 30:8.
texts 8:25, 20:24.
Thanks 41:25.
that. 12:17.
THE CLERK 162:3.
theme 84:15, 93:14,
  93:16, 96:18,
  96:21, 124:19.
themselves 20:13,
  38:15, 159:4.
theorizes 29:13.
theory 35:14, 59:6,
  88:13, 88:14,
  88:19.
therapy 23:21,
  125:13.
thereafter 115:24.
they'll 2:18, 118:5,
  159:6.
they've 17:6, 40:8,
  118:3.
thin 114:20.
thinking 73:18,
  74:2, 76:17,
  77:10, 96:12,
  125:4, 158:25,
  159:4.
thinks 75:19.
third 11:25, 55:4.
this. 24:18.
thorough 126:22,
  133:7.
thoroughfare 20:7.
thoroughly 25:24,
  26:2.
though 23:24, 58:20,
  82:5, 104:6,

  129:17, 138:14,
  162:15.
thoughtful 144:14.
thoughts 134:11.
thousands 138:8.
threatened 123:4.
Three 11:7, 27:16,
  27:19, 34:21,
  39:8, 45:5, 46:23,
  47:7, 66:19,
  67:13, 67:20,
  69:18, 71:17,
  72:11, 76:7, 80:2,
  92:3, 93:1, 93:2,
  102:3, 113:22,
  129:24, 130:17,
  133:15, 145:11,
  149:20, 154:25,
  162:9.
three-year 39:8,
  50:24, 69:25.
threw 88:6,
  134:22.
throughout 19:7,
  36:4, 60:10,
  84:16, 86:4,
  115:7.
throw 27:11,
  144:14.
throwing 119:22,
  120:6.
thrown 87:2, 91:7.
throws 33:23.
thug 126:19.
tickets 4:16, 4:18,
  4:21.
tied 154:2.
ties 154:15.
tight 19:22.
timeline 35:12,
  149:14, 149:25,
  152:5, 156:4.
timing 104:5,
  134:2.
tiny 142:12.
tip 4:25.
tipped 6:2.
tire 72:19,
  118:19.
today 2:10, 163:8.

together 11:11,
   11:12, 17:16,
   17:18, 21:23,
   27:11, 37:1, 37:3,
   39:6, 65:14, 72:3,
   78:14, 80:1, 85:1,
   114:14, 117:17,
   130:8, 132:1,
   134:9, 147:4,
   152:22, 154:3,
   163:11, 165:5.
tomorrow 163:12,
   163:25, 165:10.
tone 130:21,
   149:1.
Tonys 135:8.
took 15:22, 21:18,
   41:13, 63:3, 91:8,
   93:21, 97:15,
   103:6, 106:16,
   117:2, 126:6,
   128:12, 142:1,
   158:14.
top 24:3, 60:11,
   69:11, 112:17,
   124:2, 126:15.
topic 33:5, 33:14,
   116:2.
tossed 94:21.
totally 111:1.
touch 16:7, 18:18,
   25:2, 25:16, 27:2,
   27:15, 30:13,
   31:5, 38:9.
touched 144:16.
touching 160:7,
   160:13.
tow 17:20.
towards 24:14,
   60:17, 66:22.
tower 18:21, 21:6,
   60:4, 60:5, 61:19,
   61:24, 62:1, 62:2,
   64:3, 81:7,
   81:23.
towers 58:4.
towing 18:6,
   18:11.
town 28:25, 30:17,
   43:1, 43:20, 44:8,

56:25, 115:17.
Trac 80:25.
traced 14:18.
Tracfone 50:13,
   62:18.
Tracfones 80:9.
trafficking
   143:23.
trail 137:4.
Trainor 1:37, 42:11,
   55:4, 85:20,
   88:12.
transactions 88:3.
Transcript 1:17,
   80:22, 166:4.
transcripts 106:14,
   164:8.
trash 72:22.
travel 64:11.
traveling 66:21.
Travis 21:16.
treated 131:1.
tree 62:15.
trees 24:14.
TRIAL 1:10, 9:10,
   10:4, 13:4, 13:16,
   86:4, 87:4, 87:7,
   88:5, 91:12,
   91:15, 102:25,
   109:4, 122:17,
   136:5, 136:6,
   147:17, 162:9,
   162:14.
trials 89:17.
tried 104:19, 113:1,
   131:6, 138:10.
tries 31:4, 37:23,
   121:8, 146:7.
trigger 3:18.
trip 29:4.
trot 24:15.
trotting 23:18.
trouble 40:22,
   132:11.
troubles 78:9.
truck 17:20, 101:12,
   101:20.
true 36:25, 58:25,
   104:13, 134:20,
   142:21, 146:20,

