```
         IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF MARYLAND


UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
    vs.                      )
                             )  CRIMINAL NO.: GJH-17-0667
DAVON CARTER and CLIFTON     )  JURY TRIAL:  Day Thirteen
MOSLEY,                      )
         Defendants.         )
                             )
_____)


              Transcript of Proceedings
         Before the Honorable George J. Hazel
            Wednesday, January 29th, 2020
                 Baltimore, Maryland
```

**For the Plaintiff:**

    Sandra Wilkinson, AUSA

    Kim Oldham, AUSA

**For Defendant Davon Carter:**

    Gerald T. Zerkin, Esquire

    Christopher M. Davis, Esquire

**For Defendant Clifton Mosley:**

    Harry J. Trainor, Jr., Esquire

    Stephen B. Mercer, Esquire

---

```
              Christine T. Asif, RPR, FCRR
              Federal Official Court Reporter
              101 W. Lombard Street, 4th Floor
                Baltimore, Maryland 21201
```

```
                    P R O C E E D I N G S
1
2           THE COURT:  Good afternoon.  You may be seated.  So
3   earlier notes we had received were relatively mundane, but I
4   did want to put them on the record.  First one we received was
5   a request for a smoke break.  The second one we received
6   flagged a typo in the verdict form.  When looking at the
7   verdict form there are two No. 2s and so we corrected that.
8           THE CLERK:  Two No. 5s.
9           THE COURT:  Two No. 5s, thank you.  So we told them
10  they could put 5a next to one of them.  So just so when we go
11  through it, what was The second No. 5 is now 5a on the jury's
12  verdict form.  And now we have reached a verdict.  So we can
13  get the jury.
14          (The jury entered the courtroom.)
15          THE COURT:  All right.  You may all be seated.  Good
16  afternoon, ladies and gentlemen.  We received a note this
17  afternoon indicating that you have reached a verdict.
18  Ms. Smith's going to walk you through the process by which we
19  receive the verdict.  So I ask that you pay close attention to
20  her instructions.  She will begin by taking attendance.
21          THE CLERK:  We are here to receive the verdict in
22  criminal number GJH-17-0667.  United States of America versus
23  Davon Carter and Clifton Mosley.  Members of the jury, will
24  you please answer when I call your juror number.
25          Juror No. 1.
```

1           JUROR:  Here.
2           THE CLERK:  Juror No. 2.
3           JUROR:  Here.
4           THE CLERK:  Juror No. 3.
5           JUROR:  Here.
6           THE CLERK:  Juror No. 4.
7           JUROR:  Here.
8           THE CLERK:  Juror No. 5.
9           JUROR:  Here.
10          THE CLERK:  Juror No. 6.
11          JUROR:  Here.
12          THE CLERK:  Juror No. 7.
13          JUROR:  Here.
14          Juror No. 8.
15          JUROR:  Here.
16          THE CLERK:  Juror No. 9.
17          JUROR:  Here.
18          THE CLERK:  Juror No. 10.
19          JUROR:  Here.
20          THE CLERK:  Juror No. 11.
21          JUROR:  Here.
22          THE CLERK:  Juror No. 12.
23          JUROR:  Here.
24          THE CLERK:  Members of the jury have you agreed on
25    your verdict.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1   (Affirmative response by the jury.)
2   THE COURT:  Who shall speak for you.
3   JUROR:  I will.
4   THE COURT:  Madame foreperson, will you please rise.
5   Has the verdict form answered by the jury been answered signed
6   and dated by you?
7   JUROR:  Yes.
8   THE CLERK:  Please present it to me so that I may
9   give it to the judge.
10   As I read the questions, please provide the answers.
11   Questions as to defendant Davon Carter.  No. 1, how
12   do you the jury unanimously find regarding the defendant Davon
13   Carter as to Count 1 of the indictment, conspiracy to murder a
14   witness, retaliation.
15   JUROR:  Guilty.
16   THE CLERK:  No. 2.  How do you the jury unanimously
17   find regarding the defendant Davon Carter as to Count 2 of the
18   indictment, witness retaliation, murder, May 27th, 2016.
19   JUROR:  Guilty.
20   THE CLERK:  No. 3, how do you the jury unanimously
21   find regarding the defendant Davon Carter as to Count 3 of the
22   indictment, conspiracy to murder a witness, tampering.
23   JUROR:  Guilty.
24   THE CLERK:  No. 4, how do you the jury unanimously
25   find regarding the defendant Davon Carter as to Count 4 of the

