Clifton Mosley
CASE NO: GJH-17-0667

FILED _____ ENTERED  10-7-24
LOGGED _____ RECEIVED

OCT 09 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

DEAR US MAGISTRATE JUDGE Gina L. Simms
  I HAD A ATTORNEY INQUIRY HEARING with you on 4-21-21 I AM REQUESTING THAT YOU SEND ME the motion (my ISSUES) in which you TOLD ME YOU DOCUMENTED. I REALLY NEED them AND it's not MANY PAGES AT ALL

THANK YOU
Clifton Mosley