# **<u>NOTICE OF</u>**

# **<u>SEALED FILING</u>**