Originally 17-cr-0667 11-20-25
now SAG-17-0667

Dear Clerk

There was a Attorney Inquiry hearing as to Clifton Mosley held on 4-21-2021 before Magistrate Judge Gina L. Simms. (FTR-Singletary-2A) (ts 2s, Deputy Clerk) (Entered 4-21-2021), Sealed Document (HEPS, Deputy Clerk) (Entered: 4-21-2021). I am requesting the 1-3 pages that I sent to Magistrate Judge Gina L. Simms that she documented, please

Thank you
Clifton Mosley
*/s/ Clifton Mosley*

___ FILED   ___ ENTERED
___ LOGGED  _27_ RECEIVED

DEC 04 2025