164:13.
trunk 65:17.
trust 159:10.
truth 34:13, 41:7,
   93:16, 95:10,
   95:19, 99:24,
   121:11, 136:19.
truthful 137:8.
Try 27:6, 55:23,
   78:7, 110:23,
   123:18, 123:21,
   165:17.
tucked 32:19.
Tuesday 1:19.
turn 121:8, 140:20,
   142:5.
turned 76:8, 113:24,
   127:4.
Turner 48:21.
turning 65:13,
   65:25, 156:6.
turns 141:22.
Twelve 1:10.
twice 59:5, 63:21,
   147:19.
twist 101:9.
two-man 59:18,
   59:23.
type 14:14, 20:5,
   21:16, 92:24,
   117:13, 119:3,
   120:17.
typically 20:16.
typos 138:2.
.
.
< U >.
ultimate 12:6,
   17:4.
ultimately 112:16,
   158:17.
unanimous 160:17,
   161:5.
unbeknownst 19:6,
   29:21.
uncle 57:8.
uncles 98:18.
Undeniable 145:6.
underground 106:4.
underneath 66:16.

understand 71:24,
   97:14, 101:16,
   113:10, 124:3,
   133:13.
understandably 73:8,
   95:3.
Understanding 2:19,
   4:2, 10:21,
   13:3.
understands 97:24.
undisputably
   138:20.
uneducated 96:22,
   116:7.
unexpected 7:24.
unfair 92:2,
   92:13.
unfolds 127:12.
unfortunate 94:17.
unhappy 114:19.
unique 114:3.
United 1:1, 1:5,
   3:12, 49:16, 53:4,
   53:25, 91:16,
   91:19, 96:6, 96:7,
   98:7, 99:1, 99:12,
   101:15, 102:7,
   114:14, 116:21,
   118:2, 119:17,
   124:11, 125:2,
   127:20, 129:19.
unjustifiably
   89:22.
unlawful 38:17.
Unless 20:6, 86:22,
   93:14, 129:3,
   164:12.
unnoticed 129:23.
unsafe 123:5.
unsaid 131:14.
Unsophisticated
   96:22, 116:7.
unsupportable
   69:13.
unsupported
   128:15.
untangle 74:5.
until 9:11, 10:4,
   27:14, 28:3, 29:3,
   29:6, 59:7, 82:14,

83:5, 93:23,
   93:24, 96:14,
   115:25, 117:5,
   137:6, 160:17,
   162:16.
unturned 144:9.
ups 111:1.
upset 49:8, 72:21,
   77:22, 104:11,
   104:12, 120:7,
   126:9.
user 56:21.
uses 57:9, 57:11,
   61:12, 62:11,
   62:13.
using 18:19, 57:5,
   70:23, 99:16,
   100:19, 111:12,
   152:21.
usual 42:13, 42:20,
   44:13, 56:3.
utilize 100:24.
.
.
< V >.
vague 13:5.
value 72:25.
variation 85:6.
various 19:7, 82:12,
   82:21.
vast 39:8.
vehicle 19:19,
   24:24, 28:9,
   28:10, 35:17,
   65:12, 65:23,
   68:2, 73:1, 108:1,
   156:5, 156:14,
   156:16, 156:17.
venture 38:4,
   41:1.
venture. 85:17.
verdict 45:25, 55:3,
   84:11, 85:21,
   85:23, 85:24,
   128:16, 160:17,
   160:18, 160:22,
   161:3, 161:5,
   161:8, 161:10,
   161:12, 161:15,
   161:17, 161:18,