1   indictment, witness tampering murder, May 27th, 2016.
2              JUROR:  Guilty.
3              THE CLERK:  No. 5, how do you the jury unanimously
4   find regarding the defendant Davon Carter as to Count 6 of the
5   indictment, possession with intent to distribute marijuana,
6   June the 1st, 2016.
7              JUROR:  Guilty.
8              THE CLERK:  5a, how do you the jury unanimously find
9   regarding the defendant Davon Carter as to Count 7 of the
10  indictment, use of a communications facility, May the 8th,
11  2016.
12             JUROR:  Guilty.
13             THE CLERK:  No. 6, how do you the jury unanimously
14  find regarding the defendant Davon Carter as to Count 8 of the
15  indictment, use of a communication facility May 31st, 2016.
16             JUROR:  Guilty.
17             THE CLERK:  No. 7, how do you the jury unanimously
18  find regarding the defendant Davon Carter as to Count 9 of the
19  indictment, narcotics conspiracy, prior to May the 4th, 2016,
20  through June the 1st, 2016.
21             JUROR:  Guilty.
22             THE CLERK:  Questions as to defendant Clifton
23  Mosley.  No. 8, how do you the jury unanimously find regarding
24  the defendant Clifton Mosley as to Count 1 of the indictment
25  conspiracy to murder a witness retaliation.

1         JUROR: Guilty.
2         THE CLERK: No. 9, how do you the jury unanimously
3  find regarding the defendant, Clifton Mosley as to Count 2 of
4  the indictment, aiding and abetting, witness retaliation,
5  murder, May the 27th, 2016.
6         JUROR: Guilty.
7         THE CLERK: No. 10, how do you the jury unanimously
8  find regarding the defendant Clifton Mosley as to Count 3 of
9  the indictment, conspiracy to murder a witness, tampering.
10        JUROR: Guilty.
11        THE CLERK: No. 11, how do you the jury unanimously
12 find regarding the defendant Clifton Mosley as to Count 4 of
13 the indictment, aiding and abetting, witness tampering,
14 murder, May 27th, 2016.
15        JUROR: Guilty.
16        THE CLERK: No. 12, how do you the jury unanimously
17 find regarding the defendant Clifton Mosley as to Count 10 of
18 the indictment, distribution and possession with intent to
19 distribute marijuana, December 2015 through December 2016.
20        JUROR: Guilty.
21        THE COURT: All right, does either defendant wish to
22 have the jury polled?
23        MR. TRAINOR: Yes, Your Honor.
24        THE COURT: Please poll the jury.
25        THE CLERK: Yes, Your Honor. Juror No. 1, please

1    rise.  Having heard the verdict of your foreperson is that
2    your verdict also?
3            JUROR:  It is.
4            THE CLERK:  Thank you, you may be seated.
5            Juror No. 2 please rise.  Having heard the verdict
6    of your foreperson, is that your verdict also?
7            JUROR:  It is.
8            THE CLERK:  Thank you.  Juror No. 3, please rise.
9    Having heard the verdict of your foreperson, is that your
10   verdict also?
11           JUROR:  It is.
12           THE CLERK:  Thank you.
13           Juror No. 4, please rise.  Having delivered the
14   verdict of the jury, is that your verdict also?
15           JUROR:  It is.
16           THE CLERK:  Thank you.
17           Juror No. 5, please rise.  Having heard the verdict
18   of your foreperson, is that your verdict also?
19           JUROR:  It is.
20           THE CLERK:  Thank you.
21           Juror No. 6, please rise.  Having heard the verdict
22   of your foreperson, is that your verdict also?
23           JUROR:  It is.
24           THE CLERK:  Thank you.
25           Juror No. 7, please rise.  Having heard the verdict

```
1    of your foreperson, is that your verdict also?
2                JUROR:  It is.
3                THE CLERK:  Thank you.
4                Juror No. 8, please rise.  Having heard the verdict
5    of your foreperson, is that your verdict also?
6                JUROR:  It is.
7                THE CLERK:  Thank you.
8                Juror No. 9, please rise.  Having heard the verdict
9    of your foreperson, is that your verdict also?
10               JUROR:  It is.
11               THE CLERK:  Thank you.
12               Juror No. 10, please rise.  Having heard the verdict
13   of your foreperson, is that your verdict also?
14               JUROR:  It is.
15               THE CLERK:  Thank you.
16               Juror No. 11, please rise.  Having heard the verdict
17   of your foreperson, is that your verdict also?
18               JUROR:  It is.
19               THE CLERK:  Thank you.
20               Juror No. 12, please rise.  Having heard the verdict
21   of your foreperson, is that your verdict also?
22               JUROR:  It is.
23               THE CLERK:  Thank you.
24               Members of the jury, you have heard the verdicts and
25   answers thereto as delivered by your foreperson, and they have
```