161:19, 162:17,
   163:3, 163:4.
Verizon 50:10,
   50:12, 50:13,
   80:24.
version 48:5, 95:12,
   118:2, 118:6.
vibe 18:12.
victim 109:25,
   113:4, 113:11,
   124:2, 127:5,
   144:16.
videos 94:10, 94:12,
   164:15.
videotape 64:16,
   93:8, 94:7,
   105:25, 107:4.
view 21:21, 21:23,
   22:16, 54:2, 54:3,
   55:5, 76:22,
   80:5.
viewing 113:12,
   164:15.
vigorously 158:12.
Vines 105:11,
   135:10.
violence 112:10.
violent 126:17,
   126:19.
Virginia 43:12,
   60:12, 152:8.
visited 101:4.
visual 46:16.
voice 130:21.
voices 28:24.
voluntarily 72:8,
   76:6, 126:3.
vs 1:8.
.
.
< W >.
W. 1:48.
waffled 112:16.
waffling 117:25.
wait 21:20, 22:4,
   24:10, 25:11,
   86:17, 163:14.
waited 98:21.
waiting 22:7, 22:16,
   27:18, 100:20,

145:1, 152:14,
165:9.
waived 88:22.
waiving 151:25.
Wal-mart 14:16.
walk 14:16, 22:5.
walked 22:23, 102:8,
103:9.
walking 7:1, 17:2.
walls 5:21.
Wanda 20:12,
20:20.
wanted 7:20, 9:14,
12:11, 38:9, 49:7,
73:10, 86:19,
98:15, 98:17,
106:8, 120:14,
130:11, 136:25,
147:15, 149:2,
149:5, 149:9,
151:21, 153:12.
wanting 56:24.
wants 43:2, 100:18,
109:4, 130:23,
146:18, 151:1,
152:23, 153:8.
warm 24:10,
113:19.
warrant 107:14.
warrants 5:24,
94:1.
washing 119:23.
Washington 9:1,
10:8, 12:10,
12:22, 28:18,
31:8, 32:15,
32:17, 72:4,
97:15, 97:20,
102:16, 117:4,
117:11, 118:17,
119:21, 119:24,
119:25.
watch 77:1, 105:4,
105:5, 111:20,
114:7, 150:21.
watched 155:7.
watching 94:5.
ways 12:21,
138:15.
wearing 24:10,

145:19, 145:24.
wears 113:10,
113:20.
web 39:10.
weed 42:15, 43:19,
43:22, 56:21,
56:22, 56:25,
57:10, 61:4,
61:12, 62:13,
62:22, 77:3, 78:7,
101:20, 103:11,
103:12, 121:17,
126:4, 126:6,
138:10.
week 93:3, 128:5.
weekend 15:3, 22:21,
32:5, 43:1, 43:3,
56:19, 56:25,
61:3, 63:3,
114:16, 114:17.
weeks 3:11, 86:4,
92:3, 93:1, 93:2,
102:3, 113:22,
129:24, 133:15,
149:20, 154:25.
Welcome 42:5,
129:11.
well-tried 165:24.
Western 28:11.
Whatever 12:12,
13:1, 18:11, 52:3,
56:21, 57:1,
59:14, 62:14,
77:11, 80:8,
101:7, 129:8,
131:20, 138:2,
140:4, 160:24.
whatsoever 44:16,
47:2, 48:13, 52:6,
59:11, 80:16,
91:21, 108:2.
wheel 107:20.
wheels 10:6, 72:20,
107:9.
whereabouts 137:9,
141:8.
wherever 26:14,
26:19.
whether 45:17,
47:15, 48:4,

54:21, 84:6,
90:10, 91:17,
111:25, 130:13,
132:14, 139:16,
140:12, 148:12,
158:12, 163:3.
whisked 31:16.
whistle 45:6.
White 21:24, 81:12,
81:24.
whoever 81:18,
161:20.
whole 32:24, 63:1,
70:9, 72:23,
76:23, 121:14,
139:1.
whom 13:19, 135:8.
whomever 62:22.
wife 103:14,
112:5.
wild 128:10,
128:11.
Wilde 47:14, 69:2,
70:3, 79:21,
80:24, 135:19,
135:22, 138:5,
138:7, 139:14,
139:21, 147:6.
Wiley 26:14, 26:20,
43:15, 60:8,
106:1, 135:1,
141:10, 141:25,
142:18, 142:20.
Wilkinson 1:25,
3:10, 92:10,
96:19, 96:24,
100:15, 116:14,
128:21, 129:3,
129:12, 155:16,
157:6, 158:14,
159:3, 159:5,
159:6, 159:8,
166:23.
willing 13:1,
38:12.
willingly 10:20,
12:6, 38:3,
72:9.
Winder 21:16.
window 47:16.

windows 22:15.
wing 114:12.
winter 8:2.
wiretap 98:18,
   98:22.
wise 114:18.
wish 163:5.
without 37:17,
   47:10, 55:13,
   55:14, 69:6,
   78:22, 83:1,
   84:13, 84:25,
   96:12, 119:17,
   152:21.
withstand 47:10.
witnesses 72:1,
   72:2, 93:2, 94:3,
   94:25, 95:20,
   96:17, 97:19,
   97:25, 103:21,
   108:12, 117:9,
   130:13, 130:17,
   131:16, 134:5,
   136:8, 151:2,
   155:5, 155:8.
woke 46:24.
woman 22:5, 24:9,
   93:9, 94:18,
   112:20, 121:16,
   128:17, 151:8.
women 145:12.
wooded 21:14, 21:15,
   22:7, 24:4.
Woodland 43:12,
   43:13, 60:11,
   60:15, 62:4,
   65:25, 66:18,
   66:22, 67:2,
   141:20, 141:23,
   142:5, 150:11,
   150:15, 150:18,
   156:7, 156:11.
Woodlawn 81:22,
   82:11.
Word 2:18, 12:16,
   13:5, 23:17, 31:9,
   117:21, 120:2,
   138:21.
Words 21:18, 46:12,
   51:20, 51:21,

   126:16, 148:22.
wore 105:10.
work 6:5, 12:12,
   15:13, 20:14,
   20:17, 20:21,
   22:10, 22:18,
   36:1, 41:4, 64:8,
   69:19, 69:24,
   108:5, 120:15,
   121:22, 128:6,
   165:4.
worked 4:9, 4:13,
   4:17, 6:15,
   20:15.
workers 110:9.
working 17:8, 49:23,
   57:17, 57:22,
   57:24, 76:21.
works 15:12, 29:4,
   53:15, 106:3,
   106:6, 117:16,
   128:5, 164:16.
world 106:5,
   139:1.
worried 25:18, 31:6,
   31:13, 32:15,
   40:17, 118:13,
   118:14, 118:15.
worry 12:16, 22:4.
worth 119:10,
   129:8.
Wow 47:1.
wrapped 22:19.
wrecker 72:24, 73:7,
   73:9.
wrist 23:23,
   145:25.
write 12:23.
writing 160:5,
   160:7.
wrote 12:23,
   158:1.
Wutoh 5:5, 5:6, 5:8,
   5:13, 7:14, 7:21,
   8:6, 8:20, 9:8,
   21:3, 25:21, 26:1,
   48:11, 48:20.
.
.
< Y >.

yank 32:16.
yard 73:6, 73:7.
year 98:6, 98:20,
   98:21, 98:24,
   119:4.
Years 39:8, 40:8,
   41:2, 46:23,
   46:24, 47:7, 48:9,
   50:25, 56:11,
   60:13, 67:13,
   67:20, 93:21,
   94:23, 96:1,
   100:15, 100:16,
   112:4, 116:12,
   116:20.
yell 135:1.
yellow 65:3.
yesterday 38:6,
   88:24.
yo 50:3.
York 11:20, 13:23,
   30:8, 80:8,
   81:20.
you. 20:24.
yourself 45:8,
   45:16, 53:4, 59:8,
   67:8, 78:24,
   91:24, 105:22,
   110:20, 128:2,
   137:14, 140:14,
   144:8, 149:1.
yourselves 41:17,
   86:12, 86:13,
   164:1.
.
.
< Z >.
Zerkin 1:31,
   88:11.
zero 92:15.