1   been recorded, and each of you do agree?
2              (Affirmative response by the jury.)
3              THE CLERK:  Verdict recorded.
4              THE COURT:  All right.  The verdict has been
5   recorded for the record.
6              Ladies and gentlemen, please allow me to thank you
7   for your service in this case.  Our system of justice simply
8   does not work unless we have individuals who are willing to
9   give up their time to come in and resolve disputes between
10  parties, whether it's between a government and an individual
11  in a criminal case, or whether it's between two companies in a
12  civil case, it simply does not function unless we have
13  individuals who come and serve as jurors and serve that
14  purpose.  So I thank you for that.
15             This will conclude your service as jurors.  I am
16  going to ask you for one more thing.  This is a favor, though,
17  you don't have to do it.  But I would love to be able to just
18  come back there and chat with you for a little bit.  Answer
19  any questions that you might have.  I might have a few
20  questions as to how we, as the Court, can make jury service
21  better for you.  And also I'd just like to thank you in
22  person.
23             So if you'd be willing to wait it should take me
24  five minutes just to chat with the lawyers.  And then I would
25  love to come back and just chat with you for a little bit, if

1  you would do me that favor.  If you don't want to do that, by
2  all means you have five minutes to get away.  But I do plan to
3  come back and greet any of you who remain back there.
4          With that, though, however your jury service is
5  completed.  Thank you.  I'll talk to you back there if you
6  have any questions.
7          (Jury left the courtroom.)
8          THE COURT:  All right.  You may be seated unless
9  addressing the Court.  Before I forget, I don't allow counsel
10 to talk to jurors, so I'm instructing you not to talk to the
11 jurors.  But I do talk to the jurors.  I do ask them for
12 feedback.  And, you know, if any counsel wants to call
13 chambers, on either side, and hear what the jury had to say,
14 I'm always happy to give you what I heard back.  So you should
15 feel free to just call chambers, if you wish to do that.
16         In terms of sentencing, I've been handed an order,
17 which I'm going to assume has dates on it, for Mr. Mosley, May
18 11th at 10:00 a.m.  And I understand it will be here in
19 Baltimore, is that what we agreed on?
20         MS. WILKINSON:  Yes, sir, I thought for the
21 victims that we should have --
22         THE COURT:  That's fine.  I agree with that.  That's
23 fine for Mr. Mosley.
24         MR. TRAINOR:  Yes.
25         THE COURT:  So I will sign that order.  Then for

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

```
 1    Mr. Carter, May 11th, same date at 11:00 a.m.
 2              MR. DAVIS:  That's correct Your Honor.
 3              THE COURT:  I'll sign that order.
 4              All right.  Is there anything else that we need to
 5    accomplish?
 6              MR. DAVIS:  Court's indulgence.  Your Honor, rather
 7    than calling chambers, if Your Honor was inclined to discuss
 8    with us any questions or any comments they had about the case,
 9    I for one, I'm certain Mr. Zerkin and my colleagues would be
10    happy to remain in the courtroom to speak with you.
11              THE COURT:  That's fine.  I don't know how long it
12    will take, sometimes I'm in there -- it depends how chatty
13    they are.  I've gone in there and spoken to jurors for five
14    minutes and it's gone as long as an hour.
15              MR. DAVIS:  I just saw the one hand shoot up.
16              THE COURT:  I know one person has something to say.
17    Sure.
18              Anything else we need to do?
19              MS. WILKINSON:  No, sir.  Thank you very much.  Not
20    from the government.
21              THE COURT:  Okay.  Anything else from the defense?
22              MR. ZERKIN:  No, sir.
23              THE COURT:  From Mr. Mosley anything else?
24              MR. MERCER:  No, Your Honor.
25              THE COURT:  Thank you, Counsel.
```

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

```
 1              (The proceedings were concluded.)

 2
            I, Christine Asif, RPR, FCRR, do hereby certify that
 3     the foregoing is a correct transcript from the stenographic
       record of proceedings in the above-entitled matter.
 4
                        _____/s/_____
 5                        Christine T. Asif
                         Official Court Reporter
```

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter